```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**TRANS ENERGY, INC., a
Nevada Corporation, REPUBLIC
PARTNERS VI, LP, a Texas limited
partnership, REPUBLIC ENERGY
VENTURES, LLC, a Delaware
Limited Liability Company, and
PRIMA OIL COMPANY, INC., a
Delaware Corporation,**

      **Plaintiffs,**

v.                         //    CIVIL ACTION NO. 1:11CV75
                                       (Judge Keeley)

**EQT CORPORATION, a Pennsylvania
Corporation,**

      **Defendant.**

## ORDER

The undersigned judge, deeming herself disqualified pursuant to 28 U.S.C. § 455(b)(4), **ORDERS** that the above-styled civil action be transferred to and placed on the docket of the Honorable Frederick P. Stamp, Jr., Senior United States District Judge.

The Court directs the Clerk to transmit copies of this order to counsel of record.

DATED: May 17, 2011.

                                             /s/ Irene M. Keeley
                                             IRENE M. KEELEY
                                             UNITED STATES DISTRICT JUDGE