IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

TRANS ENERGY, INC., a Nevada
Corporation; REPUBLIC PARTNERS
VI, LP, a Texas limited partnership;
REPUBLIC ENERGY VENTURES, LLC,
a Delaware Limited Liability Company; and
PRIMA OIL COMPANY, INC., a Delaware
Corporation,

     Plaintiffs,

v.                                CIVIL ACTION NO. 1:11-cv-00075

EQT PRODUCTION COMPANY, a Pennsylvania
Corporation,

     Defendant.

## **WITHDRAWAL OF JURY DEMAND**

     COMES NOW EQT Production Company ("EQT") and withdraws its jury demand set forth in its counterclaim in this matter.

                              EQT PRODUCTION COMPANY

                              *By its counsel*

LEWIS GLASSER CASEY & ROLLINS PLLC

/s/ Richard L. Gottlieb
Richard L. Gottlieb (WV Bar 1447)
Ramonda C. Lyons (WV Bar 6927)
300 Summers Street, Suite 700
P.O. Box 1746
Charleston, WV  25326
Phone:  304-345-2000
Fax:    304-343-7999

## CERTIFICATE OF SERVICE

I, Richard L. Gottlieb, hereby certify that on the 12th day of September, 2011, I electronically filed a *Withdrawal of Jury Demand* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Andrew G. Fusco, Esq.
>Kimberly S. Croyle, Esq.
>Dylan C. Lewis, Esq.
>Bowles Rice McDavid Graff & Love LLP
>7000 Hampton Center
>Morgantown, WV  26505
>*Counsel for Plaintiffs*

>/s/ Richard L. Gottlieb
>Richard L. Gottlieb