IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

TRANS ENERGY, INC.,
a Nevada corporation,
REPUBLIC PARTNERS VI, LP,
a Texas limited partnership,
REPUBLIC ENERGY VENTURES, LLC, a
Delaware limited liability company
and PRIMA OIL COMPANY, INC.,
a Delaware corporation,

    Plaintiffs,

v.                              Civil Action No. 1:11CV75
                                            (STAMP)
EQT PRODUCTION COMPANY,
a Pennsylvania corporation,

    Defendant.

### ORDER GRANTING JOINT MOTION TO EXTEND CERTAIN DEADLINES

On June 25, 2012, the parties in the above-styled civil action filed a joint motion to extend the deadlines for the close of discovery and for the filing of dispositive motions set forth in the September 13, 2011 scheduling order. In support of this stipulation, the parties indicate that they require more time to complete necessary depositions prior to the filing of dispositive motions. They further assert that the requested extensions would not affect the pretrial conference and the trial in this matter.

For good cause shown, the joint motion to extend certain deadlines is GRANTED. Accordingly, the following deadlines are hereby EXTENDED from those indicated in the September 13, 2011 scheduling order:

    1.    Discovery will close on **August 3, 2012**.

     2.   Dispositive motions shall be filed on or before **August 17, 2012**.

     3.   Memoranda in opposition to dispositive motions shall be filed on or before **September 7, 2012**.

     4.   Reply memoranda shall be filed on or before **September 21, 2012**.[1]

All other deadlines and dates not specifically altered by this order shall remain in effect and unchanged by this order.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:    June 27, 2012

                                            /s/ Frederick P. Stamp, Jr.
                                            FREDERICK P. STAMP, JR.
                                            UNITED STATES DISTRICT JUDGE

---

[1] Should dispositive motions and/or responses thereto be filed before the deadlines set forth in this order, the parties are directed to follow Local Rule of Civil Procedure 7.02 for deadlines in accordance with the date[s] on which the motion/response was actually filed.