```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

TRANS ENERGY, INC.,
a Nevada corporation,
REPUBLIC PARTNERS VI, LP,
a Texas limited partnership,
REPUBLIC ENERGY VENTURES, LLC, a
Delaware limited liability company
and PRIMA OIL COMPANY, INC.,
a Delaware corporation,

       Plaintiffs,

v.                                           Civil Action No. 1:11CV75
                                                                   (STAMP)
EQT PRODUCTION COMPANY,
a Pennsylvania corporation,

       Defendant.

**ORDER GRANTING SECOND JOINT MOTION TO EXTEND CERTAIN DEADLINES**

On July 30, 2012, the parties in the above-styled civil action filed a second joint motion to extend the deadlines for the close of discovery and for the filing of dispositive motions set forth in the September 13, 2011 scheduling order, and previously extended by order of this Court on June 27, 2012. In support of this stipulation, the parties indicate that the current trial date would not be affected by the requested extension.

Accordingly, the second joint motion to extend certain deadlines is GRANTED. The following deadlines are hereby EXTENDED from those indicated in the June 27, 2012 order:

    1.    Discovery will close on **August 24, 2012**.

    2.    Dispositive motions shall be filed on or before **September 5, 2012**.

3.   Memoranda in opposition to dispositive motions shall be filed on or before **September 21, 2012**.

4.   Reply memoranda shall be filed on or before **September 27, 2012**.[1]

All other deadlines and dates not specifically altered by this order shall remain in effect and unchanged by this order.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:    July 31, 2012

/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Should dispositive motions and/or responses thereto be filed before the deadlines set forth in this order, the parties are directed to follow Local Rule of Civil Procedure 7.02 for deadlines in accordance with the date[s] on which the motion/response was actually filed.