the Hope Natural Gas Company was on the 28th day of December, 1939, presented into the Clerk's Office aforesaid and thereupon admitted to record together with the certificate thereto annexed.

O3G 33A 455        G. A. Harman, Clerk.

SOUTH PENN OIL COMPANY

TO

SOUTH PENN NATURAL GAS COMPANY

ADMITTED TO RECORD

DECEMBER 28, 1939

THIS AGREEMENT, Made this 28th day of December, 1939, by and between SOUTH PENN OIL COMPANY, a Pennsylvania corporation, and SOUTH PENN NATURAL GAS COMPANY, a West Virginia corporation, WITNESSETH, That for and in consideration of the sum of One Dollar ($1.00) and other good and valuable consideration paid by South Penn Natural Gas Company to South Penn Oil Company, the receipt whereof in full is hereby acknowledged, South Penn Oil Company hereby grants, bargains, sells, assigns, transfers and sets over to South Penn Natural Gas Company, its successors and assigns, all the right, title and interest of South Penn Oil Company in and to all those certain leases and leasehold estates created by said leases (sometimes termed "grants") for oil, gas and incidental purposes, covering tracts of land situate in Wetzel County, West Virginia, as set forth on the Schedule of Leases, consisting of 15 pages, attached hereto and made a part hereof, which Schedule of Leases designates the leases hereby granted, bargained, sold, assigned, transferred and set over by reference to the name of the/magisterial district in which the lands covered by said leases are located, the number of acres conveyed, and bounded by said leases, the dates thereof, the names of the lessors or grantors and lessees or grantees thereof, and the book and page numbers in which the respective leases are recorded in the office of the Clerk of the County Court of said County, reference being made to said leases, as recorded, for a more complete description of the lands thereby covered and all of the terms and provisions thereof.

TOGETHER with all right, title and interest of South Penn Oil Company in and to any agreements modifying or extending the terms of said leases, providing for the sale or use off the premises of the casinghead gas produced from wells, drilled on said lands covered by said leases, any agreements providing for the payment of rental in lieu of drilling one or more wells, any agreement providing for the release of reservation around the buildings on said lands covered by said leases, upon which no well or wells were to be drilled, any agreements ratifying said leases, any agreements providing for a so-called "off-set" well, any agreement providing for the drilling of any so-called "line well", any agreement changing or modifying the rental or royalty provisions of said leases, and any and all other agreements in any way modifying the terms and provisions of said leases, whether or not for the purpose or purposes to which reference has been made in this paragraph.

For the consideration aforesaid, South Penn Oil Company transfers, sells, assigns and sets over to South Penn Natural Gas Company, its successors or assigns, all its right, title and interest in and to the wells, pumps, machinery, pipe lines, rigs, derricks, tubing, casing, engines, tanks and any and all other equipment whatsoever owned by South Penn Oil Company upon said lands covered by said leases.

TO HAVE AND TO HOLD said estates under and subject to all the terms, provisions, conditions and limitations of said leases, and agreements modifying the provisions and terms of said leases, which said terms, provisions, conditions and limitations South Penn Natural Gas Company hereby assumes and agrees to perform insofar as not heretofore performed; and TO HAVE AND TO HOLD said wells, pumps, machinery, pipe lines, rigs, derricks, tubing, casing, engines, tanks and any and all other equipment whatsoever upon said lands covered by said leases, forever.

IN WITNESS WHEREOF, the parties hereto have hereunto caused their names to be signed and seals to be affixed by their proper officers, the day and year first above written.
(CORPORATE SEAL.

                                                    SOUTH PENN OIL COMPANY,

Attest: Jno L. Haye, Secretary.              By, Chas F. Stevenson, Vice-President.

(CORPORATE SEAL)

                                            SOUTH PENN NATURAL GAS COMPANY,

Attest: John S. Golden, Assistant Secretary)  By J. C. Ward, Vice President.

(CORPORATE SEAL)

STATE OF PENNSYLVANIA, COUNTY OF ALLEGHENY, to-wit:

    I, John F. Wiegman, a Notary Public of said County, do certify that Chas. F. Stevenson, who signed the writing above, bearing date the 28th day of December, 1939, for South Penn Oil Company, has this day in my said County, before me, acknowledged the said writing to be the act and deed of said corporation.

    Given under my hand and official seal, this 20th day of December, 1939.

    My commission expires March 30, 1943.

(NOTARIAL SEAL)                         John F. Wiegman, Notary Public
                                        Allegheny County, Pennsylvania.

GREEN DISTRICT, WETZEL COUNTY, WEST VIRGINIA.

| DATE | LESSORS | LESSEE | ACRES | RECORDED BOOK | PAGE |
|---|---|---|---|---|---|
| Apr. 24, 1895 | Isaac C. Noland, et ux | South Penn Oil Company | 175 | 44 | 494 |
| Mar. 1, 1895 | Henry Fluharty | S. A. Smith | 58 | 49 | 270 |
| Mar. 1, 1895 | David Fluharty, et al | " " " | 50 | 46 | 518 |
| Mar. 1, 1895 | David M. Cunningham, et ux | " " " | 64 | 46 | 520 |
| Feb. 28, 1895 | William Weekley, et ux | " " " | 92 | 46 | 522 |
| Feb. 28, 1895 | Richard Wiley, et ux, et al | " " " | 50 | 46 | 524 |
| Feb. 28, 1895 | Richard Wiley, et ux, et al | " " " | 54 | 46 | 526 |
| Feb. 28, 1895 | Richard Wiley, et ux, et al | " " " | 185 | 46 | 530 |
| Feb. 28, 1895 | Richard Wiley, et ux, et al | " " " | 50 | 49 | 382 |
| Dec. 16, 1895 | Evva Haught, et vir | L. R. Loomis | 22 | 48 | 213 |
| Jan. 14, 1896 | Lucius Hoge, et al | South Penn Oil Company | 130 | 48 | 259 |
| Jan. 16, 1896 | Louisa J. Fluharty | " " " " | 100 | 49 | 44 |
| Jan. 14, 1896 | Israel Miller, et ux | " " " " | 100 | 49 | 58 |
| May 9, 1896 | David Fluharty, et ux | " " " " | 6 | 49 | 137 |
| Sept. 10, 1895 | William Fluharty, et ux | S. A. Smith | 203 | 47 | 60 |
| Sept. 27, 1895 | J. K. Fluharty, et ux | " " " | 25 | 47 | 62 |
| Oct. 15, 1895 | James A. Booth, et ux | South Penn Oil Company | 94 | 47 | 198 |
| Sept. 27, 1895 | Norval Wright, et ux | S. A. Smith | 140 | 47 | 239 |
| Nov. 11, 1895 | J. S. Smith, et ux | South Penn Oil Company | 23 | 47 | 212 |
| May 16, 1895 | D. S. Fluharty, et ux | S. A. Smith | 15 | 47 | 241 |
| Sept. 14, 1896 | Aaron Bassett | South Penn Oil Company | 290 | 49 | 376 |
| Sept. 22, 1896 | W. V. Hoge, Exor. | " " " " | 120 | 49 | 399 |
| Nov. 28, 1894 | Robert Wilson, et al | W. R. McIntyre | 52 | 46 | 91 |
| Dec. 7, 1894 | Henry Noland, et ux | " " " | 160 | 46 | 93 |
| Nov. 27, 1894 | Amer D. Lemasters, et ux | " " " | 84½ | 46 | 87 |
| Dec. 15, 1896 | A. E. Brast, et al | South Penn Oil Company | 603 | 49 | 577 |
| Dec. 15, 1896 | Josephine Brast, et al | " " " " | 300 | 49 | 591 |
| Dec. 14, 1896 | John R. McCoy, et al | J. F. Donaldson | 200 | 51 | 147 |
| June 9, 1897 | J. W. Nolen | L. L. Thomas | 23 | 51 | 613 |
| Jan. 25, 1898 | Ara Long, et al | South Penn Oil Company | 100 | 53 | 602 |
| Dec. 16, 1896 | Geo. H. Umstead, et ux | George E. Foster | 50 | 49 | 213 |
| Apr. 10, 1897 | Christian Engle, et ux | C. B. Shaffer | 200 | 31 | 533 |

