# West Virginia Secretary of State — Online Data Services

## Business & Licensing

Online Data Services Help

## Business Organization Detail

NOTICE: The West Virginia Secretary of State's Office makes every reasonable effort to ensure the accuracy of information. However, we make no representation or warranty as to the correctness or completeness of the information. If information is missing from this page, it is not in the The West Virginia Secretary of State's database.

### PENNZOIL COMPANY

| Organization Information | | | | | | | |
|---|---|---|---|---|---|---|---|
| Org Type | Effective Date | Filing Date | Charter | Class | Sec Type | Termination Date | Termination Reason |
| C \| Corporation | 10/29/1889 | 10/29/1889 | Foreign | Profit | | 4/1/1968 | Merger |

| Organization Information | | | |
|---|---|---|---|
| Business Purpose | | Capital Stock | 0.0000 |
| Charter County | Foreign Country | Control Number | 0 |
| Charter State | PA | Excess Acres | 0 |
| At Will Term | | Member Managed | |
| At Will Term Years | | Par Value | 0.0000 |
| Authorized Shares | 0 | | |

| Addresses | |
|---|---|
| Type | Address |
| Principal Office Address | HHH, PA, |
| Type | Address |

| Date | Amendment |
|---|---|
| 4/1/1968 | MERGER; UNITED GAS CORPORATION MERGED WITH AND INTO PENNZOIL COMPANY AND FORMED A NEW CORPORATION, PENNZOIL UNITED, INC., WHICH QUALIFIED APRIL 1, 1968. ROLL 10. |
| 6/14/1965 | AMENDMENT BK 210 PG 427 |
| 1/22/1964 | MERGER; ZAPATA CANADIAN PETROLEUM CORPORATION, A DE CORP, MERGED WITH AND INTO PENNZOIL COMPANY, THE SURVIVOR, BK 239 PG 471 |
| 12/23/1963 | AMENDMENT; MERGING THE PENNZOIL COMPANY, A CA CORP, WITH AND INTO PENNZOIL COMPANY, THE SURVIVOR, BK 239 PG 301 |
| 7/31/1963 | CHANGE OF NAME; FROM SOUTH PENN OIL COMPANY BK 238 PG 310, AND MERGER; ZAPATA PETROLEUM CORPORATION AND STETCO PETROLEUM CORPORATION, BOTH DEL CORPS, MERGED WITH AND INTO SOUTH PENN OIL COMPANY, WHICH CHANGED ITS NAME IN SAID MERGER TO PENNZOIL COMPANY, THE SURVIVOR. |
| 7/6/1959 | AMENDMENT; CERTIFICATE OF INC. BK 210 PG 231. |
| 6/30/1955 | AMENDMENT; MERGER OF THE PENNZOIL COMPANY WITH AND INTO SOUTH PENN OIL COMPANY THE SURVIVOR. BK 217 PG 311 |
| 5/27/1948 | AMENDMENT ARTICLES OF INC. BK 210 PG 68 |
| 8/2/1946 | AMENDMENT BK 183 PG 69 |
| 10/30/1945 | AMENDMENT ARTICLES OF INC. BK 152 PG 757 |
| 12/17/1936 | AMENDMENT BK 152 PG 161 |
| 5/6/1932 | AMENDMENT BK 125 PG 729 |
| Date | Amendment |

| Images |  |  |  |  |
|---|---|---|---|---|
| View | Name | Date Added | Date Effective | Type |
| View | PENNZOIL COMPANY | 2/3/2005 | 10/29/1889 | O - Other Filings |
| View | PENNZOIL COMPANY | 12/7/2004 | 10/29/1889 | O - Other Filings |
| View | PENNZOIL COMPANY | 1/16/2004 | 10/29/1889 | M - Mergers, Conversions, Consolidations |
| View | PENNZOIL COMPANY | 1/16/2004 | 10/29/1889 | M - Mergers, Conversions, Consolidations |
| View | PENNZOIL COMPANY | 1/16/2004 | 10/29/1889 | M - Mergers, Conversions, Consolidations |
| View | Name | Date Added | Date Effective | Type |

Printed from West Virginia Secretary of State Online Data Services web site: http://apps.sos.wv.gov

Tuesday, September 04, 2012 — 6:10 PM

© 2012 State of West Virginia