322
DB 222
577

33-55-12

STATE OF WEST VIRGINIA    §
                          §
COUNTY OF WETZEL          §


SUPPLEMENTAL DEED, ASSIGNMENT AND CONVEYANCE

WHEREAS, by Deed, Assignment, and Conveyance dated October 28, 1986, and recorded in Volume 319, Page 397 of the records of WETZEL County, West Virginia, Pennzoil Company assigned certain properties to Pennzoil Products Company; and

WHEREAS, certain properties intended to be conveyed were not specifically listed on said Deed, Assignment and Conveyance; and

WHEREAS, Pennzoil Company desires to supplement said Deed, Assignment and Conveyance to include those additional properties.

NOW, THEREFORE, PENNZOIL COMPANY, a Delaware corporation ("Grantor"), for and in consideration of the sum of Ten Dollars ($10.00) cash and other good and valuable consideration to it in hand paid by PENNZOIL PRODUCTS COMPANY, a Nevada corporation, whose address is P. O. Box 2967, Houston, TX 77252-2967 ("Grantee"), the receipt and sufficiency of which are hereby acknowledged, has granted, bargained, sold, conveyed, assigned, transferred, set over and delivered, and by these presents does hereby grant, bargain, sell, convey, assign, transfer, set over and deliver

578

unto Grantee, effective as of 7:00 a.m. local time on November 1, 1986, the following described property (hereinafter sometimes called the "Subject Property"):

    (a) all fee interests, easements, rights of way, leases, subleases, royalty interests, and all other interests of whatever kind or character owned by Grantor in land situated in the state of West Virginia (excluding only those certain lands in West Virginia conveyed by Grantor to Richland Development Corporation by Deed, Assignment and Conveyance, dated October 28, 1986, and effective November 1, 1986), including, but not by way of limitation, those interests described in Exhibits A through F attached hereto and made a part hereof (the "Real Property Interests") and any and all buildings and improvements of every type, kind and character situated upon the Real Property Interests.

    (b) all of Grantor's right, title and interest in, to or derived from:

        (i) all easements, rights of way, permits, licenses, servitudes or other interests in any way relating to the Real Property Interests;

        (ii) all equipment and other tangible personal property (including but not limited to vehicles), fixtures and improvements situated upon the Real Property Interests or used or held for use in connection with the operation of or the conduct of business at or in connection with the Real Property Interests;

        (iii) all sales, purchase, exchange and processing contracts and agreements, transportation and charter agreements, gas purchase agreements, utility agreements, distributor agreements and all other contracts or agreements of whatever kind or character affecting or relating to the Real Property Interests or any part thereof; and

        (iv) all inventories of hydrocarbon products and accounts receivable in connection with the sale of such hydrocarbon products.

This Deed, Conveyance and Assignment is made subject to all valid and subsisting restrictions, exceptions, reservations, conditions, encumbrances, interests, instruments and other matters of record (the "Encumbrances").

TO HAVE AND TO HOLD the Subject Property, subject to the Encumbrances, together with all and singular the rights and appurtenances thereto in anywise belonging unto Grantee, its successors, assigns and legal representatives forever; and Grantor does hereby bind itself and its successors and assigns to warrant and forever defend all and singular the Real Property Interests, subject to the Encumbrances, unto Grantee, its successors and assigns, against every person whomsoever lawfully claiming or to claim the same or any part thereof by, through or under Grantor, but not otherwise. This Deed, Assignment and Conveyance is made with full substitution and subrogation of Grantee in and to all covenants and warranties by others heretofore given or made with respect to the Subject Property or any part thereof.

So-long as authorized by applicable law so to do, Grantor agrees to execute, acknowledge and deliver all and every such further acts, conveyances, notices, releases and acquittances and such other instruments as may be necessary or appropriate more fully to assure to Grantee or its successors or assigns all of the properties, rights, titles, interests, estates, remedies, powers and privileges by this instrument granted, bargained, sold, conveyed, assigned, transferred, set over and delivered, or otherwise vested in Grantee or intended so to be.

