BOOK 76A PAGE 704

## MEMORANDUM OF ASSIGNMENT AND BILL OF SALE

WHEREAS, PENNZOIL PRODUCTS COMPANY, P. O. Box 5519, Vienna, West Virginia 26105, hereinafter referred to as "Pennzoil", and COBHAM GAS INDUSTRIES, INC., 231 Davis Street, Bridgeport, West Virginia 26330, hereinafter referred to as "Assignee", have entered into an Assignment and Bill of Sale dated the 15th day of October, 1996, whereby Pennzoil did bargain, sell, transfer, assign and convey unto Assignee all right, title and interest it may have in and to certain oil and gas leases and ~~ninety (90)~~ 88 wells more particularly described on EXHIBIT "A" and EXHIBIT "B", attached hereto and made a part hereof.

NOW, THEREFORE, the undersigned parties agree to place of record this Memorandum of Assignment and Bill of Sale to evidence existence of said Assignment and Bill of Sale for purposes of providing notice of same.

IN WITNESS WHEREOF, PENNZOIL PRODUCTS COMPANY and COBHAM GAS INDUSTRIES INC. have caused their corporate names to be signed hereto pursuant to authority duly given, this 15th day of October, 1996.

PENNZOIL PRODUCTS COMPANY

By _____
Attorney in Fact

COBHAM GAS INDUSTRIES, INC.

By _____
PRESIDENT

BOOK 76A PAGE 705

STATE OF WEST VIRGINIA,
COUNTY OF WOOD, TO-WIT:

I, Dirk Anderson, a Notary Public in and for the county and state aforesaid, do hereby certify that PHILIP S. ONDRUSEK, who signed the writing above bearing date the 15th day of October, 1996, for PENNZOIL PRODUCTS COMPANY, a corporation, has this day acknowledged the same to be the act and deed of said corporation.

My commission expires: 10/3/2000

Given under my hand and seal this 15th day of OCTOBER, 1996.

_____
Notary Public

STATE OF WEST VIRGINIA,
COUNTY OF Harrison, TO-WIT:

I, Gwendolyn K. Alvarez, a Notary Public in and for the county and state aforesaid, do hereby certify that A.J. Brookes, who signed the writing above bearing date the 15th day of October, 1996, for COBHAM GAS INDUSTRIES, INC, a corporation, has this day acknowledged the same to be the act and deed of said corporation.

My commission expires: 11/9/98

Given under my hand and seal this 15th day of October, 1996.

_____
Notary Public

This instrument prepared for Pennzoil Products Company, P. O. Box 5519, Vienna, West Virginia 26105-5519, by Michael G. Kirsch.

d:\s\smithf.doc

BOOK 76A PAGE 706

EXHIBIT A
SMITHFIELD/WALLACE FIELD
Wetzel, Doddridge and Harrison Counties, West Virginia

Attached to and made a part of Memorandum of Assignment and Bill of Sale dated October 15, 1996 by and between Pennzoil Products Company and Cobham Gas Industries, Inc.

