VOL. 84A PAGE 103

## ASSIGNMENT

STATE OF WEST VIRGINIA
COUNTIES OF DODDRIDGE, MARION AND WETZEL

THIS ASSIGNMENT is made and entered into this 5th day of November, 2004 by and between Cobham Gas Industries, Inc., and Belmont Energy, Inc., whose address is Route 4, Box 350 A, P.O. Box 1697, Clarksburg, West Virginia 26302-1697, hereinafter referred to as "Assignor", and Middle Island Construction Company, Inc., whose address is 1717 East beltline S-227, Coppell, TX 75019 hereinafter referred to as "Assignee".

### WITNESSETH:

That for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor does hereby assign, transfer, and set over to Assignee a two percent (2%) of 8/8 overriding royalty free of all costs of production in the following described leases and wells located in Doddridge, Marion, and Wetzel counties in West Virginia as shown on Exhibit A to this assignment.
The intent is to assign the two percent (2%) overriding royalty in all existing wells and in all wells to be drilled in the future on any of these leases with no depth limitations on the overriding royalty interest.

This Assignment shall be binding upon and inure to the benefit of Assignor and Assignee, their respective successors, personal representatives, heirs, devisees, and assigns, forever. Assignor agrees to execute any additional documents necessary to carry out the terms of this agreement.

IN WITNESS WHEREOF, this Assignment is executed on November 5, 2004, effective 5:00 P.M. on November 5, 2004.

ASSIGNOR:
COBHAM GAS INDUSTRIES, INC.

By: _____
Its: President

VOL 84 PAGE 104

ASSIGNOR:
BELMONT ENERGY, INC.

By: _W. F. Woodburn_

Its: _President_

ASSIGNEE:
Middle Island Construction Company, Inc.

ATTEST:
By: _[signature]_

By: _[signature]_

Its: _President_

STATE OF _West Virginia_
COUNTY OF _Pleasants_

The foregoing instrument was acknowledged before me this _5th_ day of _November_, 2004, by _[illegible] C. Bayl, President_ of Cobham Gas Industries, Inc. on behalf of said corporation.

My Commission Expires:
_January 2, 2007_

_[signature]_
Notary Public

[OFFICIAL SEAL NOTARY PUBLIC STATE OF WEST VIRGINIA — St. Marys, WV — My Commission Expires January 2, 2007]

STATE OF _West Virginia_
COUNTY OF _Pleasants_

The foregoing instrument was acknowledged before me this _5th_ day of _November_, 2004, by _W. F. Woodburn, President_ of Belmont Energy, Inc,. on behalf of said corporation.

My Commission Expires:
_January 2, 2007_

_[signature]_
Notary Public

[OFFICIAL SEAL NOTARY PUBLIC STATE OF WEST VIRGINIA — St. Marys, WV — My Commission Expires January 2, 2007]

VOL 84 PAGE 105

STATE OF West Virginia
COUNTY OF Pleasants

The foregoing instrument was acknowledged before me this 5th day of November, 2004, by M. D. Woodburn, President of Middle Island Construction Company Inc. on behalf of said corporation.

My Commission Expires:
January 2, 2007

_____
Notary Public

[OFFICIAL SEAL NOTARY PUBLIC STATE OF WEST VIRGINIA — ST. MARYS, WV — My Commission Expires January 2, 2007]

This instrument prepared by Cobham Gas Industries, Inc., P.O. Box 1697, Clarksburg, West Virginia.

BK 84 PAGE 106

# EXHIBIT A

These being the same wells assigned to Cobham Gas Industries, Inc. and Belmont Energy, Inc. by the following assignments and bill of sale.

