CHAIN OF TITLE

By instrument dated February 20, 1892, recorded on March 22, 1892, in Deed Book 35, at Page 547, John Blackshere, Amos N. Prichard, A. W. Prichard, Newton S. Beatty and Charles E. Wells leased to South Penn Oil Company, all of the oil and gas underlying a tract of thirty eight hundred acres located in Grant District, Wetzel County, West Virginia, for a primary term of five years and so long thereafter as the property is operated for oil or gas or for as long as the rent for failure to commence operations is paid (hereinafter the "Blackshere Lease").

By Agreement dated December 28, 1939, recorded December 28, 1939, in Oil & Gas Lease Book 33A, at Page 455, South Penn Oil Company, a Pennsylvania corporation, granted, bargain, sold, assigned, transferred and set over to South Penn Natural Gas Company, a West Virginia corporation, all of its right, title, and interest in and to all of those certain leases and leaseholds covering tracts of land situate in Wetzel County, West Virginia, as set forth on the Schedule of Leases, consisting of 15 pages, attached thereto and made a part thereof, including the Blackshere Lease.

By Deed dated December 15, 1959, recorded December 16, 1959, in Deed Book 215, at Page 478, South Penn Natural Gas Company, a West Virginia corporation, granted, bargain, sold, assigned, transferred and set over to South Penn Oil Company, a Pennsylvania corporation, all property in Wetzel County, West Virginia.

By instrument dated July 31, 1963, filed in the West Virginia Secretary of State's Office, South Penn Oil Company changed its name to Pennzoil Company.

By deed dated April 1, 1968, recorded on April 17, 1968, Pennzoil Company, a Pennsylvania corporation, and United Gas Corporation, a Delaware corporation, merged into Pennzoil United, Inc. On June 6, 1972, Pennzoil United, Inc. changed its name to Pennzoil Company.

By deed dated October 28, 1986, recorded January 9, 1987, Pennzoil Company, a Delaware corporation, granted, bargain, sold, assigned, transferred, set over and delivered to Pennzoil Products Company, a Nevada corporation, all fee interests, easements, rights of way, leases, subleases, and all other interests of whatsoever kind or character owned by Pennzoil Company in West Virginia, including, specifically, the Blackshere Lease. This deed is supplemented by that deed from Pennzoil Company, a Delaware corporation, to Pennzoil Products Company, a Nevada corporation, dated August 31, 1987, recorded on September 17, 1987, in Deed Book 322, at Page 577, to specifically include royalty interests.

By Memorandum of Assignment and Bill of Sale dated October 15, 1996, and recorded October 21, 1996, in Oil & Gas Lease Book 76A, at Page 704, Pennzoil Products Company, a Nevada corporation, bargained, sold, transferred, assigned and conveyed to Cobham Gas Industries, Inc., all of its *"right, title and interest it may have in and to certain oil and gas leases and ninety (90) wells more particularly described on Exhibit A and Exhibit B, attached hereto and made a part thereof."* Exhibit A lists the oil and gas leases, including the Blackshere Lease, and Exhibit B lists the wells. In this document, "ninety (90)" wells was struck through and "88" was handwritten in and initialed. In Exhibit B, two wells were likewise struck through and initialed.

Assignment and Bill of Sale dated November 5, 2004, and recorded December 12, 2004, in Oil & Gas Lease Book 84A, at Page 112, Cobham Gas Industries, Inc., and Belmont Energy, Inc. sold, assigned, transferred and set over to Prima Oil Company, Inc., all right, title and interest in wells, equipment, contracts, rights-o-way, bonds, leases, and leasehold estates described in exhibit A attached thereto, including the Blackshere Lease. A Confirmatory Assignment and Bill of Sale dated November 5, 2004, and recorded December 11, 2006, in Oil & Gas Lease Book 87A, at Page 190, was filed to clarify that all leasehold rights and estate were intended to be included in the Assignment and Bill of Sale.

By Assignment dated January 27, 2009, effective December 1, 2008, recorded January 31, 2009, in Oil & Gas Lease Book 98A, at Page 512, TransEnergy, Inc., a Nevada corporation, assigned a 50% working interest and a 40% net revenue interest in certain properties in Wetzel County, West Virginia, including the Blackshere Lease, to Republic Partners VI, LP, a Texas limited partnership. A Corrective Assignment was recorded July 19, 2010, in Oil & Gas Lease Book 111A, at Page 942, to reflect the assignment of the same from Prima Oil Company, Inc., a Delaware corporation, a wholly owned subsidiary of TransEnergy, Inc., a Nevada corporation.

Assignment from TransEnergy, Inc., a Delaware corporation, to Republic Energy Ventures, L.L.C., dated July 16, 2010 (Effective on December 1, 2008), recorded on July 19, 2010, at Oil & Gas Lease Book 111A, at Page 945, assigning an overriding royalty interest in a number of leases, including the Blackshere Lease.