Mail: 4-26-65 Consolidated Gas Supply Corp 445 W Main St Clarksburg W Va

THIS CONFIRMATORY DEED, made the 1st day of April, 1965, by HOPE NATURAL GAS COMPANY, a West Virginia corporation, hereinafter referred to as Hope, and CONSOLIDATED GAS SUPPLY CORPORATION, a West Virginia corporation, hereinafter referred to as Consolidated Gas.

WHEREAS, New York State Natural Gas Corporation, a New York corporation, by Agreement and Plan of Merger dated the 8th day of February, 1965, filed in the office of and certified by the Secretary of State of West Virginia, and recorded in the office of the clerk of the County Court of Harrison County, West Virginia on this date, merged with and into Hope, the surviving corporation which by the same agreement and certificate changed its name to Consolidated Gas Supply Corporation; and

WHEREAS, this confirmatory deed is made pursuant to said merger and in compliance with the requirements of chapter 31, article 1, section 63b of the Code of West Virginia.

NOW, THEREFORE, THIS DEED WITNESSETH: That for and in consideration of said merger Hope does hereby grant, convey, transfer, assign, and confirm unto Consolidated Gas all of Hope's right, title, and interest in and to all property, both real and personal, now owned and held by Hope in __Wetzel__ County, West Virginia.

Hope declares this deed is made pursuant to the merger of said corporations.

IN WITNESS WHEREOF, Hope has caused its name to be signed and its corporate seal to be affixed hereto by its duly authorized officers the day and year first above written.

ATTEST:                                         HOPE NATURAL GAS COMPANY

_____                         By _____
       Secretary                                         Vice President

STATE OF WEST VIRGINIA,
COUNTY OF HARRISON, to wit:

I, Raymond J. Nath, a notary public of said county, do certify that W. M. Kinley, who signed the writing above, bearing date the 1st day of April, 1965, for Hope Natural Gas Company, a corporation, has this day in my said county, before me, acknowledged the said writing to be the act and deed of said corporation.

Given under my hand this 1st day of April, 1965.

My commission expires December 3, 1967.

                                        _____
                                               Notary Public

STATE OF WEST VIRGINIA, COUNTY OF WETZEL, TO-WIT:
OFFICE OF THE CLERK OF THE COUNTY COURT OF WETZEL COUNTY.
The foregoing paper writing was this day __April 13__, 19__65__, at __8:57 AM__ presented for record in my office, and thereupon, together with the certificate thereto annexed, is admitted to record.

                                Teste: _____ Clerk.

                                        County Court of Wetzel County

ASSIGNMENT

OF

OIL AND GAS LEASES

30-229-32   KNOW ALL MEN BY THESE PRESENTS: That CONSOLIDATED GAS SUPPLY CORPORATION, of 445 West Main Street, Clarksburg, West Virginia 26301 (Assignor), in performance of the Transfer Agreement and Plan of Reorganization, dated April 30, 1980, among Assignor, Assignee, and Consolidated Natural Gas Company, for the sum of Ten Dollars ($10.00), the receipt of which is hereby acknowledged, and for the considerations therein recited, hereby grants, assigns, transfers, sets over and conveys to CONSOLIDATED GAS TRANSMISSION CORPORATION, of 445 West Main Street, Clarksburg, West Virginia 26301 (Assignee), its successors and assigns:

All of Assignor's right, title, and interest of, in, and to the leasehold oil and gas and leasehold estates and rights created and granted by the oil and gas leases listed on Schedule A, hereto attached and made a part hereof, and all extensions and modifications thereof, located in Wetzel County, West Virginia, together with all of Assignor's right, title and interest of, in and to all permits, licenses, wells, pipelines, fixtures and other appliances or leasehold improvements located thereon, and the appurtenances thereto.



It is the purpose and intention of the Assignor to hereby transfer to the Assignee all, or any interest in and to, oil and gas leaseholds, rights, wells, improvements, fixtures and appurtenances owned by Assignor in the previously recited county and state, and if any of such oil and gas leases have been inadvertently or erroneously omitted from Schedule A, then all of such oil and gas leases are hereby incorporated herein, by reference, and are hereby transferred as if they had appeared on Schedule A on the date of the execution and delivery hereof.

This assignment is expressly made subject to the terms, provisions, payments, conditions and obligations contained in all valid and existing joint operating agreements, farmout agreements, storage operating agreements, pooling and unitization agreements, and other agreements, affecting any of the leases or other property herein assigned, all of which the Assignee, its successors and assigns, assumes and agrees to accept, pay, perform and be bound by.

