ALL EXCEPT WV

69

ASSIGNMENT

OF

OIL AND GAS LEASES

KNOW ALL MEN BY THESE PRESENTS: That CONSOLIDATED GAS SUPPLY CORPORATION, of 445 West Main Street, Clarksburg, West Virginia 26301 (Assignor), in performance of the Transfer Agreement and Plan of Reorganization, dated April 30, 1980, among Assignor, Assignee, and Consolidated Natural Gas Company, for the sum of Ten Dollars ($10.00), the receipt of which is hereby acknowledged, and for the considerations therein recited, hereby grants, assigns, transfers, sets over and conveys to CONSOLIDATED GAS TRANSMISSION CORPORATION, of 445 West Main Street, Clarksburg, West Virginia 26301 (Assignee), its successors and assigns:

All of Assignor's right, title, and interest of, in, and to the leasehold oil and gas and leasehold estates and rights created and granted by the oil and gas leases listed on Schedule A, hereto attached and made a part hereof, and all extensions and modifications thereof, located in Wetzel County, West Virginia, together with all of Assignor's right, title and interest of, in and to all permits, licenses, wells, pipelines, fixtures and other appliances or leasehold improvements located thereon, and the appurtenances thereto.



It is the purpose and intention of the Assignor to hereby transfer to the Assignee all, or any interest in and to, oil and gas leaseholds, rights, wells, improvements, fixtures and appurtenances owned by Assignor in the previously recited county and state, and if any of such oil and gas leases have been inadvertently or erroneously omitted from Schedule A, then all of such oil and gas leases are hereby incorporated herein, by reference, and are hereby transferred as if they had appeared on Schedule A on the date of the execution and delivery hereof.

ALL EXCEPT WV

This assignment is expressly made subject to the terms, provisions, payments, conditions and obligations contained in all valid and existing joint operating agreements, farmout agreements, storage operating agreements, pooling and unitization agreements, and other agreements, affecting any of the leases or other property herein assigned, all of which the Assignee, its successors and assigns, assumes and agrees to accept, pay, perform and be bound by.

This assignment is further expressly made subject to the terms, conditions, limitations, rents, royalties, payments and obligations contained in the various leases, and all extensions and modifications thereof, and all other agreements related thereto, all of which the Assignee assumes and agrees to accept, perform, pay and be bound by.

THIS ASSIGNMENT shall be effective as of January 1, 1984, for all estates, leases and rights assigned and transferred hereby which were owned by Assignor on that date; with regard to any estates, leases and rights shown to have been acquired after that date, it shall be effective as of the date of the instruments by which they were acquired.

IN WITNESS WHEREOF the parties have executed and delivered this agreement this _1st_ day of _March_, 1984.

ATTEST:                              CONSOLIDATED GAS SUPPLY CORPORATION

_____              By: _____
Assistant Secretary                       Vice President
                                          Assignor

ATTEST:                              CONSOLIDATED GAS TRANSMISSION CORPORATION

_____              By: _____
Secretary                                 Vice President
                                          Assignee

STATE OF WEST VIRGINIA    )
                          ) to-wit:
COUNTY OF HARRISON        )

I, RUTH JEAN DAVIS, a notary public of said county, do certify that E. C. YOST, who signed the writing above, bearing date the ___1st___ day of ___March___, 1984, for CONSOLIDATED GAS SUPPLY CORPORATION, has this day in my said county, before me, acknowledged the said writing to be the act and deed of said corporation.

Given under my hand this ___1st___ day of ___March___, 1984.

                                   _____
                                          Notary Public

My commission expires:
November 18, 1986.

STATE OF WEST VIRGINIA    )
                          ) to-wit:
COUNTY OF HARRISON        )

I, RUTH JEAN DAVIS, a notary public of said county, do certify that L. J. TIMMS, JR., who signed the writing above, bearing date the ___1st___ day of ___March___, 1984, for CONSOLIDATED GAS TRANSMISSION CORPORATION, has this day in my said county, before me, acknowledged the said writing to be the act and deed of said corporation.

