BOOK 76A PAGE 232

BOOK 16 PAGE 993

## BILL OF SALE AND ASSIGNMENT
(Hastings)

THIS BILL OF SALE AND ASSIGNMENT, by and between CNG TRANSMISSION CORPORATION, a Delaware corporation, of 445 West Main Street, Clarksburg, West Virginia 26301, hereinafter referred to as "**Assignor**"; and EASTERN STATES OIL & GAS, INC., a Virginia corporation, of 2900 Eisenhower Avenue, Suite 300, Alexandria, Virginia 22314, hereinafter referred to as "**Assignee**".

WITNESSETH: That for and in consideration of the sum of Ten Dollars ($10.00), and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, **Assignor** does hereby grant, bargain, sell, set over, transfer and convey, unto **Assignee** all of the **Assignor's** right, title and interest in and to the following described properties (hereinafter referred to as the "Oil and Gas Properties"), effective as of 12:01 a.m. October 1, 1995 (the "Effective Date"):

1. All those oil and gas wells located in Harrison, Marion, Monongalia, Doddridge, Wetzel and Tyler Counties of West Virginia, and described on **Exhibit A** attached hereto (hereinafter referred to as the "Wells") and the oil and gas leases referenced on **Exhibit A** as well as those described on **Exhibit B** attached hereto (hereinafter referred to as the "Oil and Gas Leases").

2. All production equipment, material, fixtures, casing, tubular goods, lines, pumps, tanks and other facilities, both surface and down hole, installed and used in the operation of the Wells.

3. All those pipelines described on **Exhibit C** attached hereto, together with related equipment and facilities used in connection therewith (hereinafter collectively referred to as the "Pipeline").

4. All those rights-of-way, easements, surface leases, rights-of-entry or access, permits, options, licenses, franchises, grants and similar rights and interests, subject to the rights of third parties, related to the Oil and Gas Leases and the Pipeline and described on **Exhibit C**.

5. All oil, gas and other minerals produced and saved from the Oil and Gas Properties after the Effective Date, less and except any oil produced

BOOK 76A PAGE 233

BOOK 16 PAGE 994

and removed from the stock tanks prior to and including the Effective Date.

6. All working interests, farmout and farmin rights, reversionary interests, royalty, overriding royalty or other mineral interests appurtenant to the Wells and Oil and Gas Leases.

7. All lease files, land files, well files, gas processing files, division order files, abstracts, title files and materials and all other books, files, maps, logs and records, and all rights thereto, subject to the rights of third parties.

8. To the extent assignable and subject to the rights of third parties, seismic, engineering, geologic and geophysical records and data.

This Bill of Sale and Assignment is expressly made subject to the following provisions:

A. Nothing contained in this Bill of Sale and Assignment shall constitute a transfer or assignment of any agreement, instrument, right-of-way, permit, license, franchise or any other document to the extent the transfer or assignment is prohibited by the terms thereof or by law.

B. Should **Assignor** determine at a later date that any agreement, instrument, right-of-way, permit, license, franchise or any other document was inadvertently transferred by this Bill of Sale and Assignment, the **Assignee** shall, as a matter of form in order to clear the public records, reassign such document at the request of **Assignor**.

C. **Assignee** shall assume and pay any and all State, County or local taxes assessed upon the Oil and Gas Properties from and after the Effective Date.

D. **Assignee** agrees to pay all filing fees, recording fees, documentary stamps, transfer fees or excise taxes required in connection with the filing and recording of this Bill of Sale and Assignment, and all transfer fees, recording fees, sales tax, permit fees and all other fees imposed by any state or federal agency in connection with the sale and transfer of the Oil and Gas Properties.

E. By its execution hereof, **Assignee** accepts the Oil and Gas Properties in the condition in which the

- 2 -

BOOK 76 PAGE 234

BOOK 16 PAGE 995

same now exist and agrees to bear full responsibility for the use and operation of said Oil and Gas Properties from and after the Effective Date. **Assignee** agrees that it will at all times comply with all laws, rules, regulations and orders of state and federal agencies and regulatory bodies, relative to the use and operation of the Wells and Pipeline, including, but not by way of limitation, the proper transfer, assumption or acquisition of all applicable permits, registrations, bonds and licenses with regard to the use and operation of said Wells, the Pipeline and tangible personal property; and upon ceasing to operate and produce the Wells or upon ceasing to operate the Pipeline, the proper plugging and abandoning of the Wells and the proper removal of the Pipeline, all in compliance with good engineering practices and all applicable laws and regulations.

