# West Virginia Secretary of State — Online Data Services

## Business & Licensing

## Business Organization Detail

### BLAZER ENERGY CORP.

#### Organization Information

| Org Type | Effective Date | Filing Date | Charter | Class | Sec Type | Termination Date | Termination Reason |
|---|---|---|---|---|---|---|---|
| C | Corporation | 5/14/1986 | 5/14/1986 | Foreign | Profit | | 10/20/1999 | Name Change (Reserved for old records) |

#### Organization Information

| | | | |
|---|---|---|---|
| Business Purpose | | Capital Stock | 0.0000 |
| Charter County | Foreign Country | Control Number | 0 |
| Charter State | DE | Excess Acres | 0 |
| At Will Term | | Member Managed | |
| At Will Term Years | 0 | Par Value | 0.0000 |
| Authorized Shares | 0 | | |

#### Addresses

| Type | Address |
|---|---|

| | |
|---|---|
| Notice of Process Address | CORP. SERVICE CO.<br>P.O. BOX 951<br>CHARLESTON 89-90-91, WV, 25301 |
| Principal Office Address | 14701 ST. MARY'S SUITE 200<br>HOUSTON, TX, 770792910 |
| Type | Address |

| Officers | |
|---|---|
| Type | Name/Address |
| Director | JAMES BOYD<br>SAME AS PRES |
| Director | PAUL CHELLGREN<br>SAME AS PRES |
| President | W. PAUL TIEFEL<br>14701 ST MARY'S SUITE 200<br>HOUSTON, TX, 77079 |
| Secretary | T. CODY WALES<br>SAME AS PRES |
| Treasurer | DANIEL B. HUFFMAN<br>1000 ASHLAND DRIVE<br>RUSSELL, KY, 41169 |
| Vice-President | ROBERT BILGER<br>SAME AS PRES |
| Type | Name/Address |

| Date | Amendment |
|---|---|
| 10/21/1999 | CHANGE OF NAME FROM BLAZER ENERGY CORP. TO EASTERN STATES OIL & GAS, INC. (FILED 10/20/99) |
| 10/20/1999 | MERGING EASTERN STATES OIL & GAS, INC., A QUAL VA CORP WITH AND INTO BLAZER ENERGY CORP., A QUAL DE CORP, THE SURVIVOR. |
| 3/19/1997 | CHANGE OF NAME FROM ASHLAND EXPLORATION, INC. TO BLAZER ENERGY CORP. |
| 9/17/1996 | CHANGE OF NAME FROM ASHLAND GAS MARKETING, INC. OF DELAWARE TO ASHLAND EXPLORATION, INC. |
| 8/13/1987 | AMENDMENT FILED TO ARTICLES; |
| Date | Amendment |

| Annual Reports | |
|---|---|
| Date | Filed For |
| | 1998 |
| | 1997 |
| | 1996 |
| | 1995 |
| | 1994 |
| | 1993 |
| | 1992 |
| Date | Filed For |

NOTICE: The West Virginia Secretary of State's Office makes every reasonable effort to ensure the accuracy of information. However, we make no representation or warranty as to the correctness or completeness of the information. If information is missing from this page, it is not in the The West Virginia Secretary of State's database.

Printed from West Virginia Secretary of State Online Data Services web site: http://apps.sos.wv.gov

© 2010 State of West Virginia