JUL-03-2012 11:22 AM Wetzel Co. Commission 3044555256 P. 4/11

GREEN DISTRICT, WETZEL COUNTY, WEST VIRGINIA (Cont'd.)

| Date | Lessors | Lessees | Acres | Recorded Book | Page |
|---|---|---|---|---|---|
| Mar. 1, 1898 | Elizabeth Postlethwait, et vir | A. J. Jemison | 846 | 55 | 87 |
| July 13, 1898 | W. Y. Hoge, Exor. | South Penn Oil Company | 96 | 55 | 447 |
| July 13, 1898 | Eliza M. Hoge | " " " " | 43 | 55 | 449 |
| May 27, 1897 | Elizabeth Miller et vir, et al | " " " " | 73 | 55 | 101 |
| Jan. 27, 1897 | R. H. Miller | James Strosnider | 80 | 53 | 245 |
| Feb. 14, 1896 | John R. McCoy, et al | J. F. Guffey | 150 | 48 | 445 |
| Nov. 11, 1895 | Andrew Haught, et ux | L. G. Robinson | 200 | 47 | 177 |
| Nov. 18, 1895 | Thomas Cunningham, et ux | " " " | 480 | 48 | 569 |
| Apr. 22, 1897 | B. F. Fox, et al | South Penn Oil Company | 175 | 51 | 525 |
| Sept. 21, 1897 | B. F. Fox, Gdn. | " " " " | 179 | 53 | 516 |
| May 18, 1897 | Rachel Wright, et vir, et al | " " " " | 100 | 51 | 460 |
| Feb. 15, 1900 | Seba A. Wiley, et vir, et al | " " " " | 42 | 63 | 503 |
| Sept. 18, 1900 | John C. Wiley, Gdn. | " " " " | 42 | 67 | 153 |
| Nov. 6, 1901 | J. W. Staley, et ux | " " " " | 60 | 73 | 514 |
| Apr. 20, 1900 | Lot Martin, et ux | F. M. Lowry | 200 | 63 | 153 |
| June 30, 1900 | John J. Furbee, Gdn. | " " " | 60 | 63 | 394 |
| Aug. 14, 1900 | William Tennant, et ux | South Penn Oil Company | 35 | 67 | 186 |
| Jan. 24, 1901 | F. M. Straight, Gdn. | " " " " | 112 | 67 | 537 |
| Aug. 15, 1900 | F. M. Straight, et al | " " " " | 112 | - | - |
| Aug. 14, 1900 | I. H. Wright, et ux | " " " " | 40 | 67 | 185 |
| Aug. 16, 1900 | W. L. Furbee, et ux | " " " " | 125 | 67 | 412 |
| Aug. 16, 1900 | Mary J. Higgins, et vir | " " " " | 53 | 67 | 138 |
| Apr. 24, 1906 | William Gadd, et ux | Hope Natural Gas Company | 70 | 101 | 496 |
| Apr. 23, 1906 | B. F. Fox, et ux | " " " " | 92 | 101 | 19 |
| Dec. 1, 1905 | J. W. Workman, et ux | A. H. Gibson | 30 | 1A | 200 |
| Jan. 13, 1932 | Mary A Arnett | South Penn Oil Company | 47 | 27A | 234 |
| Jan. 12, 1932 | Levi J. Booth, et ux | " " " " | 67 | 27A | 236 |
| Jan. 11, 1932 | Mary E. Loveall, et al | " " " " | 100 | 27A | 423 |
| May 8, 1937 | Arza Elder, et ux | " " " " | 97 | 31A | 413 |
| July 15, 1937 | J. R. Moore, et ux | " " " " | 74½ | 31A | 465 |
| Aug. 18, 1938 | E. J. McIntyre, et ux | " " " " | 27 | 33A | 10 |
| June 17, 1897 | Israel Nutter, Gdn. | " " " " | 73 | 53 | 200 |
| June 4, 1898 | Ara Long, Gdn. | " " " " | 100 | 55 | 387 |

GRANT DISTRICT WETZEL COUNTY WEST VIRGINIA

| Date | Lessor | Lessee | Acres | Recorded Book | Page |
|---|---|---|---|---|---|
| July 7, 1891 | John F. Sturkey | Koen & Millan | 20 | 35 | 160 |
| Sept. 26, 1891 | John Stevens, et ux | South Penn Oil Co | 128 | 35 | 356 |
| Feb. 19, 1892 | Henry L. Smith | " " " " | 25 | 35 | 544 |
| Feb. 20, 1892 | John Blackshere, et al | " " " " | 3800 | 35 | 547 |
| March 4, 1892 | William Barker, et ux | " " " " | 47 | 35 | 578 |
| March 5, 1892 | B. Walker Peterson, et al | " " " " | 4564 | 35 | 588 |
| March 14, 1892 | J. W. Norris, et ux | " " " " | 81½ | 35 | 572 |
| Feb. 16, 1892 | Cassey A. Dawson | " " " " | 95 | 36 | 193 |
| March 23, 1892 | L. G. Robinson, et ux | " " " " | 1314 | 36 | 247 |
| Feb. 24, 1892 | D. S. Norris | R. L. Smith | 40 | 36 | 142 |
| Feb. 29, 1892 | H. A. Riggs, et ux | H. L. Smith | 44 | 38 | 117 |
| Jan. 23, 1896 | H. A. Riggs, et ux | T. J. Conaway | 25 | - | - |