580

IN WITNESS WHEREOF, Grantor has executed this instrument this 31 day of August, 1987, but effective as of the date and time first above written.

PENNZOIL COMPANY

By /s/ N. J. Luke
N. J. LUKE
Vice President

/s/ Assistant Secretary
Assistant Secretary
[Corporate Seal]

Executed by all parties in the presence of the undersigned competent witnesses:

/s/ Witness
Witness

/s/ Witness
Witness

THE STATE OF TEXAS  §
COUNTY OF HARRIS    §

BE IT REMEMBERED, that I, Judy Lane, a Notary Public duly qualified, commissioned, sworn and acting in and for the county and state aforesaid, hereby certify that on this 31 day of August, 1987, there appeared before me N. J. LUKE, residing at 13727 Tosca Lane, Houston, Texas 77079, a vice president of Pennzoil Company, a Delaware corporation, a party to the foregoing instrument.

Such person has this day in my said county, before me, acknowledged the said instrument to be the act and deed of Pennzoil Company, a Delaware corporation.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal, in the County of Harris and State of Texas this 31 day of August, 1987.

/s/ Judy Lane
Notary Public

JUDY LANE
Notary Public for the State of Texas
My Commission Expires 2/8/89

4 of 4

"DECLARATION OF CONSIDERATION
OF VALUE"

The undersigned does hereby declare that the transfer involved in the document to which this declaration is appended is not subject to the State excise tax upon the privilege of transferring real estate for the reason designated as follows:

Transferring property from parent company to subsidiary without consideration.

Given under my hand this 31 day of August, 1987.