| LEASE NO. | LESSOR / GRANTOR | LESSEE / GRANTEE | DATE | BOOK / PAGE | REMARKS |
|---|---|---|---|---|---|
| | | | | | All properties are in Wetzel County unless otherwise specified in Remarks. |
| 000878000 | L F CAIN | SOUTH PENN OIL COMPANY | 1922/06/16 | BK.252 PG. 613 | |
| 002786000 | L G ROBINSON ET VIR | SOUTH PENN OIL CO | 1894/04/27 | BK.15a PG. 320 BK.39 PG.292 | Fee Property. Pennzoil to retain its interest and grant Purchaser an Oil & Gas Lease. |
| 002794000 | H L SMITH ET AL | SOUTH PENN OIL CO | 1894/11/03 | BK.41, PG.141 | Fee Property. Pennzoil to retain its interest and grant Purchaser an Oil & Gas Lease. |
| 002803000 | J W NORRIS ET UX | SOUTH PENN OIL COMPANY | 1895/09/03 | BK.46, PG.559 | Fee Property. Pennzoil to retain its interest and grant Purchaser an Oil & Gas Lease. |
| 002806000 | G W ENSMINGER ET UX | SOUTH PENN OIL COMPANY | 1895/09/03 | BK.46, PG.563 | Fee Property. Pennzoil to retain its interest and grant Purchaser an Oil & Gas Lease. |
| 002810000 | S R MERRILL | SOUTH PENN OIL CO | 1895/09/10 | BK.46, PG.569 | Fee Property. Pennzoil to retain its interest and grant Purchaser an Oil & Gas Lease. |
| 002815000 | ELIAS BATSON ET UX | SOUTH PENN OIL COMPANY | 1895/12/28 | BK.49, PG.286 | Fee Property. Pennzoil to retain its interest and grant Purchaser an Oil & Gas Lease. |
| 002817000 | B W PETERSON ET UX | SOUTH PENN OIL COMPANY | 1896/01/21 | BK.48, PG.277 | Fee Property. Pennzoil to retain its interest and grant Purchaser an Oil & Gas Lease. |
| 003322000 | RICHARD H HOGE ET UX | PENNZOIL COMPANY | 1985/01/30 | BK 306 PG 415 | |
| 003322000 | JOHN B WILSON ET UX | PENNZOIL COMPANY | 1985/01/30 | BK 306 PG 419 | |
| 003322000 | JOAN B HOGE | PENNZOIL COMPANY | 1985/01/30 | BK 306 PG 423 | |
| 003322000 | RYLAND WILSON ET UX | PENNZOIL COMPANY | 1985/01/30 | BK 306 PG 427 | |
| 003322000 | JUDITH M BLUE | PENNZOIL COMPANY | 1985/01/30 | BK 306 PG 431 | |
| 003322000 | RICHARD BACHMANN ET UX | PENNZOIL COMPANY | 1985/01/30 | BK 306 PG 435 | |
| 003322000 | MARY ELLEN MUMFORD | PENNZOIL COMPANY | 1985/01/30 | BK 306 PG 439 | |
| 003322000 | CHRISTINE CAMPBELL ET VIR | PENNZOIL COMPANY | 1985/01/30 | BK 306 PG 443 | |
| 003322000 | MARY W WRIGHT | PENNZOIL COMPANY | 1985/01/30 | BK 306 PG 447 | |

BOOK 76A PAGE 707

## EXHIBIT A
## SMITHFIELD/WALLACE FIELD
### Wetzel, Doddridge and Harrison Counties, West Virginia

| LEASE NO. | LESSOR / GRANTOR | LESSEE / GRANTEE | DATE | BOOK / PAGE | REMARKS |
|---|---|---|---|---|---|
| 003322000 | JOSEPHINE CAMPBELL BLUE | PENNZOIL COMPANY | 1985/01/30 | BK 306 PG 451 | |
| 003322000 | ELIZABETH K WILD | PENNZOIL COMPANY | 1985/01/30 | BK 306 PG 455 | |
| 003322000 | REBECCA RANKIN ET VIR | PENNZOIL COMPANY | 1985/01/30 | BK 306 PG 459 | |
| 003322000 | VIRGINIA H MAUPIN | PENNZOIL COMPANY | 1985/01/30 | BK 306 PG 463 | |
| 003322000 | ELIZABETH WOOD ET VIR | PENNZOIL COMPANY | 1985/01/30 | BK 306 PG 467 | |
| 003322000 | LUCIUS WILSON, JR ET UX | PENNZOIL COMPANY | 1985/01/30 | BK 306 PG 471 | |
| 009915050 | JOHN STEVENS ET UX | SOUTH PENN OIL COMPANY | 1891/09/26 | BK 35 PG 356 | |
| 009915051 | JOHN STEVENS ET UX | SOUTH PENN OIL COMPANY | 1891/09/26 | BK 35 PG 356 | |
| 010037050 | JNO BLACKSHERE ET AL | SOUTH PENN OIL COMPANY | 1892/02/20 | BK 35 PG 547 | |
| 010037051 | JNO BLACKSHERE ET AL | SOUTH PENN OIL COMPANY | 1892/02/20 | BK 35 PG 547 | |
| 010037052 | JNO BLACKSHERE ET AL | SOUTH PENN OIL COMPANY | 1892/02/20 | BK 35 PG 547 | |
| 010037053 | JNO BLACKSHERE ET AL | SOUTH PENN OIL COMPANY | 1892/02/20 | BK 35 PG 547 | |
| 010037054 | JNO BLACKSHERE ET AL | SOUTH PENN OIL COMPANY | 1892/02/20 | BK 35 PG 547 | |
| 010037055 | JNO BLACKSHERE ET AL | SOUTH PENN OIL COMPANY | 1892/02/20 | BK 35 PG 547 | |
| 010037056 | JNO BLACKSHERE ET AL | SOUTH PENN OIL COMPANY | 1892/02/20 | BK 35 PG 547 | |
| 010052050 | B WALKER PETERSON ET UX | SOUTH PENN OIL COMPANY | 1892/03/05 | BK 35 PG 588 | |
| 010052051 | B WALKER PETERSON ET UX | SOUTH PENN OIL COMPANY | 1892/03/05 | BK 35 PG 588 | |
| 010052052 | B WALKER PETERSON ET UX | SOUTH PENN OIL COMPANY | 1892/03/05 | BK 35 PG 588 | |
| 010052053 | B WALKER PETERSON ET UX | SOUTH PENN OIL COMPANY | 1892/03/05 | BK 35 PG 588 | |
| 010052054 | B WALKER PETERSON ET UX | SOUTH PENN OIL COMPANY | 1892/03/05 | BK 35 PG 588 | |
| 010052055 | B WALKER PETERSON ET UX | SOUTH PENN OIL COMPANY | 1892/03/05 | BK 35 PG 588 | |
| 010052056 | B WALKER PETERSON ET UX | SOUTH PENN OIL COMPANY | 1892/03/05 | BK 35 PG 588 | |
| 010052057 | B WALKER PETERSON ET UX | SOUTH PENN OIL COMPANY | 1892/03/05 | BK 35 PG 588 | |
| 010052058 | B WALKER PETERSON ET UX | SOUTH PENN OIL COMPANY | 1892/03/05 | BK 35 PG 588 | |
| 010052059 | B WALKER PETERSON ET UX | SOUTH PENN OIL COMPANY | 1892/03/05 | BK 35 PG 588 | |
| 010137050 | CASSEY A DAWSON | SOUTH PENN OIL COMPANY | 1892/02/16 | BK 35 PG 193 | |
| 010192050 | L G ROBINSON ET AL | SOUTH PENN OIL CO | 1892/03/23 | BK 36 PG 247 | |
| 010192051 | L G ROBINSON ET AL | SOUTH PENN OIL CO | 1892/03/23 | BK 36 PG 247 | |
| 010212050 | H A RIGGS ET UX | H L SMITH | 1892/02/29 | BK 36 PG 117 | |
| 010253050 | J F STEVENSON ET AL | SOUTH PENN OIL COMPANY | 1892/04/09 | BK 36 PG 254 | |
| 010253051 | J F STEVENSON ET AL | SOUTH PENN OIL COMPANY | 1892/04/09 | BK 36 PG 254 | |