1. Assignor: G. B. Heffner & Associates
   Assignee: Cobham Gas Industries, Inc.
   Date: January 21, 1994
   Recording: Marion County Book 25, at page 852

2. Assignor: Cobham Gas Industries, Inc.
   Assignee: Belmont Energy Inc.
   Date: June 15, 1994
   Recording: Marion County Book 15, at page 218

3. Assignor: Cobham Gas Industries, Inc.
   Assignee: Belmont Energy, Inc.
   Date: June 10, 1994
   Recording: Marion County Book 15, at page 213

4. Assignor: Opham Holdings Limited
   Assignee: Cobham Gas Industries, Inc.
   Date: May 31, 1994
   Recording: Marion County book 15, at page 205

5. Assignor: Clarence W. Mutschelknaus, et al
   Assignee: Cobham Gas Industries, Inc.
   Date: March 25, 1994
   Recording: Marion County Book 15, at page 339
              Wetzel County Book 75A, at page 60

6. Assignor: G. B. Heffner & Associates
   Assignee: Cobham Gas Industries, Inc.
   Date: November 18, 1993
   Recording: Marion County Book 14, at page 1004

7. Assignor: Chelsea Oil & Gas Company, Inc.
   Assignee: Cobham Gas Industries, Inc.
   Date: May 31, 1994
   Recording: Marion County Book 15, at page 224

8. Assignor: Pennzoil Products Company
   Assignee: Cobham Gas Industries, Inc.
   Date: October 15, 1996
   Recording: Wetzel County Book 76A, at page 704
              Doddridge County Book 178, at page 503

COBHAM GAS INDUSTRIES
MASTER WELL LIST
2004

VOL 847 PAGE 107

| API # | WELL NAME | STATUS | COUNTY | FIELD |
|---|---|---|---|---|
| 47-049-00495 | BLACKSHERE, J.R. #4 | Plugged | Marion | Mannington |
| 47-049-00496 | BLACKSHERE, J.R. #12 | Producing | Marion | Mannington |
| 47-049-00497 | BLACKSHERE, J.R. #14 | Producing | Marion | Mannington |
| 47-049-00515 | EVANS #5 | Home Use | Marion | Mannington |
| 47-049-00516 | EVANS #6 | Home Use | Marion | Mannington |
| 47-049-00519 | FURBEE, J.H. #3 | Abatement | Marion | Mannington |
| 47-049-00520 | FURBEE, J.H. #4 | Abatement | Marion | Mannington |
| 47-049-00521 | FURBEE, J.H. #8 | Producing | Marion | Mannington |
| 47-049-00522 | FURBEE, J.H. #7 | Producing | Marion | Mannington |
| 47-049-00526 | HAMILTON, D.F. #8 | Abatement | Marion | Mannington |
| 47-049-00529 | HIBBS E. #2 | Non-Producing | Marion | Mannington |
| 47-049-00530 | HIBBS E. #3 | Non-Producing | Marion | Mannington |
| 47-049-00531 | HIBBS E. #4 | Producing | Marion | Mannington |
| 47-049-00532 | HIBBS J.S. #2 | Producing | Marion | Mannington |
| 47-049-00547 | KEON-MCGRAW #4 (John) | Producing | Marion | Mannington |
| 47-049-00548 | KEON-MCGRAW #5 (John) | Producing | Marion | Mannington |
| 47-049-00549 | KEON-MCGRAW #7 (John) | Producing | Marion | Mannington |
| 47-049-00552 | MORGAN, C.B. #1 | Producing | Marion | Mannington |
| 47-049-00553 | MORGAN, C.B. & G.R. #3 | Producing | Marion | Mannington |
| 47-049-00554 | MORGAN, C.B. #6 | Producing | Marion | Mannington |
| 47-049-00555 | MORGAN, C.B. & G.R. #2 | Producing | Marion | Mannington |
| 47-049-00556 | MORGAN, NIMROD #3 | Abatement | Marion | Mannington |
| 47-049-00557 | MORGAN, NIMROD #2 | Abatement | Marion | Mannington |
| 47-049-00558 | MORGAN, NIMROD #5 | Abatement | Marion | Mannington |
| 47-049-00559 | MORGAN #5 | Producing | Marion | Mannington |
| 47-049-00565 | PRICHARD, C.A. #1 | Abatement | Marion | Mannington |
| 47-049-00566 | PRICHARD, C.A. #2 | Abatement | Marion | Mannington |
| 47-049-00567 | PRICHARD, C.A. #4 | Abatement | Marion | Mannington |
| 47-049-00568 | A. N. PRICHARD/HOOD #2 | Producing | Marion | Mannington |
| 47-049-00570 | M. A. PRITCHARD #5 | Producing | Marion | Mannington |
| 47-049-00571 | PRICHARD, M.A. #9 | Abatement | Marion | Mannington |
| 47-049-00574 | SNODERLY #4 | Producing | Marion | Mannington |
| 47-049-00575 | SNODERLY #5 | Producing | Marion | Mannington |
| 47-049-00579 | TALKINGTON #1 | Home Use | Marion | Mannington |
| 47-049-00580 | TALKINGTON #4 | Abatement | Marion | Mannington |
| 47-049-00581 | TALKINGTON #5 | Abatement | Marion | Mannington |
| 47-049-00582 | TALKINGTON #6 | Abatement | Marion | Mannington |
| 47-049-00583 | TALKINGTON #7 | Home Use | Marion | Mannington |
| 47-049-00584 | TALKINGTON #12 | Plugged | Marion | Mannington |
| 47-049-00585 | TALKINGTON #13 | Abatement | Marion | Mannington |
| 47-049-00591 | TUCKER, D.D. #1 | Producing | Marion | Mannington |