This assignment is further expressly made subject to the terms, conditions, limitations, rents, royalties, payments and obligations contained in the various leases, and all extensions and modifications thereof, and all other agreements related thereto, all of which the Assignee assumes and agrees to accept, perform, pay and be bound by.

THIS ASSIGNMENT shall be effective as of January 1, 1984, for all estates, leases and rights assigned and transferred hereby which were owned by Assignor on that date; with regard to any estates, leases and rights shown to have been acquired after that date, it shall be effective as of the date of the instruments by which they were acquired.

IN WITNESS WHEREOF the parties have executed and delivered this agreement this 1st day of March, 1984.

ATTEST:  CONSOLIDATED GAS SUPPLY CORPORATION

_____  By: _____
Assistant Secretary              Vice President
                                 Assignor


ATTEST:  CONSOLIDATED GAS TRANSMISSION CORPORATION

_____  By: _____
Secretary                        Vice President
                                 Assignee

STATE OF WEST VIRGINIA }
} to-wit:
COUNTY OF HARRISON }

I, RUTH JEAN DAVIS, a notary public of said county, do certify that K. C. YOST, who signed the writing above, bearing date the __1st__ day of _____March_____, 1984, for CONSOLIDATED GAS SUPPLY CORPORATION, has this day in my said county, before me, acknowledged the said writing to be the act and deed of said corporation.

Given under my hand this __1st__ day of _____March_____, 1984.

_Ruth Jean Davis_
Notary Public

My commission expires:
November 18, 1986.

STATE OF WEST VIRGINIA }
} to-wit:
COUNTY OF HARRISON }

I, RUTH JEAN DAVIS, a notary public of said county, do certify that L. J. TIMMS, JR., who signed the writing above, bearing date the __1st__ day of _____March_____, 1984, for CONSOLIDATED GAS TRANSMISSION CORPORATION, has this day in my said county, before me, acknowledged the said writing to be the act and deed of said corporation.

Given under my hand this __1st__ day of _____March_____, 1984.

_Ruth Jean Davis_
Notary Public

My commission expires:
November 18, 1986.

THIS INSTRUMENT PREPARED BY:
JOHN J. DROPPLEMAN
445 West Main Street
Clarksburg, West Virginia 26301