Given under my hand this ___1st___ day of ___March___, 1984.

                                   _____
                                          Notary Public

My commission expires:
November 18, 1986.

THIS INSTRUMENT PREPARED BY:
JOHN J. DROPPLEMAN
445 West Main Street
Clarksburg, West Virginia 26301

Oil and Gas Leases

Wetzel County

WEST VIRGINIA

| Lease Number | Lessor (et ux, et vir, et al) | Date | Town/Township District | Recorded Book | Page |
|---|---|---|---|---|---|
| 239 | J. S. Thompson, et al | 6/20/94 | Center | 39 | 514 |
| 242 | Enix Anderson, et al | 6/20/94 | Center | 39 | 529 |
| 243 | Peter Glover, et al | 6/20/94 | Center | 39 | 524 |
| 247 | Alfred Efan, et al | 6/20/94 | Center | 39 | 534 |
| 266 | Nathan Cross, et al | 7/27/95 | Center | 46 | 318 |
| 267 | J. T. Brookover, et al | 7/27/95 | Center | 46 | 320 |
| 269 | K. L. Brookover, et al | 7/27/95 | Center | 46 | 326 |
| 270 | Sarah Hostettler, et al | 7/29/95 | Center | 46 | 348 |
| 272 | Jane Blake | 7/29/95 | Center | 46 | 352 |
| 296 | Titus Lemanyon, et al | 3/02/95 | Center | 47 | 3 |
| 315 | Sarah Johnson, et al | 10/13/96 | Center | 49 | 535 |
| 356 | A. T. Morris | 2/19/98 | Center | 56 | 533 |
| 357 | J. R. Pittman, et al | 2/19/98 | Center | 56 | 535 |
| 507 | A. C. Moore, et al | 4/28/1900 | Center | 67 | 105 |
| 508 | John C. Moore, et al | 4/28/1900 | Center | 67 | 107 |
| 2246 | David Sole, et al | 9/27/95 | Center | 58 | 161 |
| 4254 | W. Y. Hood, Executor | 8/01/99 | Center | 61 | 558 |
| 4913 | Albert McMasters, et al | 3/13/05 | Center | 91 | 497 |
| 5273 | Daniel Lambert, et al | 9/07/97 | Center | 73 | 310 |
| 13114 | R. J. Anderson, et al | 6/27/05 | Center | 101 | 564 |
| 25933 | O. W. Lemley, et al | 6/18/13 | Center | 2 | 194 |
| 27521 | Matthew Carney | 7/23/15 | Center | 5 | 495 |
| 28562 | John Lovette, et al | 11/01/15 | Center | 5 | 70 |
| 28948 | W. H. Lemley, et al | 1/26/16 | Center | 5 | 76 |
| 35345 | J. A. Riter, et al | 8/28/18 | Center | 11 | 314 |
| 91077 | Pauline M. Stewart, widow | 4/29/76 | Center | 56 | 589 |
| 3248 | David Ballard, et al | 9/24/98 | Church | 58 | 169 |
| 5308 | Alex Burke | 9/20/04 | Church | 91 | 126 |
| 13112 | G. W. Stoneking, et al | 6/17/09 | Church | 107 | 478 |
| 13424 | William Miller | 8/22/08 | Church | 107 | 278 |
| 67990 | Lucille L. Haines, et vir | 1/08/68 | Church | 51 | 50 |
| 67991 | Lucille Haines, et al | 1/08/68 | Church | 51 | 167 |
| 67994 | Frank L. McGill, et al | 1/10/68 | Church | 51 | 249 |
| 68007 | Gladys L. Hudson, et al | 12/19/67 | Church | 51 | 269 |
| 68008 | Lucille Snyder, et al | 1/08/68 | Church | 51 | 53 |
| 68024 | Mannington 1st Nat'l.Bank, et al | 1/04/68 | Church | 51 | 12 |
| 68054 | Florence T. Carpenter, widow | 12/29/67 | Church | 51 | 58 |
| 68055 | Anna Franklin, et al | 12/19/67 | Church | 51 | 163 |
| 68271 | Robert M. Kerns, et al | 1/18/68 | Church | 50 | 283 |
| 75783 | Gladys Snyder Sturm, et al | 2/18/66 | Church | 49 | 47 |
| 129 | William McReynolds | 6/18/94 | Clay | 39 | 498 |
| 133 | George N. Sole, et al | 6/20/94 | Clay | 39 | 548 |
| 201 | J. L. Newman, et al | 3/10/97 | Clay | 51 | 211 |
| 229 | Benjamin F. Barnhart | 5/02/98 | Clay | 55 | 150 |
| 15789 | Josephas Rice, et al | 6/04/09 | Clay | 107 | 470 |
| 369 | T. L. Holbert, et al | 7/23/94 | Grant | 41 | 56 |
| 373 | J. C. Lantz, et al | 2/20/95 | Grant | 44 | 354 |
| 394 | J. U. McCann, et al | 8/07/95 | Grant | 46 | 260 |
| 398 | T. M. Stone, et al | 8/13/95 | Grant | 46 | 270 |
| 412 | W. C. Hawthorn, et al | 4/24/96 | Grant | 49 | 322 |