F. All equipment and other personal property appurtenant to the Oil and Gas Properties is transferred subject to normal wear and tear and without warranties of any kind whatsoever, whether expressed or implied, and are sold "AS IS AND WITH ALL FAULTS AND DEFECTS" and "WITH NO WARRANTY AS TO MERCHANTABILITY, FITNESS OR SUITABILITY FOR ANY PARTICULAR PURPOSE." THIS ASSIGNMENT IS MADE (a) WITHOUT ANY WARRANTY OR REPRESENTATION OF TITLE, EITHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE, EXCEPT THAT ASSIGNOR SHALL WARRANT AND DEFEND TITLE TO THE OIL AND GAS PROPERTIES AGAINST THE CLAIMS OF ANY PERSON ASSERTING TITLE BY, THROUGH OR UNDER ASSIGNOR OR ITS AFFILIATES, BUT NOT OTHERWISE; PROVIDED, HOWEVER THAT ASSIGNOR SHALL NOT WARRANT TITLE TO THE OIL AND GAS LEASES AGAINST ANY CLAIMS ASSERTED BY THIRD PARTIES CHALLENGING THE TITLE OF THE LESSORS NAMED IN SUCH LEASES, (b) WITHOUT ANY EXPRESS, IMPLIED, STATUTORY OR OTHER WARRANTY OR REPRESENTATION AS TO THE CONDITION, QUANTITY, QUALITY, FITNESS FOR A PARTICULAR PURPOSE, CONFORMITY TO MODELS OR SAMPLES OF MATERIALS OR MERCHANTABILITY OF ANY OF THE ASSETS OR THEIR FITNESS FOR ANY PURPOSE; AND (c) WITHOUT ANY OTHER EXPRESS, IMPLIED, STATUTORY OR OTHER WARRANTY OR REPRESENTATION WHATSOEVER.

G. In the event there are documents related to the Oil and Gas Leases or the Pipeline, including without limitation those evidencing any specific grants or reservations of rights-of-way, easements, surface leases, rights-of-entry or access, permits, options, licenses and franchises

- 3 -

BOOK 76A PAGE 235

BOOK 16 PAGE 996

related to the Oil and Gas Leases or Pipeline, which are not specifically included on any Exhibit attached hereto, **Assignor** agrees to execute and deliver a supplemental assignment therefor upon **Assignee's** request.

This Bill of Sale and Assignment is made and shall be subject to the terms and provisions of that certain Purchase and Sale Agreement between **Assignor** and **Assignee** effective as of October 1, 1995, which shall prevail in the event of any conflict between the terms and provisions hereof and thereof. Capitalized terms not otherwise defined herein shall have the meanings given them in such Agreement.

This Bill of Sale and Assignment, together with all provisions contained herein, shall inure to the benefit of and be binding upon the parties hereto and their respective successors and assigns.

This Bill of Sale and Assignment shall be executed in duplicate originals, and each duplicate original hereof shall be deemed to be an original instrument.

Executed in duplicate originals, on this 4th day of October, 1995, effective as of the Effective Date.

ASSIGNOR:

CNG TRANSMISSION CORPORATION

By: _____

Its: Asst Vice-Pres

ASSIGNEE:

EASTERN STATES OIL & GAS, INC.

By: _____

Its: Senior Vice President

This instrument was prepared by:

Stephen L. Atkinson
445 West Main Street
Clarksburg, WV 26301
(HASTINGS)

- 4 -

BOOK 76A PAGE 236

STATE OF WEST VIRGINIA BOOK 16 PAGE 997

COUNTY OF HARRISON

I, _Joan P. Merriner_, a Notary Public in and for the State of West Virginia, do hereby certify that _Charles E. Roberts_, _Asst Vice Pres_, who signed the writing above, bearing date the 1st day of October, 1995, for CNG TRANSMISSION CORPORATION, a Delaware corporation, his this day acknowledged before me the said writing to be the act and deed of said corporation.

Given under my hand and notarial seal this _4th_ day of _October_, 1995.

[Notarial Seal]

My commission expires: _May 18, 1998_

_Joan P. Merriner_
Notary Public

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
JOAN P. MERRINER
445 West Main St.
Clarksburg, W. Va. 26301
My commission expires May 18, 1998

STATE OF _West_ VIRGINIA

COUNTY OF _Harrison_

I, _Joan P. Merriner_, a Notary Public in and for the county and state aforesaid, do hereby certify that _CLIFTON A. BROWN_, _SENIOR VICE PRESIDENT_, who signed the writing above, bearing date the 1st day of October, 1995, for EASTERN STATES OIL & GAS, INC., a Virginia corporation, his this day acknowledged before me the said writing to be the act and deed of said corporation.