GRANT DISTRICT, WETZEL COUNTY, WEST VIRGINIA (Continuation #1)

| Date | Name | Name | | | |
|---|---|---|---|---|---|
| March 9, 1892 | W. V. Hoge, exec. | H. L. Smith | 400 | 36 | 245 |
| April 9, 1892 | J. F. Stevenson, et al | South Penn Oil Co. | 4436 | 36 | 254 |
| Oct. 25, 1894 | U. N. Arnett Jr., Gdn. | "      "      "      " | 4436 | 41 | 154 |
| March 7, 1892 | K. B. Stewart, et ux | S. A. Barnard | 40 | 36 | 306 |
| July, 1892 | L. X Brast, et al | Ira DeWitt | 640 | 36 | 492 |
| June 7, 1892 | L. L. & H. L. Smith | South Penn Oil Co | 42 | 36 | 487 |
| March 5, 1892 | F. L. Hays, et ux | I. D. Morgan | 26 | 36 | 624 |
| Oct. 13, 1892 | John B. Priest | Milton C. Egbert | 190 | 36 | 633 |
| Feb. 26, 1892 | Anson Cain, et al | L. G. Robinson | 84 | 39 | 60 |
| Dec. 22, 1892 | L. S. Walters, et ux | South Penn Oil Co | 56 | 36 | 645 |
| May 3, 1893 | Jacob Morgan, et al | "      "      " | 539 | 38 | 520 |
| Feb. 6, 1894 | D. S. Norris, et ux | "      "      " | 50 | 39 | 94 |
| March 9, 1894 | John W. Starkey, et ux | "      "      " | 104 | 39 | 262 |
| April 4, 1894 | E. Z. Horner, et ux | "      "      " | 45 | 39 | 264 |
| April 4, 1894 | Charley Gilbert, et ux | "      "      " | 71 | 39 | 266 |
| April 16, 1894 | H. L. Smith, et ux | "      "      " | 45 | 39 | 282 |
| April 16, 1894 | H. L. Smith, et ux | "      "      " | 164 | 39 | 258 |
| April 16, 1894 | H. L. Smith, et ux | "      "      " | 87 | 39 | 256 |
| April 18, 1894 | James T. Snodgrass, et ux | "      "      " | 105 | 39 | 301 |
| May 3, 1894 | H. L. Smith, et ux | "      "      " | 28 | 44 | 112 |
| Sept. 26, 1895 | T. L. Holbert, Gdn., etc. | "      "      " | 60 | 69 | 581 |
| July 23, 1894 | A. E. Brast, et al | "      "      " | 347 | 39 | 504 |
| Oct. 4, 1894 | E. J. Stout, et vir | "      "      " | 70 | 41 | 154 |
| Sept. 10, 1894 | Mary Willey, et al | "      "      " | 100 | 41 | 436 |
| Feb. 20, 1895 | J. A. Lantz, et ux | "      "      " | 125 | 44 | 354 |
| April 6, 1895 | George W. Knsminger, et ux | "      "      " | 80 | 44 | 374 |
| May 17, 1895 | J. E. Cain, et ux | "      "      " | 73 | 44 | 504 |
| May 1, 1895 | Nelson Myers, et ux | "      "      " | 103 | 44 | 506 |
| April 30, 1895 | Thos. Gorby, et ux | "      "      " | 38 | 44 | 508 |
| May 31, 1895 | James Wade, et ux | "      "      " | 73 | 46 | 142 |
| June 9, 1895 | Wm. T. Price | "      "      " | 34 | 46 | 138 |
| June 12, 1895 | E. A. Morris, et vir | "      "      " | 100 | 46 | 136 |
| May 9, 1895 | Jennie Batson, et vir | J. R. Anderson | 54 | 46 | 102 |
| July 26, 1895 | John Ingram | South Penn Oil Co. | 332 | 46 | 226 |
| Aug. 6, 1895 | A. J. Lowe, Et ux | "      "      " | 216 | 46 | 342 |
| Aug. 2, 1895 | J. T. Shreve, et ux | "      "      " | 30 | 46 | 238 |
| Aug. 2, 1895 | J. R. Shreve, et ux | "      "      " | 630 | 46 | 240 |
| Aug. 3, 1895 | James Jolliff, et ux | "      "      " | 88 | 46 | 248 |
| Aug. 7, 1895 | J. W. Morgan, et ux | "      "      " | 15 | 46 | 262 |
| Aug. 13, 1895 | T. M. Stone, et al | "      "      " | 250 | 46 | 270 |
| Sept. 23, 1895 | Mary J. Reilly, Gdn. | "      "      " | 125 | 49 | 274 |
| Jan. 22, 1896 | U. N. Arnett Jr. Spec. Com | "      "      " | 126 | 49 | 41 |
| Dec. 15, 1915 | Josephine R. Wilson et al | "      "      " | 128 | 7A | 15 |
| Sept. 23, 1895 | George V. Reilly, et ux | "      "      " | 260 | 47 | 34 |
| Sept. 23, 1895 | Helen M. Jamison, et vir | "      "      " | 302 | 47 | 32 |
| Feb. 28, 1896 | Mrs. Georgia H. Jones, et al | H. B. Grayson | 514 | 53 | 169 |
| Feb. 28, 1896 | Harriet D. Barnes, et vir | H. S. Grayson | 514 | 53 | 165 |
| Feb. 28, 1896 | Laura G. Hearne | "   "   " | 514 | 53 | 167 |