/s/ Ralph B. Burch
RALPH B. BURCH
P. O. Box 2967
Houston, Texas  77252

EXHIBIT "A"
LEASEHOLD ACREAGE
STATE OF WEST VIRGINIA

COUNTY=WETZEL

16:02 MONDAY, AUGUST 24, 1987  137

| LEASE NO. | GRANTOR | GRANTEE | RECORDING DATA | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|
| 991550 | STEVENS, JOHN, ET UX | SOUTH PENN OIL COMPANY | BK.35 PG.356 | 9 | 26 | 1891 |
| 991551 | STEVENS, JOHN, ET UX | SOUTH PENN OIL COMPANY | BK.35 PG.356 | 9 | 26 | 1891 |
| 1003750 | BLACKSHERE, JNO., ET AL | SOUTH PENN OIL COMPANY | BK.35 PG.547 | 2 | 20 | 1892 |
| 1003751 | BLACKSHERE, JNO., ET AL | SOUTH PENN OIL COMPANY | BK.35 PG.547 | 2 | 20 | 1892 |
| 1003752 | BLACKSHERE, JNO., ET AL | SOUTH PENN OIL COMPANY | BK.35 PG.547 | 2 | 20 | 1892 |
| 1003753 | BLACKSHERE, JNO., ET AL | SOUTH PENN OIL COMPANY | BK.35 PG.547 | 2 | 20 | 1892 |
| 1003754 | BLACKSHERE, JNO., ET AL | SOUTH PENN OIL COMPANY | BK.35 PG.547 | 2 | 20 | 1892 |
| 1003755 | BLACKSHERE, JNO., ET AL | SOUTH PENN OIL COMPANY | BK.35 PG.547 | 2 | 20 | 1892 |
| 1003756 | BLACKSHERE, JNO., ET AL | SOUTH PENN OIL COMPANY | BK.35 PG.547 | 2 | 20 | 1892 |
| 1005250 | PETERSON, B. WALKER, ET UX | SOUTH PENN OIL COMPANY | BK.35 PG.588 | 3 | 5 | 1892 |
| 1005251 | PETERSON, B. WALKER, ET UX | SOUTH PENN OIL COMPANY | BK.35 PG.588 | 3 | 5 | 1892 |
| 1005252 | PETERSON, B. WALKER, ET UX | SOUTH PENN OIL COMPANY | BK.35 PG.588 | 3 | 5 | 1892 |
| 1005253 | PETERSON, B. WALKER, ET UX | SOUTH PENN OIL COMPANY | BK.35 PG.588 | 3 | 5 | 1892 |
| 1005254 | PETERSON, B. WALKER, ET UX | SOUTH PENN OIL COMPANY | BK.35 PG.588 | 3 | 5 | 1892 |
| 1005255 | PETERSON, B. WALKER, ET UX | SOUTH PENN OIL COMPANY | BK.35 PG.588 | 3 | 5 | 1892 |
| 1005256 | PETERSON, B. WALKER, ET UX | SOUTH PENN OIL COMPANY | BK.35 PG.588 | 3 | 5 | 1892 |
| 1005257 | PETERSON, B. WALKER, ET UX | SOUTH PENN OIL COMPANY | BK.35 PG.588 | 3 | 5 | 1892 |
| 1005258 | PETERSON, B. WALKER, ET UX | SOUTH PENN OIL COMPANY | BK.35 PG.588 | 3 | 5 | 1892 |
| 1005259 | PETERSON, B. WALKER, ET UX | SOUTH PENN OIL COMPANY | BK.35 PG.588 | 3 | 5 | 1892 |
| 1006050 | NORRIS, J.W., ET UX | SOUTH PENN OIL COMPANY | BK.35 PG.572 | 3 | 14 | 1892 |
| 1013750 | DAWSON, CASSEY A. | SOUTH PENN OIL COMPANY | BK.36 PG.193 | 2 | 16 | 1892 |
| 1019250 | ROBINSON, L. G., ET AL | SOUTH PENN OIL CO | BK. 36, PG. 247 | 3 | 23 | 1892 |
| 1019251 | ROBINSON, L. G., ET AL | SOUTH PENN OIL CO | BK. 36, PG. 247 | 3 | 23 | 1892 |
| 1020350 | NORRIS, D. S. | H. L. SMITH | BK.36 PG.142 | 2 | 24 | 1892 |
| 1021250 | RIGGS, H. A., ET UX | H. L. SMITH | BK36 PG117 | 2 | 29 | 1892 |
| 1021550 | HODGE, M. V., EXEC. & DEVISEE | H. L. SMITH | BK36 PG245 | 3 | 9 | 1892 |