| LEASE NO. | FARM NAME | WELL NO. | WI | NRI | ACRES GROSS | NET | RIGHTS | REMARKS |
|---|---|---|---|---|---|---|---|---|
| 80930-50 | LUCAS, C.F. | 00002 | | | | | | Lease Cancelled. Well TA. |
| FEE-2810 | RIGGS, H.A. | 00001 | 100% | 100% | 44.00 | 22.00 | O & G | 1/16 O & G Fee Interest. See Lease 10212-20. |
| 10212-50 | RIGGS, H.A. | | | | (44.00) | 22.00 | O & G | See FEE-2810 |
| 15191-50 | BASTON, ELIAS | 00004 | 100% | 100% | 54.00 | 27.00 | O & G | See FEE 2815-00. |
| FEE-2815 | BASTON, ELIAS | | | | (54.00) | 27.00 | O & G | 1/16 O & G Fee Interest. See Lease No. 15191-50. |
| | | | | | 9,222.50 | 9,212.50 | | |

NOTE 1: Flat rate gas payment made when NRI is 100%; 87.5% net revenue on oil.

NOTE 2: Pennzoil will reserve from sale all fee mineral and royalty interests. Pennzoil will grant lease on fee minerals which will provide for a five year primary term and a proportionately reduced 1/8 royalty.

word:d:stewcb2.doc
STATE OF WEST VIRGINIA, COUNTY OF WETZEL, TO-WIT:
OFFICE OF THE CLERK OF THE COUNTY COMMISSION OF WETZEL COUNTY.

The foregoing paper writing was this day _Oct. 21_, 19 _96_, at _12:52_ presented for record in my office, and thereupon, together with the certificate thereto annexed, is admitted to record.