VOL 84 PAGE 108

COBHAM GAS INDUSTRIES
MASTER WELL LIST
2004

| API # | WELL NAME | STATUS | COUNTY | FIELD |
|---|---|---|---|---|
| 47-049-00593 | TUCKER, J.B. #3 | Abatement | Marion | Mannington |
| 47-049-00596 | MYERS, J.G. #1 | Producing | Marion | Mannington |
| 47-049-00613 | VARNER #1 | Producing | Marion | Mannington |
| 47-049-00614 | WATSON HEIRS #1 | Producing | Marion | Mannington |
| 47-049-00615 | BEATY, M.A. #10 | Producing | Marion | Mannington |
| 47-049-00616 | BEATY, M.A. #15 | Producing | Marion | Mannington |
| 47-049-00617 | BEATY, M.A. #16 | Producing | Marion | Mannington |
| 47-049-00618 | BEATY, M.A. #20 | Producing | Marion | Mannington |
| 47-049-00712 | BATSON #7 | Abatement | Marion | Dent's Run |
| 47-049-00713 | HAYES #13 | Abatement | Marion | Dent's Run |
| 47-049-00840 | KOEN, O.N. | Non-Producing | Marion | Dent's Run |
| 47-049-00869 | BATSON #1 | Abatement | Marion | Dent's Run |
| 47-049-00870 | BATSON #5 | Abatement | Marion | Dent's Run |
| 47-049-00871 | BATSON #4 | Abatement | Marion | Dent's Run |
| 47-049-00875 | KENDALL, ALFRED #8 | Abatement | Marion | Dent's Run |
| 47-049-00876 | HAYES #16 | Abatement | Marion | Dent's Run |
| 47-049-00877 | HAYES #19 | Abatement | Marion | Dent's Run |
| 47-049-00878 | HAYES #20 | Abatement | Marion | Dent's Run |
| 47-049-00879 | HAYES #24 | Abatement | Marion | Dent's Run |
| 47-049-00880 | HAYES #26 | Abatement | Marion | Dent's Run |
| 47-049-00881 | HAYES #28 | Abatement | Marion | Dent's Run |
| 47-049-00882 | HAYES #30 | Abatement | Marion | Dent's Run |
| 47-049-00883 | HAYES #31 | Abatement | Marion | Dent's Run |
| 47-049-00884 | HAYES #33 | Abatement | Marion | Dent's Run |
| 47-049-00885 | HAYES #34 | Abatement | Marion | Dent's Run |
| 47-049-00886 | HAYES #36 | Abatement | Marion | Dent's Run |
| 47-049-00887 | HAYES #41 | Abatement | Marion | Dent's Run |
| 47-049-00888 | KENDALL, ALFRED #3 | Abatement | Marion | Dent's Run |
| 47-049-00889 | KENDALL, ALFRED #6 | Abatement | Marion | Dent's Run |
| 47-049-00915 | AMOS, R. #4 | Abatement | Marion | Mannington |
| 47-049-00916 | BLACKSHERE, B.F. #32 | Producing | Marion | Mannington |
| 47-049-00917 | BLACKSHERE, B.F. #34 | Producing | Marion | Mannington |
| 47-049-00918 | BLACKSHERE, B.F. #44 | Plugged | Marion | Mannington |
| 47-049-00919 | BLACKSHERE, E.A. #9 | Abatement | Marion | Mannington |
| 47-049-00920 | BLACKSHERE, E.A. #10 | Plugged | Marion | Mannington |
| 47-049-00921 | BLACKSHERE, E.A. #12 | Producing | Marion | Mannington |
| 47-049-00922 | BLACKSHERE, E.A. #15 | Abatement | Marion | Mannington |
| 47-049-00923 | BLACKSHERE, E.A. #21 | Abatement | Marion | Mannington |
| 47-049-00924 | FURBEE, J.H. #9 | Abatement | Marion | Mannington |
| 47-049-00925 | MORGAN, NOEL #2 | Abatement | Marion | Mannington |
| 47-049-00926 | MORGAN, NOEL #3 | Plugged | Marion | Mannington |
| 47-049-00928 | TALKINGTON #9 | Plugged | Marion | Mannington |