Oil and Gas Leases

Wetzel County

WEST VIRGINIA

| Lease Number | Lessor (et ux, et vir, et al) | Date | Town/Township District | Recorded Book | Page |
|---|---|---|---|---|---|
| 239 | J. D. Thompson, et al | 6/20/94 | Center | 39 | 514 |
| 242 | Enix Anderson, et al | 6/20/94 | Center | 39 | 520 |
| 243 | Peter Glover, et al | 6/20/94 | Center | 39 | 524 |
| 247 | Alfred Efan, et al | 6/20/94 | Center | 39 | 534 |
| 266 | Nathan Cross, et al | 7/27/95 | Center | 46 | 318 |
| 267 | J. T. Brookover, et al | 7/27/95 | Center | 46 | 320 |
| 269 | W. L. Brookover, et al | 7/27/95 | Center | 46 | 326 |
| 270 | Sarah Hostuttler, et al | 7/29/95 | Center | 46 | 348 |
| 272 | Jane Blake | 7/29/95 | Center | 46 | 352 |
| 296 | Titus Lemunyon, et al | 8/02/95 | Center | 47 | 3 |
| 315 | Sarah Johnson, et al | 10/13/96 | Center | 49 | 535 |
| 356 | A. T. Morris | 2/19/98 | Center | 56 | 533 |
| 357 | J. R. Pittman, et al | 2/19/98 | Center | 56 | 539 |
| 507 | A. C. Moore, et al | 4/28/1900 | Center | 67 | 105 |
| 508 | John C. Moore, et al | 4/28/1900 | Center | 67 | 107 |
| 3246 | David Sole, et al | 9/27/98 | Center | 58 | 161 |
| 4254 | W. V. Hoge, Executor | 8/01/99 | Center | 61 | 558 |
| 4913 | Albert McMasters, et al | 3/13/05 | Center | 91 | 497 |
| 5273 | Daniel Lambert, et al | 9/07/97 | Center | 73 | 310 |
| 13114 | R. J. Anderson, et al | 6/27/08 | Center | 101 | 564 |
| 25933 | D. W. Lemley, et al | 6/18/13 | Center | 3 | 194 |
| 27521 | Matthew Carney | 7/23/15 | Center | 5 | 495 |
| 28562 | John Lavelle, et al | 11/01/15 | Center | 7 | 70 |
| 28948 | W. H. Lemley, et al | 1/26/16 | Center | 8 | 76 |
| 35346 | J. A. Riter, et al | 8/28/18 | Center | 11 | 314 |
| 91077 | Pauline M. Stewart, widow | 4/29/76 | Center | 56 | 589 |
| 3248 | David Bellard, et al | 9/24/98 | Church | 58 | 165 |
| 5308 | Alex Burke | 9/20/04 | Church | 91 | 126 |
| 13112 | G. W. Stoneking, et al | 6/17/08 | Church | 107 | 478 |
| 13424 | William Miller | 8/22/08 | Church | 107 | 278 |
| 67990 | Lucille L. Haines, et vir | 1/08/68 | Church | 51 | 50 |
| 67991 | Lucille Haines, et al | 1/08/68 | Church | 51 | 167 |
| 67994 | Frank L. McGill, et al | 1/10/68 | Church | 51 | 249 |
| 68007 | Gladys L. Hudson, et al | 12/19/67 | Church | 51 | 269 |
| 68008 | Lucille Snyder, et al | 1/08/68 | Church | 51 | 53 |
| 68024 | Mannington 1st Natl.Bank, et al | 1/04/68 | Church | 51 | 42 |
| 68054 | Florence V. Carpenter, widow | 12/20/67 | Church | 51 | 38 |
| 68055 | Anna Franklin, et al | 12/19/67 | Church | 51 | 163 |
| 68271 | Robert M. Kerns, et al | 1/18/68 | Church | 51 | 281 |
| 75783 | Gladys Snyder Sturm, et al | 2/18/66 | Church | 49 | 47 |
| 129 | William McReynolds | 6/18/94 | Clay | 39 | 498 |
| 133 | George W. Sole, et al | 6/20/94 | Clay | 39 | 548 |
| 201 | J. L. Newman, et al | 3/10/97 | Clay | 51 | 211 |
| 225 | Benjamin F. Barnhart | 5/02/98 | Clay | 55 | 150 |
| 15789 | Josephas Rice, et al | 6/04/09 | Clay | 107 | 420 |
| 369 | T. L. Holbert, et al | 7/23/94 | Grant | 41 | 56 |
| 373 | J. A. Lantz, et al | 2/20/95 | Grant | 44 | 354 |
| 394 | J. U. Morgan, et al | 8/07/95 | Grant | 46 | 262 |
| 398 | T. M. Stone, et al | 8/13/95 | Grant | 46 | 270 |
| 412 | W. C. Henthorn, et al | 4/24/96 | Grant | 49 | 323 |