Schedule A
- 4 -

*Modification
**Extension

Oil and Gas Leases

Wetzel County

WEST VIRGINIA

| Lease Number | Lessor (et ux, et vir, et al) | Date | Town/Township District | Recorded Book | Page |
|---|---|---|---|---|---|
| 415 | M. B. Long, et al | 11/19/96 | Grant | 63 | 483 |
| 426 | F. F. Morgan, et al | 7/14/97 | Grant | 64 | 144 |
| 432 | Lucius Hoge, et al | 8/20/95 | Grant | 56 | 672 |
| 495 | T. L. Holbert, et al | 4/06/99 | Grant | 61 | 35 |
| 528 | G. H. Cox, et al | 10/09/91 | Grant | 31 | 577 |
| 529 | J. L. Newman | 10/24/01 | Grant | 73 | 450 |
| 728 | Henry L. Smith | 2/19/93 | Grant | 35 | 544 |
| * 729 | John Blackshere, et al | 2/20/92 | Grant | 35 | 547 |
| 731 | B. W. Peterson, et al | 3/05/92 | Grant | 35 | 595 |
| 732 | L. G. Robinson, et al | 3/25/92 | Grant | 36 | 247 |
| 734 | William Carlin, et al | 1/14/97 | Grant | 49 | 513 |
| 738 | William V. Long, et al | 11/20/96 | Grant | 49 | 563 |
| 740 | Thomas H. Alley, et al | 11/11/95 | Grant | 48 | 572 |
| 3279 | F. F. Morgan, et al | 4/15/02 | Grant | 79 | 101 |
| 3279* | J. G. Francis, et al | 10/21/01 | Grant | 62 | 431 |
| 3280 | S. L. Morgan, et al | 4/15/02 | Grant | 79 | 103 |
| 3297 | R. E. Dodd, et al | 11/27/01 | Grant | 73 | 579 |
| 3637 | J. W. Hatfield, et al | 3/14/98 | Grant | 53 | 523 |
| 3899 | J. M. Allen, et al | 2/14/94 | Grant | 39 | 223 |
| 4256 | J. R. Shreve, et al | 8/02/95 | Grant | 46 | 240 |
| 4598 | Anson Cain, et al | 2/26/92 | Grant | 91 | 462 |
| 4699 | John Ingram | 7/26/95 | Grant | 46 | 228 |
| 4756 | Mary J. Robbins, et al | 1/22/97 | Grant | 49 | 627 |
| 4928 | Thomas Campbell, et al | 4/09/92 | Grant | 38 | 294 |
| 5058 | E. F. Phillips, et al | 5/19/95 | Grant | 36 | 88 |
| 10960 | William Carlin, et al | 3/10/99 | Grant | 73 | 382 |
| 11261 | Mahala Higginbotham, et al | 12/12/07 | Grant | 101 | 574 |
| 11754 | Jesse B. Hinerman | 12/12/07 | Grant | 101 | 673 |
| 11829 | E. G. Snodgrass, et al | 1/13/08 | Grant | 101 | 560 |
| 13002 | A. J. Kichterman, et al | 5/27/08 | Grant | 107 | 240 |
| 14954 | F. G. Snodgrass, et al | 3/05/94 | Grant | 39 | 220 |
| 18365 | Catherine Carlin | 1/30/1900 | Grant | 73 | 276 |
| 18765* | R. G. Wyatt, et al | 6/15/79 | Grant | 58 | 594 |
| 22411 | B. L. McIntyre, guardian | 5/03/10 | Grant | 107 | 411 |
| 22412 | R. L. Smith, et al | 3/01/10 | Grant | 107 | 414 |
| 22413 | Margaret J. Welch, et al | 2/16/10 | Grant | 107 | 412 |
| 22414 | James A. Edgell | 2/05/10 | Grant | 107 | 405 |
| 22415 | Jasper Shreve, et al | 9/14/09 | Grant | 107 | 404 |
| 22416 | E. A. Edgell, et al | 9/29/09 | Grant | 107 | 392 |
| 23160 | C. B. Evans, et al | 7/21/10 | Grant | 111 | 450 |
| 24304 | E. E. Glover, et al | 12/04/11 | Grant | 1 | 182 |
| 24376 | Ara Long | 1/30/12 | Grant | 7 | 42 |
| 24767 | Stacy L. Stephens, et al | 2/11/11 | Grant | 111 | 394 |
| 25486 | A. C. Calvert | 4/04/13 | Grant | 5 | 133 |
| 25487 | W. L. Calvert | 4/07/13 | Grant | 5 | 154 |
| 25833 | Willis L. Calvert | 5/09/13 | Grant | 5 | 156 |
| 26579 | A. H. Cox, et al | 6/09/14 | Grant | 5 | 123 |
| 26899 | Leroy Taylor, et al | 2/09/15 | Grant | 6 | 248 |
| 26916 | Martha Stackpole, et al | 2/22/15 | Grant | 6 | 550 |
| 30333 | Henry L. Smith, et al | 5/04/16 | Grant | 8 | 177 |