Given under my hand and notarial seal this _4th_ day of _October_, 1995.

[Notarial Seal]

My commission expires: _May 18, 1998_

_Joan P. Merriner_
Notary Public

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
JOAN P. MERRINER
445 West Main St.
Clarksburg, W. Va. 26301
My commission expires May 18, 1998

[BSA-HAST]

- 5 -

EXHIBIT A TO
BILL OF SALE AND ASSIGNMENT
TO EASTERN STATES OIL & GAS, INC.

WELLS AND ASSOCIATED LEASES

| Well No. | Line No. | API No. | Lease No. | Rights Held | Lessor | Lease Date | County | District | Recorded Book | Page |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | H-10387 | 47-103-646 | 243 | NGO | Pete Glover et ux | 06-20-1894 | Wetzel | Center | 39 | 524 |
| 5 | H-10524 | 47-103-647 | 491 | NGO | T.M. Cunningham et ux | 12-18-1896 | Wetzel | Green | 49 | 222 |
| 6 | --- | 47-103-648 | 427 | NGO | M.A. Brast Cmte. | 06-18-1897 | Wetzel | Green | 53 | 204 |
| | --- | | Modification | | Joseph Shiben et al | 12-28-42 | Wetzel | Green | 36A | 420 |
| | | | 483 | NGO | Josephine Brast et al | 12-15-1896 | Wetzel | Green | 49 | 581 |
| | | | Modification | | Joseph Shiben et al | 12-28-42 | Wetzel | Green | 36A | 424 |
| 16 | H-10546 | 47-103-649 | 394 | NGO | J.W. Morgan et ux | 08-07-1895 | Wetzel | Grant | 46 | 262 |
| 18 | H-10572 | 47-103-650 | 528 | O/G | D.H. Cox et ux | 10-09-1891 | Wetzel | Grant | 31 | 577 |

BOOK 76 PAGE 238    BOOK 16 PAGE 999

EXHIBIT A TO
BILL OF SALE AND ASSIGNMENT
TO EASTERN STATES OIL & GAS, INC.

WELLS AND ASSOCIATED LEASES

| Well No. | Line No. | API No. | Lease No. | Rights Held | Lessor | Lease Date | County | District | Recorded Book | Page |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | H-10573 | 47-103-651 | 528 | O/G | D. H. Cox et ux | 10-09-1891 | Wetzel | Grant | 31 | 577 |
| 22 | H-10532 | 47-103-652 | 529 | O/G | J. L. Newman | 10-24-01 | Wetzel | Grant | 73 | 429 |
| 30 | H-10545 | 47-103-654 | 1617 | NGO | Geo. M. Umstead et al | 12-16-1896 | Wetzel | Green | 49 | 213 |
| 34 | H-10562 | 47-103-655 | 426 | O/G | F.F. Morgan et ux | 07-14-1897 | Wetzel | Grant | 53 | 144 |
| 55 | H-10134 | 47-103-656 | 272 | NGO | Jane Blake | 07-29-1895 | Wetzel | Center | 46 | 352 |
| 101 | H-10267 | 47-103-657 | 729 | NGO | J. Blackshere et al | 02-20-1892 | Wetzel | Grant | 35 | 547 |
| 155 | H-10537 | 47-103-658 | 757 | NGO | Lucius Hoge et al | 01-14-1896 | Wetzel | Green | 48 | 259 |
| 162 | H-10566 | 47-103-659 | 740 | NGO | Thomas H. Alley et ux | 11-11-1895 | Wetzel | Grant | 48 | 572 |
| 180 | H-413 | 47-103-660 | 734 | NGO | William Carlin et ux | 01-14-1897 | Wetzel | Grant | 49 | 613 |

2

BOOK 16 PAGE 1027

EXHIBIT B TO
BILL OF SALE AND ASSIGNMENT
TO EASTERN STATES OIL & GAS, INC.
LEASES
WETZEL COUNTY

| Instrument No. | Rights Held | Lessor | Date | Gross Acres | District | Recorded Book | Page |
|---|---|---|---|---|---|---|---|
| 3638 | O/G | S.J. Kilcoyne, single | 08-23-40 | 180.000 | Grant | 34A | 153 |

NGO – Leasehold Gas – Subject to 1902 unrecorded agreement South Penn Oil Co., now Pennzoil Products Co.