GRANT DISTRICT    WETZEL COUNTY        (Continuation No. 2)

| DATE | LESSOR | LESSEE | | | ACRES | RECORDED BOOK | PAGE |
|------|--------|--------|--|--|-------|---------------|------|
| April 24, 1896 | W. C. Henthorn, et ux | South Penn Oil Co | | | 100 | 49 | 323 |
| Jan. 24, 1896 | South Penn Oil Company | Hartman Oil Co | | | 26 | 47 | 284 |
| Sept. 23, 1895 | Michael Reilly | South Penn Oil Co. | | | 254 | 47 | 30 |
| Sept. 24, 1895 | F. L. Hoge | " | " | " | 150 | 47 | 26 |
| Sept. 24, 1895 | Eliza M. Hoge | " | " | " | 817 | 46 | 516 |
| Sept. 23, 1895 | Thos. W. Reilly, et al | " | " | " | 96 | 49 | 279 |
| Sept. 23, 1895 | Irene J. Reilly, et al | " | " | " | 191 | 47 | 193 |
| May 20, 1897 | U. N. Arnett, Jr. Spec. Com | " | " | " | 191 | 53 | 836 |
| July 1, 1916 | Charles J. Reilly, et ux | " | " | " | 191 | 9A | 364 |
| Nov. 6, 1926 | Charles J. Reilly, et al | " | " | " | 191 | 20A | 425 |
| Feb. 3, 1937 | Charles J. Reilly, et al | " | " | " | 191 | 31A | 388 |
| Sept. 24, 1895 | M. H. Penick, et vir | " | " | " | 100 | 47 | 214 |
| Sept. 24, 1895 | M. H. Penick, et vir | " | " | " | 228 | 47 | 216 |
| Jan. 29, 1895 | J. P. Lowe, et ux | " | " | " | 115 | 49 | 283 |
| Sept. 24, 1895 | M. H. Penick, et vir | " | " | " | 60 | 47 | 250 |
| Nov. 20, 1896 | Mahala Hayo, et vir | " | " | " | 40 | 49 | 553. |
| Sept. 18, 1900 | Asa Long, Gdn. | " | " | " | 200 | 67 | 146 |
| Nov. 19, 1896 | M. B. Long, et al | " | " | " | 200 | 63 | 453 |
| Nov. 30, 1896 | William V. Long, et ux | " | " | " | 160 | 49 | 563 |
| Dec. 10, 1896 | S. W. Hillsberry, et ux | " | " | " | 30 | 49 | 575 |
| Dec. 7, 1896 | J. U. Jolliff, et ux | " | " | " | 46 | 49 | 563 |
| July 29, 1897 | John S. Stout, et al | " | " | " | 58 | 53 | 183 |
| Aug. 16, 1897 | W. G. Snodgrass, et ux, et al | " | " | " | 275 | 53 | 242 |
| Jan. 14, 1897 | William Carlin, et ux | " | " | " | 100 | 49 | 613 |
| Jan. 22, 1897 | Mary J. Robbins, et vir | " | " | " | 70 | 49 | 627 |
| April 30, 1895 | Lot King, et ux | Z. T. Francis | | | 50 | 48 | 517 |
| April 30, 1895 | Maria King | " | " | | 30 | 48 | 515 |
| March 4, 1897 | L. G. Robinson, et al | South Penn Oil Co. | | | 414 | 51 | 181 |
| April 28, 1897 | Ara Long, et al | " | " | " | 112 | 51 | 458 |
| June 4, 1898 | Ara Long, Gdn | " | " | " | 112 | 55 | 390 |
| Nov. 20, 1898 | John Long, et ux | S. L. Long | | | 144 | 61 | 109 |
| March 29, 1897 | W. J. Criswell, et ux | W. J. Criswell | | | 411 | 51 | 56 |
| Jan. 3, 1899 | Louisa E. Dulaney, et vir | A. D. Kimble | | | 156 | 61 | 115 |
| April 6, 1899 | T. L. Holbert, et al | South Penn Oil Co | | | 60 | 61 | 35 |
| Nov. 20, 1895 | Chas. C. Penick, et ux | " | " | " | 100 | 63 | 448 |
| Nov. 11, 1895 | T. H. Alley, et ux | L. G. Robinson | | | 150 | 48 | 572 |
| Jan. 22, 1896 | Samuel Starkey, et ux | W. A. Smith | | | 150 | 48 | 119 |
| Feb. 19, 1900 | Clarinda Hayhurst, et vir | J. E. Carnahan | | | 33 | 76 | 278 |
| March 13, 1900 | O. A. Talkington, et ux | South Penn Oil Co. | | | 150 | 67 | 26 |
| March 15, 1900 | N. D. Hunter, et ux | " | " | " | 84 | 67 | 31 |
| Feb. 24, 1900 | Elias Strockpole | " | " | " | 62 | 67 | 99 |
| March 14, 1900 | W. B. Starkey | " | " | " | 102 | 67 | 20 |
| March 14, 1900 | William T. Price, et ux | " | " | " | 165 | 67 | 22 |
| March 14, 1900 | E. Higgins, et ux | " | " | " | 51 | 67 | 24 |
| Aug. 7, 1899 | L. G. Robinson, et vir | J. E. Carnahan | | | 3000 | 73 | 266 |
| Nov. 14, 1900 | L. G. Robinson, et vir | J. E. Carnahan | | | 300 | 73 | 243 |
| Feb. 14, 1894 | J. M. Allen, et ux | Z. T. Francis | | | 653 | 39 | 222 |

GRANT DISTRICT          WETZEL COUNTY        (Continuation No. 3 )