A
1 of 13


EXHIBIT "C"
ROYALTY FEE ACREAGE
STATE OF WEST VIRGINIA

------ COUNTY=WETZEL ------

| LEASE NO. | GRANTOR | GRANTEE | RECORDING DATA |
|---|---|---|---|
| 280400 | ENSMINGER, R. L. | SOUTH PENN OIL CO. | BK. 46, PG. 560 |
| 280500 | ENSMINGER, J. F., ET UX | SOUTH PENN OIL CO. | BK. 46, PG. 562 |
| 280600 | ENSMINGER, G. W., ET UX | SOUTH PENN OIL CO. | BK. 46, PG. 563 |
| 280700 | HAYSE, J. P., ET UX | SOUTH PENN OIL CO. | BK. 46, PG. 564 |
| 280800 | HAYSE, B. J. | SOUTH PENN OIL CO. | BK. 46, PG. 566 |
| 280900 | SNODGRASS, J. T., ET UX | SOUTH PENN OIL CO. | BK. 46, PG. 567 |
| 281000 | MERRILL, S. R. | SOUTH PENN OIL CO. | BK. 46, PG. 569 |
| 281200 | HILLBERRY, S. W., ET UX | SOUTH PENN OIL CO. | BK. 47, PG. 15 |
| 281300 | SNODGRASS, J. D., ET AL | SOUTH PENN OIL CO. | BK. 47, PG. 16 |
| 281400 | MORGAN, I. D., ET UX | SOUTH PENN OIL CO. | BK. 47, PG. 248 |
| 281500 | BATSON, ELIAS, ET UX | SOUTH PENN OIL CO. | BK. 49, PG. 286 |
| 281600 | LEMASTER, MARGARET, ET VIR | SOUTH PENN OIL CO. | BK. 48, PG. 136 |
| 281700 | PETERSON, B. W., ET UX | SOUTH PENN OIL CO. | BK. 48, PG. 277 |
| 281900 | FLUHARTY, HENRY | SOUTH PENN OIL CO. | BK. 49, PG. 114 |
| 282000 | FLUHARTY, HENRY | SOUTH PENN OIL CO. | BK. 49, PG. 115 |
| 282100 | FLUHARTY, J. M., ET AL | SOUTH PENN OIL CO. | BK. 49, PG. 117 |
| 282200 | WRIGHT, NORVAL, ET UX | SOUTH PENN OIL CO. | BK. 49, PG. 118 |
| 282300 | CUNNINGHAM, D.M., ET UX | SOUTH PENN OIL CO. | BK. 49, PG. 120 |
| 282400 | WILEY, A. W., ET AL | SOUTH PENN OIL CO. | BK. 49 PG. 121 |
| 282500 | HORNER, PETER, ET UX | SOUTH PENN OIL CO. | BK. 49 PG. 123 |
| 282700 | WILEY, GEO. M., ET AL | SOUTH PENN OIL CO. | BK. 49, PG. 126 |
| 282900 | WILEY, JOHN C., ET AL | SOUTH PENN OIL CO. | BK. 49, PG. 130 |
| 283000 | WILEY, RICHARD, ET AL | SOUTH PENN OIL CO. | BK. 49, PG. 131 |
| 283100 | FLUHARTY, WILLIAM, ET AL | SOUTH PENN OIL CO. | BK. 49, PG. 133 |
| 283200 | WILEY, RICHARD, ET AL | SOUTH PENN OIL CO. | BK. 49, PG. 134 |
| 283300 | FLUHARTY, DAVID, ET UX | SOUTH PENN OIL CO. | BK. 49, PG. 136 |

600

EXHIBIT "E"
UNITIZED ACREAGE
STATE OF WEST VIRGINIA

COUNTY=WETZEL

14:54 TUESDAY, AUGUST 25, 1987   17

| LEASE NO. | UNIT NAME | OPERATOR | RECORDING DATA |
|---|---|---|---|
| 4743000 | C. C. PENNICK UNIT | PENNZOIL COMPANY | |
| 4743100 | RACHEL WRIGHT UNIT | PENNZOIL COMPANY | |
| 4743300 | JAMES BOOTH UNIT | PENNZOIL COMPANY | |
| 4743500 | WILLIAM FLUHARTY UNIT | PENNZOIL COMPANY | |
| 4744200 | ANDERSON WILEY UNIT | PENNZOIL COMPANY - OPERATOR | |
| 4744300 | LUCY WILEY UNIT | PENNZOIL COMPANY - OPERATOR | |
| 4744600 | JANE WRIGHT UNIT | PENNZOIL COMPANY - OPERATOR | |
| 4744800 | LAURA F. HEARNE UNIT | PENNZOIL COMPANY - OPERATOR | |
| 4745000 | H.A. RIGS UNIT | PENNZOIL COMPANY - OPERATOR | |
| 4745100 | GENINE ROBINSON UNIT | PENNZOIL COMPANY - OPERATOR | |
| 4745200 | H. L. SMITH UNIT | PENNZOIL COMPANY - OPERATOR | |
| 4745300 | JOHN STEVENS -OR STEPHENS- UNIT | PENNZOIL COMPANY - OPERATOR | |
| 4745500 | MARY WILLEY UNIT | PENNZOIL COMPANY - OPERATOR | |
| 4745600 | EDGELL HEIRS UNIT | PENNZOIL COMPANY - OPERATOR | |
| 4745700 | GEO. ENSMINGER UNIT | PENNZOIL COMPANY - OPERATOR | |
| 4745800 | M. P. HAYS UNIT | PENNZOIL COMPANY - OPERATOR | |
| 4745900 | I. D. MORGAN UNIT | PENNZOIL COMPANY - OPERATOR | |
| 4746200 | J. M. NORRIS UNIT | PENNZOIL COMPANY - OPERATOR | |
| 4746300 | WILLIAM PRICE UNIT | PENNZOIL COMPANY - OPERATOR | |
| 4746500 | L. G. ROBINSON UNIT | PENNZOIL COMPANY - OPERATOR | |
| 4747000 | PETERSON - FAIRCHILD - CAMPBELL UNIT | PENNZOIL COMPANY - OPERATOR | |
| 4747100 | NORRIS - PETERSON - MCINTIRE UNIT | PENNZOIL COMPANY - OPERATOR | |
| 6796600 | STRINGTOWN UNIT NO. 2 | PENNZOIL COMPANY-OPERATOR | BK. 69A, PG. 123 |