7/3

Teste: _Mary Kiggenbach_, Clerk,
County Commission of Wetzel County

BOOK 76A PAGE 710

| WELL LEASE NO. | FARM NAME | NO. | ACRES WI | NRI | GROSS | NET | RIGHTS | REMARKS |
|---|---|---|---|---|---|---|---|---|
| 10037-50 | BLACKSHERE WELLS & CO. | 00059 | | | | | | |
| 10037-50 | BLACKSHERE WELLS & CO. | 00064 | | | | | | |
| 10037-50 | BLACKSHERE WELLS & CO. | 00055 | | | | | | |
| 10037-50 | BLACKSHERE WELLS & CO. | 00058 | | | | | | |
| 10037-50 | BLACKSHERE WELLS & CO. | 00070 | | | | | | |
| 10037-50 | BLACKSHERE WELLS & CO. | 00071 | | | | | | |
| 10037-50 | BLACKSHERE WELLS & CO. | 00072 | | | | | | |
| 10037-50 | BLACKSHERE WELLS & CO. | 00073 | | | | | | |
| 10037-50 | BLACKSHERE WELLS & CO. | 00074 | | | | | | |
| 10052-50 | NORRIS, E.V. | 00003 | 100% | 100% | 81.50 | 81.50 | Oil | Part of B.W. Peterson. See FEE-2817. |
| FEE-2817 | NORRIS, E.V. | 00004 | | | | | | 1/16 Oil Royalty Interest. See Lease No. 10052-50. |
| 10060-50 | NORRIS, J.W. | 00004 | 100% | 87.5% | 81.50 | 81.50 | O & G | See FEE-2803. |
| FEE-2803 | NORRIS, J.W. | 00008 | | | | | | 1/16 Oil Royalty Interest. See Lease No. 10060-50. |
| 10137-50 | DAWSON, CASSIE | 00032 | 100% | 100% | 95.00 | 95.00 | O & G | |
| 10137-50 | DAWSON, CASSIE | 00004 | | | | | | |
| 10137-50 | DAWSON, CASSIE | 00005 | | | | | | |
| 10137-50 | DAWSON, CASSIE | 00006 | | | | | | |
| 10192-50 | ROBINSON, L.G. | 00009 | 100% | 100% | 1,314.00 | 1,314.00 | Oil | See FEE-2786. |
| 10192-50 | ROBINSON, L.G. | 00030 | | | | | | |
| 10192-50 | ROBINSON, L.G. | 00040 | | | | | | |
| FEE-2786 | ROBINSON, L.G. | 00010 | | | | | | 1/16 Fee Oil Royalty Interest. See Lease No. 10192-50. |
| FEE-2786 | ROBINSON, L.G. | 00032 | | | | | | |
| FEE-2786 | ROBINSON, L.G. | 00033 | | | | | | |
| FEE-2786 | ROBINSON, L.G. | 00037 | | | | | | |

BOOK 76A PAGE 709

## EXHIBIT "B"
## SMITHFIELD/WALLACE FIELD

Attached to and made a part of Memorandum of Assignment and Bill of Sale dated October 15, 1996 by and between Pennzoil Products Company and Cobham Gas Industries, Inc.

| LEASE NO. | FARM NAME | WELL NO. | WI | NRI | ACRES GROSS | NET | RIGHTS | REMARKS |
|---|---|---|---|---|---|---|---|---|
| 9915-50 | STEVENS, JOHN (TR. 1) | 00006 | 100% | 100% | 128.00 | 118.00 | O & G | |
| 9915-50 | STEVENS, JOHN (TR. 2) | 00019 | | | | | | |
| 10037-50 | BLACKSHERE WELLS & CO. | 00006 | 100% | 100% | 3,800.00 | 3,800.00 | Oil | |
| 10037-50 | BLACKSHERE WELLS & CO. | 00007 | | | | | | |
| 10037-50 | BLACKSHERE WELLS & CO. | 00013 | | | | | | |
| 10037-50 | BLACKSHERE WELLS & CO. | 00015 | | | | | | |
| 10037-50 | BLACKSHERE WELLS & CO. | 00017 | | | | | | |
| 10037-50 | BLACKSHERE WELLS & CO. | 00019 | | | | | | |
| 10037-50 | BLACKSHERE WELLS & CO. | 00023 | | | | | | |
| 10037-50 | BLACKSHERE WELLS & CO. | 00024 | | | | | | |
| 10037-50 | BLACKSHERE WELLS & CO. | 00025 | | | | | | |
| 10037-50 | BLACKSHERE WELLS & CO. | 00027 | | | | | | |
| 10037-50 | BLACKSHERE WELLS & CO. | 00029 | | | | | | |
| 10037-50 | BLACKSHERE WELLS & CO. | 00030 | | | | | | |
| 10037-50 | BLACKSHERE WELLS & CO. | 00031 | | | | | | |
| 10037-50 | BLACKSHERE WELLS & CO. | 00034 | | | | | | |
| 10037-50 | BLACKSHERE WELLS & CO. | 00039 | | | | | | |
| 10037-50 | BLACKSHERE WELLS & CO. | 00041 | | | | | | |
| 10037-50 | BLACKSHERE WELLS & CO. | 00042 | | | | | | |
| 10037-50 | BLACKSHERE WELLS & CO. | 00045 | | | | | | |
| 10037-50 | BLACKSHERE WELLS & CO. | 00054 | | | | | | |
| 10037-50 | BLACKSHERE WELLS & CO. | 00058 | | | | | | |