| API # | WELL NAME | STATUS | COUNTY | FIELD |
|---|---|---|---|---|
| 47-049-00929 | TUCKER, D.D. #5 | Non-Producing | Marion | Mannington |
| 47-049-00930 | ATHA, T.L. #2 | Producing | Marion | Mannington |
| 47-049-01022 | KOEN, O.N. #1 | Producing | Marion | Mannington |
| 47-049-01023 | MORRIS, W.T. #2 | Non-Producing | Marion | Mannington |
| 47-049-01024 | MOFFETT, R.A. #1 | Producing | Marion | Mannington |
| 47-049-01030 | MORGAN, NIMROD #1 | Non-Producing | Marion | Mannington |
| 47-049-01031 | MORGAN, NIMROD #2 | Non-Producing | Marion | Mannington |
| 47-049-01053 | WILSON, E #1 | Non-Producing | Marion | Mannington |
| 47-049-01077 | BLACKSHERE #101 | Producing | Marion | Mannington |
| 47-49-01254 | BLACKSHERE #102 | Producing | Marion | Mannington |
|  | KENDALL, ALFRED #5 | Plugged | Marion | Dent's Run |
| 47-017-02228 | LYONS, W.W.H. #1 | Producing | Doddridge | Smithfield |
| 47-033-01732 | COFFMAN, J.N. #4 | Producing | Wetzel | Smithfield |
| 47-033-01733 | COFFMAN, T.E. #2 | Abatement | Wetzel | Smithfield |
| 47-033-01734 | COFFMAN, T.E. #4 | Abatement | Wetzel | Smithfield |
| 47-033-01777 | LUCAS, C.F. #9 | Abatement | Wetzel | Smithfield |
| 47-033-01855 | THOMPSON, R.V. #3 | Abatement | Wetzel | Smithfield |
| 47-033-01859 | WHITEMAN, J.B. #1 | Producing | Wetzel | Smithfield |
| 47-033-01860 | WHITEMAN, J.B. #7 | Abatement | Wetzel | Smithfield |
| 47-103-00446 | NORRIS, J.W. #8 | Abatement | Wetzel | Smithfield |
| 47-103-00601 | BLACKSHERE #70 | Producing | Wetzel | Smithfield |
| 47-103-00606 | BLACKSHERE # 71 | Producing | Wetzel | Smithfield |
| 47-103-00607 | BLACKSHERE #72 | Plugged | Wetzel | Smithfield |
| 47-103-00609 | BLACKSHERE #73 | Producing | Wetzel | Smithfield |
| 47-103-00620 | BLACKSHERE #74 | Plugged | Wetzel | Smithfield |
| 47-103-00928 | BATSON, ELISA #4 | Abatement | Wetzel | Smithfield |
| 47-103-00929 | BLACKSHERE #7 | Producing | Wetzel | Smithfield |
| 47-103-00930 | BLACKSHERE #13 | Producing | Wetzel | Smithfield |
| 47-103-00931 | BLACKSHERE #15 | Producing | Wetzel | Smithfield |
| 47-103-00932 | BLACKSHERE #17 | Producing | Wetzel | Smithfield |
| 47-103-00933 | BLACKSHERE #19 | Abatement | Wetzel | Smithfield |
| 47-103-00934 | BLACKSHERE #25 | Producing | Wetzel | Smithfield |
| 47-103-00935 | BLACKSHERE #27 | Abatement | Wetzel | Smithfield |
| 47-103-00936 | BLACKSHERE #30 | Producing | Wetzel | Smithfield |
| 47-103-00937 | BLACKSHERE #34 | Producing | Wetzel | Smithfield |
| 47-103-00938 | BLACKSHERE #39 | Producing | Wetzel | Smithfield |
| 47-103-00939 | BLACKSHERE #41 | Producing | Wetzel | Smithfield |
| 47-103-00940 | BLACKSHERE #42 | Producing | Wetzel | Smithfield |
| 47-103-00941 | BLACKSHERE #54 | Abatement | Wetzel | Smithfield |
| 47-103-00942 | BLACKSHERE #58 | Abatement | Wetzel | Smithfield |