Schedule A

- 1 -

*Modification
**Extension

Oil and Gas Leases

Wetzel County

WEST VIRGINIA

| Lease Number | Lessor (et ux, et vir, et al) | Date | Town/Township District | Recorded Book | Page |
|---|---|---|---|---|---|
| 415 | M. B. Long, et al | 11/19/96 | Grant | 63 | 453 |
| 426 | F. F. Morgan, et al | 7/14/97 | Grant | 53 | 144 |
| 432 | Lucius Hoge, et al | 8/20/95 | Grant | 56 | 622 |
| 495 | T. L. Holbert, et al | 4/06/99 | Grant | 61 | 35 |
| 528 | D. H. Cox, et al | 10/09/91 | Grant | 31 | 577 |
| 529 | J. L. Newman | 10/24/01 | Grant | 73 | 459 |
| 728 | Henry L. Smith | 2/19/92 | Grant | 35 | 544 |
| *729 | John Blackshere, et al | 2/20/92 | Grant | 35 | 547 |
| 731 | B. W. Peterson, et al | 3/05/92 | Grant | 35 | 589 |
| 732 | L. G. Robinson, et al | 3/23/92 | Grant | 36 | 247 |
| 734 | William Carlin, et al | 1/14/97 | Grant | 49 | 613 |
| 738 | William V. Long, et al | 11/20/96 | Grant | 49 | 563 |
| 740 | Thomas H. Alley, et al | 11/11/95 | Grant | 48 | 572 |
| 3279 | F. F. Morgan, et al | 4/15/02 | Grant | 79 | 101 |
| 3279* | J. S. Francis, et al | 10/21/81 | Grant | 62 | 431 |
| 3280 | B. L. Morgan, et al | 4/15/02 | Grant | 79 | 103 |
| 3287 | R. E. Dodd, et al | 11/27/01 | Grant | 73 | 375 |
| 3637 | J. W. Hatfield, et al | 3/14/98 | Grant | 53 | 523 |
| 3899 | J. M. Allen, et al | 2/14/94 | Grant | 39 | 222 |
| 4256 | J. R. Shreve, et al | 8/02/95 | Grant | 46 | 240 |
| 4698 | Anson Cain, et al | 2/26/92 | Grant | 91 | 462 |
| 4699 | John Inghram | 7/26/95 | Grant | 46 | 228 |
| 4756 | Mary J. Robbins, et al | 1/22/97 | Grant | 49 | 627 |
| 4928 | Thomas Campbell, et al | 4/09/92 | Grant | 38 | 254 |
| 5058 | E. F. Phillips, et al | 6/19/05 | Grant | 96 | 89 |
| 10960 | William Carlin, et al | 3/10/99 | Grant | 73 | 282 |
| 11753 | Mahala Higginbotham, et al | 12/12/07 | Grant | 101 | 574 |
| 11754 | Jesse B. Hinerman | 12/12/07 | Grant | 101 | 573 |
| 11829 | E. C. Snodgrass, et al | 1/13/08 | Grant | 101 | 566 |
| 13002 | A. J. Wichterman, et al | 5/27/08 | Grant | 107 | 240 |
| 14034 | F. S. Snodgrass, et al | 3/05/94 | Grant | 39 | 220 |
| 18765 | Catherine Carlin | 1/30/1900 | Grant | 73 | 276 |
| 18765* | W. C. Wyatt, et al | 6/15/79 | Grant | 58 | 594 |
| 22411 | H. L. McIntyre, guardian | 5/03/10 | Grant | 107 | 411 |
| 22412 | H. L. Smith, et al | 3/01/10 | Grant | 107 | 414 |
| 22413 | Margaret J. Welch, et al | 2/16/10 | Grant | 107 | 412 |
| 22414 | James A. Edgell | 2/03/10 | Grant | 107 | 405 |
| 22415 | Jasper Shreve, et al | 9/14/09 | Grant | 107 | 404 |
| 22416 | E. A. Edgell, et al | 9/29/09 | Grant | 107 | 392 |
| 23160 | E. B. Evans, et al | 7/21/10 | Grant | 111 | 450 |
| 24304 | E. E. Glover, et al | 12/04/11 | Grant | 1 | 482 |
| 24575 | Ara Long | 1/30/12 | Grant | 2 | 42 |
| 24767 | Stacy L. Stephens, et al | 2/11/11 | Grant | 111 | 394 |
| 25486 | A. C. Calvert | 4/04/13 | Grant | 3 | 133 |
| 25487 | W. L. Calvert | 4/07/13 | Grant | 3 | 134 |
| 25833 | Willis L. Calvert | 5/09/10 | Grant | 3 | 136 |
| 26570 | A. H. Low, et al | 6/09/14 | Grant | 5 | 123 |
| 26899 | Leroy Taylor, et al | 2/09/15 | Grant | 5 | 248 |
| 26916 | Martha Stackpole, et al | 2/22/15 | Grant | 5 | 330 |
| 30333 | Henry L. Smith, et al | 5/04/16 | Grant | 8 | 177 |