*Modification
**Extension

- 2 -

Oil and Gas Leases

Wetzel County

WEST VIRGINIA

| Lease Number | Lessor (et ux, et vir, et al) | Date | Town/Township District | Recorded Book | Page |
|---|---|---|---|---|---|
| 11753* | Hazel B. Cross, et al | 10/06/81 | Grant | 62 | 427 |
| 4283 | S. J. Long, et al | 11/26/98 | Grant | 73 | 171 |
| 24337** | Emma L. Praiber, et vir | 11/10/81 | Grant | 62 | 435 |
| 24375* | Ara L. VanDusen, widow | 11/10/81 | Grant | 62 | 439 |
| 34459 | A. H. Low, et al | 10/06/17 | Grant | 10 | 423 |
| 53638 | S. J. Klicovne | 8/23/49 | Grant | 34 | 153 |
| 55407 | N. S. Snyder, et al | 4/22/05 | Grant | 91 | 524 |
| 67992 | Walter Dodd, et ux | 1/08/68 | Grant | 51 | 46 |
| 74414 | Lester L. Ice, et ux | 12/16/64 | Grant | 48 | 299 |
| 75183 | J. W. Haught, et ux | 8/11/65 | Grant | 48 | 455 |
| 76067 | Lula Taylor, et al | 4/26/66 | Grant | 49 | 105 |
| 78925 | Lester L. Ice, et ux | 10/20/69 | Grant | 52 | 13 |
| 81251 | Mills Wetzel Lands, Inc. | 9/02/71 | Grant | 52 | 421 |
| 81251* | Mills Wetzel Lands, Inc. | 3/28/77 | Grant | 57 | 643 |
| 85331 | Esther Peters, et al | 12/18/73 | Grant | 54 | 503 |
| 87547 | Ella M. Hyre, widow | 10/30/74 | Grant | 55 | 169 |
| 427 | M. A. Brast, Committee | 6/19/1897 | Grant/Green | 53 | 204 |
| 477 | N. Y. Hoge, Executor | 9/22/1896 | Green | 49 | 399 |
| 483 | Josephine Brast, et al | 12/15/1896 | Grant/Green | 49 | 581 |
| 485 | Andrew Haught, et al | 11/11/1895 | Green | 47 | 173 |
| 488 | Thomas Cunningham, et al | 11/18/1895 | Green | 48 | 569 |
| 490 | B. F. Fox, et al | 4/22/1897 | Green | 51 | 525 |
| 491 | T. M. Cunningham, et al | 12/18/1896 | Green | 49 | 222 |
| 754 | Norval Wright, et al | 9/27/1895 | Green | 47 | 239 |
| 757 | Lucius Hoge, et al | 1/14/1895 | Green | 46 | 259 |
| 761 | Santford Wright, guardian | 6/17/1897 | Green | 53 | 232 |