O/G – Leasehold Oil & Gas

(gas-wet)

2

BOOK 76 PAGE 258

BOOK 16 PAGE 1026

EXHIBIT B TO
BILL OF SALE AND ASSIGNMENT
TO EASTERN STATES OIL & GAS, INC.
LEASES
WETZEL COUNTY

| Instrument No. | Rights Held | Lessor | Date | Gross Acres | District | Recorded Book | Page |
|---|---|---|---|---|---|---|---|
| 485 | NGO | Andrew Haught, et ux | 11-11-1895 | 200.000 | Green | 47 | 177 |
| 4254 | NGO | W.V. Hoge, Excr. I. Hoge est. | 08-01-1899 | 100.000 | Center | 61 | 558 |
| 5323 | NGO | William Gadd, et ux | 04-24-06 | 70.000 | Green | 101 | 496 |
| 11829 | O/G | E.C. Snodgrass, et ux | 01-13-08 | 40.000 | Grant | 101 | 566 |
| 18765 | NGO | Catherine Carlin | 01-30-00 | 335.000 | Grant | 73 | 276 |
| | Ratification | Catherine Fisher, et vir | 10-27-78 | | Grant | 58A | 593 |
| | Ratification | William P. Scally, widower | 11-20-78 | | Grant | 58A | 592 |
| | Ratification | Grace Scally, widow | 02-19-79 | | Grant | 58A | 591 |
| | Ratification | Lucille Scally, widow | 05-24-79 | | Grant | 58A | 590 |
| | Ratification | Joseph Scally, Jr. et ux | 07-26-79 | | Grant | 58A | 589 |
| | Modification | W.C. Wyatt, et a | 106-15-78 | | Grant | 58A | 594 |

BOOK 16 PAGE 1013

BOOK 76A PAGE 271

EXHIBIT A TO
BILL OF SALE AND ASSIGNMENT
TO EASTERN STATES OIL & GAS, INC.

WELLS AND ASSOCIATED LEASES

| Well No. | Line No. | API No. | Lease No. | Rights Held | Lessor | Lease Date | County | District | Recorded Book | Page |
|---|---|---|---|---|---|---|---|---|---|---|
| 4610 | H-6861 | 47-103-701 | 729 | NGO | John Blackshere et al | 02-20-1892 | Wetzel | Grant | 35 | 547 |
| 4633 | H-5425 | 47-49-392 | 25159 Ratification | O/G | Alice S. Thorne | 06-21-12 | Marion | Paw Paw | 190 | 222 |
|  |  |  | Ratification |  | J.A. Thorne et al | 11-25-16 | Marion | Paw Paw | 217 | 487 |
|  |  |  | Ratification |  | Katharine Abbott et vir | 11-25-16 | Marion | Paw Paw | 217 | 488 |
| 4719 | H-7063 | 47-103-702 | 28562 | O/G | John Lavelle et al | 11-01-15 | Wetzel | Center | 7A | 70 |
| 4744 | H-7143 | 47-103-705 | 267 | NGO | J.T. Brookover | 07-27-1895 | Wetzel | Center | 46 | 320 |
| 4769 | H-7119 | 47-33-1421 | 17190 | O/G | C.L. Piggott et ux | 08-11-09 | Harrison | Clay | 192 | 131 |
| 4789 | H-7189 | 47-103-707 | 30333 | O/G | H.L. Smith et al | 05-04-16 | Wetzel | Grant | 8-A | 177 |
| 4796 | H-14185 | 47-103-708 | 24375 Extension Modification Modification Modification | O/G | Ara Long | 01-30-12 | Wetzel | Grant | 2-A | 42 |
|  |  |  |  |  | C. Amos Long | 03-14-17 | Wetzel | Grant | 10-A | 16 |
|  |  |  |  |  | Emma L. Prather | 11-10-81 | Wetzel | Grant | 62-A | 435 |
|  |  |  |  |  | Ara L. Van Dusen widow | 11-10-81 | Wetzel | Grant | 62-A | 439 |

16

BOOK 76A PAGE 359

BOOK 16 PAGE 1120

EXHIBIT C TO BILL OF SALE AND ASSIGNMENT TO EASTERN STATES OIL & GAS, INC. RIGHTS OF WAY FOR GATHERING LINES MARSHALL COUNTY

| Line No. | Grantor | Date | District | Recorded Book Page |
|---|---|---|---|---|
| D521 | George N. Yoho Board of Education | 09-09-55 09-08-55 | Franklin Franklin | 303 219 303 220 |

(gwellmrs)

146

RECEIVED
RECORDING FEE 65.00
STAMPS _____

MAY 22 10 11 AM '96

(5072

STATE OF WEST VIRGINIA, County of Marion, To-Wit:

I, Janice Cosco, Clerk of the County Commission of said County, do hereby certify that the foregoing writing, with certificate thereto annexed, was this day produced to me in my office and duly admitted to record. Witness my hand.

Janice Cosco, Clerk