| DATE | LESSOR | LESSEE | ACRES | RECORDED BOOK | PAGE |
|---|---|---|---|---|---|
| Nov. 8, 1898 | Alfred Watson | Jos. Hartman, Jr. | 133 | 56 | 469 |
| March 5, 1894 | M. H. Mariner, et ux | Z. T. Francis | 50 | 39 | 201 |
| Feb. 15, 1899 | M. P. Dye, et ux | J. E. Carnahan | 200 | 73 | 268 |
| Jan. 13, 1900 | William Edgell | "      " | 25 | 73 | 249 |
| Nov. 6, 1895 | Mary A. Darker, et vir | Z. T. Francis | 80 | 48 | 73 |
| Feb. 27, 1899 | Taylor Huble, et ux | H. L. Smith | 102 | 73 | 280 |
| Nov. 6, 1895 | William Edgell, et ux | Z. T. Francis | 72 | 48 | 74 |
| Nov. 6, 1895 | Jesse Ashcraft, et ux | "      " | 75 | 48 | 64 |
| Nov. 6, 1895 | L. D. Harbert | "      " | 60 | 48 | 69 |
| Aug. 4, 1897 | Nancy Springer, et vir | J. D. Owens, et al | 110 | 51 | 394 |
| Jan. 30, 1900 | Catharine Carlin | J. E. Carnahan | 335 | 73 | 276 |
| Sept. 11, 1900 | Abraham Ice | M. M. McIntire | 35 | 63 | 590 |
| March 10, 1899 | Wm. Carlin, et al | H. L. Smith | 40 | 73 | 282 |
| Oct. 31, 1898 | Samuel Talkington, et ux | A. B. Jollif, et al | 38 | 56 | 496 |
| Jan. 18, 1896 | H. Talkington, et al | W. A. Smith | 80 | 46 | 121 |
| Nov. 4, 1899 | A. S. Ice, et ux | J. E. Carnahan | 50 | 73 | 245 |
| March 10, 1899 | David Talkington, et ux | "      " | 100 | 73 | 253 |
| Feb. 15, 1900 | M. J. Morgan, et al | "      " | 50 | 70 | 339 |
| Feb. 14, 1899 | Catharine Ice | "      " | 150 | – | – |
| Jan. 29, 1901 | A. B. Ice, et al | H. L. Smith | 70 | – | – |
| April 7, 1902 | I. D. Morgan, et al | South Penn Oil Co. | 50 | 76 | 346 |
| March 29, 1897 | J. E. Starkey, et ux | L. G. Robinson, et al | 50 | 51 | 60 |
| March 29, 1897 | J. L. Price, et al | "      "      " | 134 | 51 | 40 |
| July 15, 1901 | Palmyra Hall, et vir | D. H. Courtney | 56½ | 11A | 414 |
| March 29, 1897 | S. P. Starkey, et ux | L. G. Robinson | 51 | 51 | 60 |
| March 29, 1897 | Mary E. Higgins, et vir | "      " | 70 | 51 | 84 |
| Oct. 1, 1902 | Mary E. Higgins, et al | South Penn Oil Co, et al | 70 | 79 | 386 |
| Feb. 19, 1900 | Harry Starkey | J. E. Carnahan | 17 | 76 | 280 |
| March, 29, 1897 | M. H. Norris, et vir | L. G. Robinson, et al | 42 | 51 | 58 |
| March 31, 1897 | M. M. McIntire, et vir | L. G. Robinson, et al | 75 | 51 | 58 |
| March 5, 1894 | F. S. Snodgrass, et ux | Z. T. Francis | 139 | 39 | 220 |
| March 9, 1898 | Samuel Cummings, et ux | Jos. Hartman, Jr. | 100 | 53 | 527 |
| Jan. 6, 1902 | L. S. Hoyt, et al | Jennings Bros, et al | 2200 | – | – |
| March 12, 1894 | J. W. Price, et ux | Z. T. Francis | 38 | 39 | 198 |
| March 14, 1898 | J. W. Hatfield, et ux | Joseph Hartman, Jr. | 156 | 53 | 523 |
| Oct. 25, 1902 | William L. Galliher, et al | South Penn Oil Co. | 28 | 83 | 47 |
| April 3, 1898 | J. H. McDougal, et ux | Jos. Hartman, Jr. | 28 | 55 | 47 |
| Dec. 12, 1898 | Wm. L. Gallagher, et ux | Jos. Hartman, Jr. | 64 | 58 | 255 |
| April 28, 1898 | John C. Poe, et ux | Jos. Hartman, Jr. | 516 | 53 | 658 |
| March 17, 1899 | Mary E. Lemasters | "      " | 22½ | 58 | 368 |
| Nov. 26, 1898 | S. J. Long, et ux | J. E. Carnahan | 150 | 73 | 271 |
| Oct. 26, 1918 | S. J. Long, et ux | South Penn Oil Co., etal | 150 | 13A | 624 |
| June 26, 1902 | Catharine Barker, et vir | South Penn Oil Co., etal | 30 | 79 | 191 |
| Sept. 8, 1905 | W. J. Stackpole, et al | Hope Natural Gas Co. | 53 | 96 | 96 |
| Mar. 30, 1907 | James L. Pollock, et ux, et al | South Penn Oil Co. | 386 | 101 | 237 |
| May 8, 1900 | F. M. Willey, et ux | A. D. Kimble | 100 | – | – |
| Apr. 15, 1908 | G. W. Ensminger, et ux | South Penn Oil Co. | 325 | 101 | 361 |

GRANT DISTRICT, WETZEL COUNTY, WEST VIRGINIA, (Continuation # 4)