E/131

603

EXHIBIT "F"
RIGHT OF WAY ACREAGE
STATE OF WEST VIRGINIA

COUNTY=WETZEL

15:02 TUESDAY, AUGUST 25, 1987   77

| LEASE NO. | GRANTOR | GRANTEE | RECORDING DATA | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|
| 167000 | CAIN, IDRESS L. | PENNZOIL COMPANY | BK. 46 PG. 112 | 6 | 21 | 1978 |
| 168800 | LYONS, ARCHIE B., ET UX | PENNZOIL COMPANY | BK. 46 PG. 169 | 8 | 30 | 1978 |
| 168900 | ASH, LEO | PENNZOIL COMPANY | BK. 46 PG. 168 | 8 | 31 | 1978 |
| 170200 | KILCOYNE, BERNICE C., ET AL. | PENNZOIL COMPANY | BK. 46 PG. 203 | 10 | 4 | 1978 |
| 189700 | HAYNES, SHUMAN E. ET UX | PENNZOIL COMPANY | BK. 47, PG. 297 | 11 | 13 | 1979 |
| 192800 | HUGGINS, EARL L. ET UX | PENNZOIL COMPANY | BK. 48,PG. 120 | 7 | 29 | 1980 |
| 196800 | WEST VIRGINIA DEPARTMENT OF HIGHWAYS | PENNZOIL COMPANY | BK. 48, PG. 479 | 10 | 23 | 1979 |
| 196900 | WEST VIRGINIA DEPARTMENT OF HIGHWAYS | PENNZOIL COMPANY | | 5 | 20 | 1980 |
| 201000 | HUGGINS, ROBERT L., ET AL | PENNZOIL COMPANY | BK. 50 PG. 264 | 5 | 10 | 1982 |
| 202300 | JOHNSTON, ROBERT E. ET UX | PENNZOIL COMPANY | | 12 | 4 | 1980 |
| 204700 | WEST VIRGINIA DEPARTMENT OF HIGHWAYS | PENNZOIL COMPANY | | 8 | 14 | 1980 |
| 229600 | WEST VIRGINIA DEPT. OF HIGHWAYS | PENNZOIL COMPANY | | 11 | 9 | 1981 |
| 249600 | LIGGETT, BILLY E., ET UX | PENNZOIL COMPANY | BK. 55 PG. 130 | 8 | 6 | 1985 |
| 249700 | SUMMERS, TIMOTHY L., ET UX | PENNZOIL COMPANY | BK. 55 PG. 134 | 8 | 6 | 1985 |
| 249800 | SIMON, GEORGE P., ET UX | PENNZOIL COMPANY | BK. 55 PG. 132 | 8 | 6 | 1985 |

603

STATE OF WEST VIRGINIA, COUNTY OF WETZEL, TO-WIT:
OFFICE OF THE CLERK OF THE COUNTY COMMISSION OF WETZEL COUNTY.

The foregoing paper writing was this day September 17, 19 87, at 9:08 a.m. presented for record in my office, and thereupon, together with the certificate thereto annexed, is admitted to record.

Teste: _____ Clerk,

County Commission of Wetzel County