VOL 84 PAGE 110

COBHAM GAS INDUSTRIES
MASTER WELL LIST
2004

| API # | WELL NAME | STATUS | COUNTY | FIELD |
|---|---|---|---|---|
| 47-103-00943 | BLACKSHERE #59 | Producing | Wetzel | Smithfield |
| 47-103-00944 | BLACKSHERE #64 | Abatement | Wetzel | Smithfield |
| 47-103-00945 | BLACKSHERE #65 | Abatement | Wetzel | Smithfield |
| 47-103-00946 | BLACKSHERE #68 | Producing | Wetzel | Smithfield |
| 47-103-00948 | BRAST, A.E. #5 | Abatement | Wetzel | Smithfield |
| 47-103-00949 | CAIN, A. #4 | Producing | Wetzel | Smithfield |
| 47-103-00950 | CAIN, A. #7 | Producing | Wetzel | Smithfield |
| 47-103-00952 | DAWSON, CASSIE #2 | Abatement | Wetzel | Smithfield |
| 47-103-00953 | DAWSON, CASSIE #4 | Abatement | Wetzel | Smithfield |
| 47-103-00954 | DAWSON, CASSIE #6 | Abatement | Wetzel | Smithfield |
| 47-103-00957 | DEWHURST, J.B. #20 | Producing | Wetzel | Smithfield |
| 47-103-00959 | DEWHURST, J.B. #26 | Abatement | Wetzel | Smithfield |
| 47-103-00967 | EDGELL HEIRS #2 | Abatement | Wetzel | Smithfield |
| 47-103-00968 | EDGELL HEIRS #3 | Abatement | Wetzel | Smithfield |
| 47-103-00969 | EDGELL HEIRS #5 | Abatement | Wetzel | Smithfield |
| 47-103-00970 | EDGELL HEIRS #6 | Abatement | Wetzel | Smithfield |
| 47-103-00974 | ENSMINGER, G. #2 | Producing | Wetzel | Smithfield |
| 47-103-00975 | ENSMINGER, G. #3 | Home Use | Wetzel | Smithfield |
| 47-103-01005 | ICE/ MCNEELY #1 | Producing | Wetzel | Smithfield |
| 47-103-01045 | MORRIS, S.A. #1 | Non-Producing | Wetzel | Smithfield |
| 47-103-01046 | MORRIS, S.A. #4 | Producing | Wetzel | Smithfield |
| 47-103-01052 | NORRIS, D.S. #3 | Producing | Wetzel | Smithfield |
| 47-103-01075 | NORRIS, E.V. #3 | Abatement | Wetzel | Smithfield |
| 47-103-01076 | NORRIS, E.V. #4 | Non-Producing | Wetzel | Smithfield |
| 47-103-01077 | NORRIS, J.W. #4 | Abatement | Wetzel | Smithfield |
| 47-103-01092 | RIGGS, H.A. #1 | Abatement | Wetzel | Smithfield |
| 47-103-01097 | ROBINSON, L.G. #9 | Producing | Wetzel | Smithfield |
| 47-103-01098 | ROBINSON, L.G. #32 | Producing | Wetzel | Smithfield |
| 47-103-01099 | ROBINSON, L.G. #33 | Producing | Wetzel | Smithfield |
| 47-103-01100 | ROBINSON, L.G. #37 | Producing | Wetzel | Smithfield |
| 47-103-01108 | SMITH, H.L. #17 | Abatement | Wetzel | Smithfield |
| 47-103-01109 | SMITH, H.L. #38 | Producing | Wetzel | Smithfield |
| 47-103-01110 | SMITH, H.L. #40 | Producing | Wetzel | Smithfield |
| 47-103-01111 | SMITH, H.L. #43 | Producing | Wetzel | Smithfield |
| 47-103-01112 | SMITH, H.L. #47 | Producing | Wetzel | Smithfield |
| 47-103-01113 | SMITH, H.L. #49 | Producing | Wetzel | Smithfield |
| 47-103-01114 | SMITH, H.L. #50 | Producing | Wetzel | Smithfield |
| 47-103-01115 | SNODGRASS, F.S. #7 | Abatement | Wetzel | Smithfield |
| 47-103-01121 | STARKEY, J.W. #1 | Producing | Wetzel | Smithfield |
| 47-103-01122 | STARKEY, J.W. #3 | Producing | Wetzel | Smithfield |
| 47-103-01123 | STARKEY, J.W. #5 | Producing | Wetzel | Smithfield |