*Modification
**Extension

- 2 -

74

Oil and Gas Leases

Wetzel County

WEST VIRGINIA

| Lease Number | Lessor (et ux, et vir, et al) | Date | Town/Township District | Recorded Book | Page |
|---|---|---|---|---|---|
| 11753* | Hazel B. Cross, et al | 10/06/81 | Grant | 62 | 427 |
| 4283 | S. J. Long, et al | 11/26/98 | Grant | 73 | 171 |
| 24375* | Emma L. Prather, et vir | 11/10/81 | Grant | 62 | 435 |
| 24375* | Ara L. VanDusen, widow | 11/10/81 | Grant | 62 | 439 |
| 34459 | A. H. Low, et al | 10/06/17 | Grant | 10 | 423 |
| 53638 | S. J. Kilcoyne | 8/23/40 | Grant | 34 | 153 |
| 55407 | N. S. Snyder, et al | 4/22/05 | Grant | 91 | 524 |
| 67992 | Walter Dodd, et ux | 1/08/68 | Grant | 51 | 46 |
| 74414 | Lester L. Ice, et ux | 12/16/64 | Grant | 48 | 299 |
| 75183 | J. W. Haught, et ux | 8/11/65 | Grant | 48 | 455 |
| 76067 | Lula Taylor, et al | 4/26/66 | Grant | 49 | 105 |
| 78925 | Lester L. Ice, et ux | 10/20/69 | Grant | 52 | 13 |
| 81251 | Mills Wetzel Lands, Inc. | 8/02/71 | Grant | 52 | 421 |
| 81251* | Mills Wetzel Lands, Inc. | 3/28/77 | Grant | 57 | 643 |
| 85331 | Esther Peters, et al | 12/18/73 | Grant | 54 | 503 |
| 87547 | Ella M. Hyre, widow | 10/30/74 | Grant | 55 | 169 |
| 427 | M. A. Brast, Committee | 6/18/1897 | Grant/Green | 53 | 204 |
| 477 | W. V. Hoge, Executor | 9/22/1896 | Green | 49 | 399 |
| 483 | Josephine Brast, et al | 12/15/1896 | Grant/Green | 49 | 581 |
| 485 | Andrew Haught, et al | 11/11/1895 | Green | 47 | 171 |
| 488 | Thomas Cunningham, et al | 11/18/1895 | Green | 48 | 569 |
| 490 | B. F. Fox, et al | 4/22/1897 | Green | 51 | 525 |
| 491 | T. M. Cunningham, et al | 12/18/1896 | Green | 49 | 222 |
| 754 | Norval Wright, et al | 9/27/1895 | Green | 47 | 239 |
| 757 | Lucius Hoge, et al | 1/14/1896 | Green | 48 | 259 |
| 761 | Santford Wright, guardian | 6/17/1897 | Green | 53 | 232 |
| 762 | Rachel Wright, et al | 5/18/1897 | Green | 51 | 460 |
| 1617 | George H. Umstead, et al | 12/16/1896 | Green | 49 | 213 |
| 2951 | Louisa J. Fluharty | 1/16/1896 | Green | 49 | 44 |
| 2953 | Elizabeth Miller, et al | 5/27/1897 | Green | 55 | 101 |
| 5323 | William Gadd, et al | 4/24/06 | Green | 101 | 496 |
| 13967 | Jenkins Miller | 11/18/08 | Green | 107 | 56 |
| 15654 | Uriah Milburn, et al | 6/15/09 | Green | 107 | 424 |
| 24311 | A. J. McHenry, et al | 4/08/11 | Green | 1 | 492 |
| 24312 | S. A. Smith, et al | 4/08/11 | Green | 4 | 243 |
| 37359 | Carl Balwanz, et al | 2/08/21 | Green | 14 | 358 |
| 85413 | Clarence E. Myers, et al | 7/02/73 | Green | 54 | 497 |
| 91540 | T. H. Amos, et al | 1/09/79 | Green | 58 | 237 |
| 681 | Henry Garner, et al | 6/18/98 | Proctor | 55 | 394 |
| 1906 | Jackson Yoho | 9/09/98 | Proctor | 56 | 240 |
| 1908 | James M. Parsons, et al | 6/14/01 | Proctor | 73 | 195 |
| 1909 | J. P. Cooper, et al | 8/17/98 | Proctor | 56 | 245 |
| 1911 | Robert Coffield, et al | 4/05/98 | Proctor | 55 | 216 |
| 1916 | Robert Coffield, et al | 4/05/98 | Proctor | 55 | 512 |
| 29972 | Ezra Mason | 4/18/16 | Proctor | 8 | 263 |
| 29974 | J. H. Garner, et al | 4/13/16 | Proctor | 8 | 266 |
| 29977 | A. R. McHenry, et al | 4/18/16 | Proctor | 8 | 271 |
| 30621 | E. A. Edgell, et al | 2/24/16 | Proctor | 8 | 302 |
| 30621** | E. A. Edgell, et al | 12/26/18 | Proctor | 12 | 263 |
| 74413 | Lester L. Ice, et ux | 12/16/64 | Grant | 48 | 302 |

- 3 -

*Modification
**Extension

STATE OF WEST VIRGINIA, COUNTY OF WETZEL, TO-WIT:
OFFICE OF THE CLERK OF THE COUNTY COURT OF WETZEL COUNTY.

The foregoing paper writing was this day _March 21_, 19_84_, at _12:00 PM_
presented for record in my office, and thereupon, together with the certificate thereto annexed, is admitted to record.

Teste: _Pearl ____ Clerk,

County Court of Wetzel County