| 762 | Rachel Wright, et al | 5/18/1897 | Green | 51 | 460 |
| 1617 | George H. Umstead, et al | 12/16/1896 | Green | 49 | 213 |
| 2951 | Louisa J. Fluharty | 1/16/1896 | Green | 49 | 44 |
| 2953 | Elizabeth Miller, et al | 5/27/1897 | Green | 55 | 101 |
| 5323 | William Gadd, et al | 4/24/06 | Green | 101 | 496 |
| 13967 | Jenkins Miller | 11/18/08 | Green | 107 | 56 |
| 15654 | Uriah Milburn, et al | 6/15/09 | Green | 107 | 424 |
| 24311 | A. J. McHenry, et al | 4/08/11 | Green | 1 | 492 |
| 24312 | S. A. Smith, et al | 4/08/11 | Green | 4 | 243 |
| 37359 | Carl Balwanz, et al | 2/08/21 | Green | 14 | 358 |
| 85413 | Clarence E. Myers, et al | 7/02/73 | Green | 54 | 497 |
| 91540 | T. H. Amos, et al | 1/09/79 | Green | 58 | 237 |
| 681 | Henry Garner, et al | 5/18/98 | Proctor | 55 | 394 |
| 1906 | Jackson Yoho | 9/09/98 | Proctor | 56 | 240 |
| 1908 | James M. Parsons, et al | 6/14/01 | Proctor | 73 | 195 |
| 1909 | J. P. Cooper, et al | 9/17/98 | Proctor | 56 | 245 |
| 1911 | Robert Coffield, et al | 4/05/98 | Proctor | 55 | 216 |
| 1916 | Robert Coffield, et al | 4/05/98 | Proctor | 55 | 512 |
| 29972 | Ezra Mason | 4/18/16 | Proctor | 8 | 263 |
| 29974 | J. H. Garner, et al | 4/13/16 | Proctor | 8 | 266 |
| 29977 | A. R. McHenry, et al | 4/18/16 | Proctor | 8 | 271 |
| 30621 | E. A. Edgell, et al | 2/24/16 | Proctor | 8 | 302 |
| 30621** | E. A. Edgell, et al | 12/26/18 | Proctor | 12 | 263 |
| 74413 | Lester L. Ice, et ux | 12/16/64 | Grant | 48 | 302 |

*Modification
**Extension

STATE OF WEST VIRGINIA, COUNTY OF WETZEL, TO-WIT:
OFFICE OF THE CLERK OF THE COUNTY COURT OF WETZEL COUNTY.

The foregoing paper writing was this day _March 21_, 19_84_ at _12:28 PM_ presented for record in my office, and thereupon, together with the certificate thereto annexed, is admitted to record.

Teste: _____ Clerk.

County Court of Wetzel County