| DATE | LESSORS | LESSEES | ACRES | RECORDED BOOK | PAGE |
|---|---|---|---|---|---|
| Sept. 1, 1908 | G. B. McNeely, et ux, et al | South Penn Oil Co. | 75 | 107 | 9 |
| Feb. 24, 1902 | Sep. Hall, et ux, et al | J. T. Miller, et al | 20 | 73 | 425 |
| Mar. 18, 1902 | D. J. Ensminger, et vir | H. L. Smith | 115 | 63 | 75 |
| Feb. 19, 1910 | Stephen Shuman, et ux | Hope Natural Gas Co. | 100 | 111 | 84 |
| May 9, 1913 | Willie L. Calbert | "        "        "        " | 100 | 3A | 136 |
| Nov. 25, 1902 | Levi Shuman, et ux, et al | R. L. Lamberton, et al | 97 | 79 | 374 |
| Dec. 11, 1916 | The Robinson Improvement Co. | South Penn Oil Co. | 66 | 94 | 377 |
| Oct. 19, 1918 | C. H. Cozart, et ux et al | South Penn Oil Co. | 25 | 13A | 170 |
| Mar. 5, 1918 | Marget Smith | South Penn Oil Co. | 25 | 11A | 116 |
| Feb. 18, 1919 | O. P. McIntire, et ux | South Penn Oil Co. | 55 | 13A | 159 |
| July 29, 1919 | W. F. Conoway, et ux | South Penn Oil Co. | | 6 | 317 |
| Sept. 14, 1909 | Jasper Shreve, et ux | J. W. Agnew | 142 | 107 | 404 |
| Sept. 28, 1911 | Virginia A. Ice, Ex. | N. S. Snyder | 110 | 4A | 481 |
| Sept. 12, 1910 | E. M. Ice, et ux | N. S. Snyder | 110 | 107 | 552 |
| Sept. 29, 1909 | E. A. Edgell, et ux | N. S. Snyder | 352 | 107 | 392 |
| Mar. 1, 1910 | H. L. Smith, et ux | N. S. Snyder | 352 | 107 | 414 |
| May 3, 1910 | H. L. McIntyre, Gan. | N. S. Snyder | 352 | 107 | 411 |
| Sept. 28, 1911 | Virginia A. Ice, Ex. | N. S. Snyder | 125¼ | 4A | 465 |
| Feb. 3, 1910 | James A. Edgell | J. W. Agnew | 97 | 107 | 405 |
| June 28, 1910 | U. G. Edgell | B. F. Rush | 3 | 107 | 438 |
| Feb. 16, 1910 | Margaret J. Welch, et vir. | W. P. Vincent | 50 | 107 | 412 |
| July 18, 1922 | Hulda M. Lantz, et vir | South Penn Oil Co | 2 | 16A | 31 |
| Aug. 28, 1922 | Hulda M. Lantz, et vir | South Penn Oil Co. | - | 16A | 136 |
| July 18, 1930 | William Carlin | South Penn Oil Co. | - | 11 | 285 |
| Nov. 3, 1938 | Lydia Laurie Smith, Trustee | South Penn Oil Co | 1 | 14 | 191 |
| Dec. 22, 1938 | J. A. Lantz, et al | South Penn Oil Co | 100 | - | - |
| Dec. 7, 1898 | John Long, et ux, et al | S. J. Long | 48 | 61 | 113 |
| Jan. 16, 1901 | John W. Starkey, Gdn. | South Penn Oil Co | 225 | 60 | 299 |
| July 6, 1920 | Catherine Ice, et al | South Penn Oil Co. | 225 | 13A | 598 |
| Feb. 14, 1899 | Michael Manion, et ux | J. E. Carnahan | 140 | 2A | 172 |
| Nov. 7, 1896 | C. C. Long, et ux | South Penn Oil Co. | 165 | 59 | 368 |
| Nov. 7, 1896 | S. L. Jolliff, et al | "        "        " | 156 | 59 | 372 |
| May 31, 1899 | Ara Long, Gdn. | "        "        " | 150 | 63 | 438 |
| Oct. 11, 1917 | H. A. Jolliff, et al | "        "        " | 150 | 10A | 249 |
| Nov. 7, 1896 | S. A. Minor, et vir | "        "        " | 160 | 59 | 372 |
| Aug. 20, 1895 | Lucius Hoge, et ux | "        "        " | 532 | 56 | 622 |
| June 7, 1895 | Lenard Ashcraft, et ux | J. F. Dye, et al | 62 | 59 | 257 |
| March 28, 1896 | J. M. Anderson, et al | United States Oil Co. | 100 | 48 | 130 |
| April 30, 1903 | Samuel Barker, et al | South Penn Oil Co. | 80 | 63 | 443 |
| Sept. 12, 1901 | H. K. Congray, et al | Brent Shriver | 230 | 73 | 229 |
| April 10, 1894 | Davis H. Cox, et ux | Greenlee & Forst | 436 | 39 | 109 |
| Feb. 24, 1902 | Sep Hall, et al | J. T. Miller, et al | 13 | 76 | 1 |
| May 23, 1914 | Daniel T. Ice, et al | N. S. Snyder | 110 | - | - |
| June 29, 1914 | Virginia A. Ice, Gdn. | N. S. Snyder | 110 | 4A | 458 |
| April 4, 1902 | I. D. Moore, Gdn | South Penn Oil Co | 50 | 73 | 570 |
| Dec. 14, 1896 | John R. McCoy, et al | J. F. Donaldson | 200 | - | - |
| March 22, 1894 | John Stephen, et | South Penn Oil Co. | 60 | 39 | 284 |

### GRANT DISTRICT, WETZEL COUNTY,   (Continuation No. 5.)

| DATE | LESSOR | LESSEE | ACRES | RECORDED BOOK | PAGE |
|---|---|---|---|---|---|
| June 15, 1897 | M. A. Brast, Comm. | South Penn Oil Co. | 300 | 53 | 204 |
| Oct. 25, 1901 | J. F. Dye, et ux, et al | John Robinson | 25 | - | - |
| March 15, 1904 | Millie V. Kocher et vir | South Penn Oil Co. | 60'x85' | 65 | 295 |

### CHURCH DISTRICT, WETZEL COUNTY, WEST VIRGINIA

| DATE | LESSORS | LESSEES | ACRES | RECORDED BOOK | PAGE |
|---|---|---|---|---|---|
| Feb. 4, 1902 | Peter Sole, et ux | South Penn Oil Company | 95 | 63 | 522 |
| June 29, 1906 | Ora Sole, et al | "    "    "    " | 95 | - | - |
| Oct. 25, 1901 | T. J. McNeeley, et ux, et al | "    "    "    " | 33 | 73 | 389 |
| Dec. 12, 1912 | S. O. Church, et ux, et al | Harper Baker | 40 | 3A | 97 |
| Sept. 20, 1904 | Alex Burke | South Penn Oil Co | 25 | 91 | 126 |
| Dec. 12, 1912 | J. B. Church, et ux | Harper Baker | 42 | 3A | 99 |
| Feb. 6, 1913 | J. B. Taylor, et ux | South Penn Oil Company | 84 | 3A | 112 |
| Jan. 14, 1913 | Levi L. Hoge, et ux | A. M. Glover | 100 | 3A | 362 |
| June 4, 1896 | Jack Antel, et ux | South Penn Oil Company | 56 | 51 | 137 |
| July 8, 1897 | Emerlina Conner, et vir | "    "    " | 56 | 53 | 175 |

### PROCTOR DISTRICT, WETZEL COUNTY, WEST VIRGINIA.

| DATE | LESSOR | LESSEE | ACRES | BOOK | PAGE |
|---|---|---|---|---|---|
| Apr. 5, 1898 | Robert Coffield, Et Ux | J. A. Phillips | 33 | 55 | 212 |
| Apr. 5, 1898 | Robert Coffield, et ux | "    "    " | 63 | 55 | 216 |
| Aug. 16, 1898 | Zeri Faugh, et ux | South Penn Oil Co | 101 | 56 | 271 |
| May 27, 1898 | A. J. Briggs, et ux | F. M. Lowry | 126 | 56 | 22 |
| Jan. 13, 1900 | H. R. Thompson, et ux | South Penn Oil Co | 4 | 63 | 521 |
| June 14, 1901 | James M. Parson, et ux | "    "    "    " | 110 | 73 | 195 |
| Aug. 16, 1898 | Maria Parsons, et al | "    "    "    " | 309 | 56 | 266 |
| Aug. 17, 1898 | J. F. Cooper, et ux, et al | "    "    "    " | 182 | 56 | 245 |
| June 17, 1898 | Jacob Coffield, et ux | J. A. Phillips | 66 | 55 | 339 |
| June 17, 1898 | Rachel Coffield, et vir | "    "    " | 100 | 55 | 329 |
| June 16, 1898 | Jacob Suter | "    "    " | 50 | 55 | 323 |
| June 17, 1898 | James Henry, et ux | "    "    " | 80 | 55 | 325 |
| June 18, 1898 | Henry Garner, et ux | "    "    " | 102 | 55 | 319 |
| June 18, 1898 | Henry Garner, et ux | "    "    " | 1496 | 55 | 394 |
| Sept. 9, 1898 | Jackson Yoho | O. F. Smith | 210 | 56 | 240 |
| Oct. 22, 1902 | J. W. Yeater, et ux | South Penn Oil Co | 100 | 83 | 22 |