MASTER WELL LIST

| API # | WELL NAME | STATUS | COUNTY | FIELD |
|---|---|---|---|---|
| 47-103-01126 | STEVENS, JOHN #6 | Abatement | Wetzel | Smithfield |
| 47-103-01127 | STEVENS, JOHN #8 | Abatement | Wetzel | Smithfield |
| 47-103-01128 | STEVENS, JOHN #14 | Abatement | Wetzel | Smithfield |
| 47-103-01129 | STEVENS, JOHN #15 | Producing | Wetzel | Smithfield |
| 47-103-01130 | STEVENS, JOHN #16 | Abatement | Wetzel | Smithfield |
| 47-103-01131 | STEVENS, JOHN #18 | Producing | Wetzel | Smithfield |
| 47-103-01132 | STEVENS, JOHN #19 | Producing | Wetzel | Smithfield |
| 47-103-01133 | STEVENS, JOHN #21 | Abatement | Wetzel | Smithfield |
| 47-103-01722 | BLACKSHERE #6 | Abatement | Wetzel | Smithfield |
| 47-103-01723 | BLACKSHERE #23 | Abatement | Wetzel | Smithfield |
| 47-103-01724 | BLACKSHERE #24 | Producing | Wetzel | Smithfield |
| 47-103-01725 | BLACKSHERE #29 | Abatement | Wetzel | Smithfield |
| 47-103-01726 | BLACKSHERE #31 | Producing | Wetzel | Smithfield |
| 47-103-01727 | BLACKSHERE #45 | Abatement | Wetzel | Smithfield |
| 47-103-01728 | MORRIS, S.A. #2 | Producing | Wetzel | Smithfield |
| 47-103-01729 | MORRIS, S.A. #5 | Producing | Wetzel | Smithfield |
| 47-103-01731 | ROBINSON, L.G. #10 | Abatement | Wetzel | Smithfield |
| 47-103-01732 | ROBINSON, L.G. #30 | Abatement | Wetzel | Smithfield |
| 47-103-01733 | ROBINSON, L.G. #40 | Abatement | Wetzel | Smithfield |
| 47-103-01746 | ANDERSON, F. #1 | Producing | Wetzel | Smithfield |
| 47-103-01757 | ANDERSON, F. #2 | Producing | Wetzel | Smithfield |
| 47-103-01763 | ANDERSON, F. #3 | Producing | Wetzel | Smithfield |
| 47-103-01764 | ANDERSON, F. #4 | Producing | Wetzel | Smithfield |
| 47-103-01730 | DAWSON, CASSIE #5 | Abatement | Wetzel | Smithfield |
| TOTAL WELLS | | | | |
| | PRODUCING | 98 | | |
| | NON-PRODUCING | 15 | | |
| | HOME USE | 8 | | |
| | ABATEMENT | 92 | | |
| | PLUGGED | 16 | | |
| | TOTAL WELLS | 229 | | |

Page 6

STATE OF WEST VIRGINIA, COUNTY OF WETZEL, TO-WIT
OFFICE OF THE CLERK OF THE COUNTY COMMISSION
OF WETZEL COUNTY
The foregoing paper writing was this day Nov 12, 2004
at 12:07 presented for record in my office and thereupon, together with the certificate thereto annexed, is admitted to record.

TESTEE: Carol D. Haught, CLERK
COUNTY COMMISSION OF WETZEL COUNTY