### CLAY DISTRICT, WETZEL COUNTY, WEST VIRGINIA

| DATE | LESSOR | LESSEE | ACRES | BOOK | PAGE |
|---|---|---|---|---|---|
| June 18, 1894 | James Marshall, et ux | South Penn Oil Co. | 78 | 39 | 496 |
| June 18, 1894 | William McReynolds | "    "    "    " | 52 | 39 | 498 |
| June 20, 1894 | Geo. W. Sole, et ux | "    "    "    " | 135 | 39 | 548 |
| June 20, 1894 | Elzy Whittlaten, et ux | "    "    "    " | 55 | 39 | 616 |
| July 2, 1894 | Henry Church, et ux | "    "    "    " | 170 | 39 | 604 |
| June 20, 1894 | George Gillingham, et ux | "    "    "    " | 52 | 41 | 114 |
| May 16, 1895 | J. W. Newman, et ux | "    "    "    " | 250 | 44 | 500 |
| June 13, 1895 | Patrick O'Dea, et ux | "    "    "    " | 102 | 46 | 126 |
| June 26, 1895 | S. A. Carney, et ux | "    "    "    " | 16 | 46 | 232 |
| Feb. 23, 1895 | McGlaughlin Byard | "    "    "    " | 50 | 44 | 240 |
| May 21, 1896 | Henry Sole | "    "    "    " | 152 | 51 | 139 |
| Jan. 23, 1897 | Isaac Bungard, et ux | J. L. Newman | 61 | 53 | 401 |
| May 2, 1898 | Benjamin F. Barnhart | South Penn Oil Co. | 62 | 55 | 150 |
| Jan. 26, 1897 | Hester Jobs, et vir | "    "    "    " | 80 | 49 | 632 |

CLAY DISTRICT, WETZEL COUNTY, WEST VIRGINIA,   (Continuation No. 1)

| DATE | LESSORS | LESSEES | ACRES | RECORDED BOOK | PAGE |
|---|---|---|---|---|---|
| Feb. 25, 1897 | Eliza J. Marshall | South Penn Oil Company | 6 | 51 | 185 |
| Mar. 10, 1897 | J. L. Newman, et ux | "     "     "     " | 60 | 51 | 211 |
| June 13, 1904 | S. P. Carney, et ux | "     "     "     " | 6½ | 88 | 534 |
| May 6, 1912 | James Clark | "     "     "     " | 60 | 8A | 345 |
| Nov. 10, 1903 | Mahala Bradley, et vir | Hope Natural Gas Co. | 32 | 91 | 57 |
| Sept. 29, 1916 | J. A. Connelly, et ux | South Penn Oil Co | 50 | 9A | 263 |
| Jan. 17, 1917 | John Howard, et ux | "     "     "     " | 36 | 9A | 380 |
| May 15, 1916 | R. H. Haines | Archie Marshall | 32 | 9A | 249 |
| Nov. 11, 1903 | Elizabeth Garrison, et vir | South Penn Oil Co. | 11 | 66 | 175 |

GRANT & CENTER DISTRICTS   WETZEL COUNTY   WEST VIRGINIA

| Date | Lessor | Lessee | Acres | Book | Page |
|---|---|---|---|---|---|
| March 6, 1895 | John W. Palmer | South Penn Oil Company | 131 | 61 | 11 |

GRANT & GREEN DISTRICTS   WETZEL COUNTY   WEST VIRGINIA

| Date | Lessor | Lessee | Acres | Book | Page |
|---|---|---|---|---|---|
| NOV. 11, 1895 | Andrew Haught, et ux | L. G. Robinson | 100 | 47 | 174 |

CENTER DISTRICT, WETZEL COUNTY, WEST VIRGINIA

| Date | Lessor | Lessee | Acres | Book | Page |
|---|---|---|---|---|---|
| June 20, 1894 | Henry Shriver, et ux | South Penn Oil Company | 30 | 39 | 508 |
| June 20, 1894 | John D. Thompson, et ux | "     "     "     " | 70 | 39 | 514 |
| June 20, 1894 | Enix Anderson, et ux | "     "     "     " | 63 | 39 | 520 |
| June 20, 1894 | Peter Glover, et ux | "     "     "     " | 274 | 39 | 524 |
| June 20, 1894 | Lindsay Gray, et ux | "     "     "     " | 62 | 39 | 526 |
| June 20, 1894 | Alfred Efaw, et ux | "     "     "     " | 82 | 39 | 534 |
| Dec. 14, 1894 | Peter Glover | "     "     "     " | 70 | 41 | 444 |
| Dec. 14, 1894 | G. F. Glover, et ux | "     "     "     " | 96 | 41 | 448 |
| May 3, 1895 | S. H. Shriver, et ux | "     "     "     " | 300 | 44 | 496 |
| July 27, 1895 | Nathan Cross, et ux | "     "     "     " | 40 | 46 | 318 |
| July 27, 1895 | Josephus T. Brookover | "     "     "     " | 100 | 46 | 320 |
| July 27, 1895 | Nicholas B. Cross, et ux | "     "     "     " | 64 | 46 | 322 |
| July 27, 1895 | Alex. Sapp, et ux | "     "     "     " | 100 | 46 | 324 |
| July 27, 1895 | W. L. Brookover, et ux | "     "     "     " | 64 | 46 | 326 |
| July 29, 1895 | Sarah Hostutler, et vir | "     "     "     " | 8 | 46 | 348 |
| July 29, 1895 | Jane Blake | "     "     "     " | 40 | 46 | 352 |
| Aug. 2, 1895 | Titus Lemunyon, et ux | "     "     "     " | 26 | 47 | 3 |
| June 4, 1896 | Jack Antel, et ux | "     "     "     " | 56 | 51 | 137 |
| Oct. 13, 1896 | Sarah Johnson, et vir | "     "     "     " | 40 | 49 | 535 |
| Oct. 15, 1896 | B. B. Postlethwait, et ux | "     "     "     " | 261 | 49 | 598 |
| Sept. 7, 1897 | Daniel Lambert, et ux | "     "     "     " | 150 | 53 | 380 |
| Feb. 12, 1898 | Marion Gorby, et ux | "     "     "     " | 82 | 53 | 610 |
| July 21, 1898 | F. M. Lemasters, et ux | "     "     "     " | 127 | 56 | 273 |
| Aug. 18, 1897 | William Sapp, et ux | E. L. Robinson | 44 | 53 | 249 |
| May 20, 1902 | William Sapp, et ux et al | South Penn Oil Company | 44 | – | – |
| Feb. 25, 1899 | Alex. Kirkland, et ux | C. T. Emery | 81 | 61 | 51 |
| Apr. 15, 1897 | Wesley Delaney, et ux | L. G. Robinson | 140 | 51 | 46 |
| Feb. 19, 1900 | T. F. Pitman, et ux, et al | South Penn Oil Company | 100 | 67 | 16 |
| Apr. 28, 1900 | John C. Moore, et ux, et al | "     "     "     " | 44 | 67 | 107 |
| Apr. 28, 1900 | A. C. Moore, et ux | "     "     "     " | 84 | 67 | 105 |
| Feb. 21, 1898 | Ellis Dulaney, et ux | D. H. Cox | 50 | 58 | 609 |
| Dec. 11, 1902 | Ellis Dulaney, et ux | South Penn Oil Company | 50 | 75 | 570 |
| Feb. 21, 1898 | J. M. Dulaney, et ux | D. H. Cox | 44 | 58 | 607 |

JUL-03-2012 11:25 AM    Wetzel Co. Commission              3044555256                              P. 11/11

## CENTER DISTRICT, WETZEL COUNTY, WEST VIRGINIA (Continuation #1)

| DATE | LESSORS | LESSEES | ACRES | RECORDED BOOK | PAGE |
|---|---|---|---|---|---|
| FEB 21, 1898 | Peter Postlethwaite, et ux | D. H. Cox | 80 | 58 | 619 |
| Feb. 21, 1898 | R. J. Postlethwaite, et ux | "   "   " | 94 | 58 | 625 |
| Jan. 6, 1903 | R. J. Postlethwaite | South Penn Oil Company | 94 | 79 | 512 |
| Feb. 22, 1898 | W. J. W. Santee, et ux | D. H. Cox | 45 | 58 | 623 |
| Feb. 25, 1898 | Sarah Morris, et vir | D. H. Cox | 40 | 58 | 599 |
| Apr. 10, 1901 | Susan L. Crane, et al | South Penn Oil Company | 88½ | 91 | 273 |
| Aug. 4, 1902 | J. C. Horner | Robert L. Martin | 38 | 61 | 461 |
| Feb. 10, 1903 | J. C. Horner, et ux, et al | South Penn Oil Company | 38 | 81 | 220 |
| Jan. 9, 1905 | Elizabeth Anderson, et al | Hope Natural Gas Co. | 100 | 91 | 488 |
| Mar. 13, 1905 | Albert McMasters, et ux | "   "   "   " | 100 | 91 | 457 |
| Mar. 16, 1907 | Lucy L. Stewart, et vir. | "   "   "   " | 53 | 101 | 506 |
| June 27, 1906 | R. J. Anderson, et ux | "   "   "   " | 103 | 103 | 564 |
| Oct. 22, 1902 | J. W. Yoater, et ux | South Penn Oil Company | 100 | 83 | 22 |
| Nov. 15, 1902 | W. D. Pool, et ux | South Penn Oil Company | 35 | 83 | 13 |
| Nov. 18, 1902 | Mahala Greathouse | "   "   "   " | 26½ | 83 | 146 |
| Sept. 27, 1898 | David Bole, et ux | The Carter Oil Company | 106 | 58 | 161 |
| Apr. 4, 1930 | Mont M. McIntyre | South Penn Oil Company | 18 | 24A | 231 |
| Apr. 2, 1930 | J. A. Pyles, et ux, et al | South Penn Oil Company | 33 | 24A | 233 |
| Apr. 1, 1930 | C. C. Moore, et ux | "   "   "   " | 15 | 24A | 238 |
| Apr. 1, 1930 | Mary E. Greathouse, et al | "   "   "   " | 11 | 24A | 241 |
| May 13, 1930 | Dorah L. Anderson, et vir | "   "   "   " | 36 | 24A | 243 |
| May 13, 1930 | Laura E. Postlethwaite, et vir | "   "   "   " | 36 | 24A | 245 |
| Mar. 22, 1935 | S. H. Dean, et ux, et al | "   "   "   " | 50 | 29A | 542 |
| Apr. 4, 1935 | Mack Crane, et ux, et al | "   "   "   " | 67 | 30A | 67 |
| Feb. 27, 1936 | Maria Barth, et al | "   "   "   " | 56 | 31A | 3 |
| Jun 29, 1936 | Hugh Postlethwaite, et ux, et al | "   "   "   " | 44 | 31A | 132 |
| June 1, 1938 | Austa O. Yoho, et vir, et al | "   "   "   " | 16 | 32A | 413 |
| Mar. 1, 1898 | Amanda Lemasters, et vir | Thos. Pyles | 46 | 56 | 584 |
| Feb. 19, 1898 | A. T. Morris | J. Shettley | 150 | 56 | 533 |
| Feb. 19, 1898 | J. R. Pittman, et ux | J. Shettley | 218 | 56 | 535 |
| Nov. 25, 1902 | J. R. Pittman, et ux | South Penn Oil Company | 218 | - | - |
| Feb. 19, 1898 | J. W. Moore, et ux | J. Shettley | 25 | 56 | 540 |
| Feb. 19, 1898 | J. W. Moore, et ux | J. Shettley | 129 | 56 | 542 |
| Jan. 5, 1903 | J. W. Moore, et ux | South Penn Oil Company | 189 | 79 | 484 |
| Feb. 5, 1903 | Solomon Postlethwaite | "   "   "   " | 40 | 83 | 73 |
| Feb. 5, 1903 | T. J. J. Postlethwaite, et ux | "   "   "   " | 30 | 83 | 65 |
| Feb. 5, 1903 | Nelson Postlethwait, et ux | "   "   "   " | 34 | 83 | 70 |
| Aug. 1, 1899 | M. V. Hoge, Exec. | "   "   "   " | 100 | 61 | 558 |
| Feb. 22, 1904 | Jesse Shuman, et ux | "   "   "   " | 70'x50' | 88 | 327 |

Clerk's Office County Court, Wetzel County, West Virginia.

The foregoing Assignment of Leases from South Penn Oil Company to South Penn Natural Gas Company, was on the 28th day of December, 1939, presented into the Clerk's Office aforesaid and thereupon admitted to record together with the certificate thereto annexed.

                                        G. A. Harman, Clerk.