EQUITABLE PRODUCTION-EASTERN STATES, INC.
P. O. BOX 2347
CHARLESTON, WV 25328

PURCHASE DETAIL

COBHAM GAS INDUSTRIES, INC  
ROUTE 4  BOX 350A, P. O. BOX 1697  
CLARKSBURG, WV  26302-1697

DATE:  27-Apr-05

PIPELINE: HASTINGS GATHERING SYSTEM  
CONTRACT # WV-P-0138

| MONTH | RECEIPT | DESCRIPTION | MCF | BTU | MMBTU | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| Mar-05 | 032904 | Cobham Meter | 1,056 | 1.236 | 1,305 | $5.169 | $6,745.55 |
| | | NET PURCHASE | 1,056 | | 1,305 | | $6,745.55 |

**EQUITABLE PRODUCTION COMPANY**
P.O. Box 23425
Pittsburgh, PA 15222-6425
A Division of Equitable Resources Inc.

COBHAM GAS INDUSTRIES    10323  0084
RT. 4, BOX 350A
P.O. BOX 1697
CLARKSBURG, WV 26302-1697

PAGE: 1

## PAYMENT SUMMARY

| VENDOR NO: | 1123319 | | VOUCHER DATE: | 05/03/05 | |
|---|---|---|---|---|---|
| VOUCHER NO: | 0000142925 | | | | |
| REF. DOC. | REFERENCE NUMBER | REF. DATE | DOCUMENT AMOUNT | DISCOUNT/ADJ AMOUNT | NET AMOUNT |
| SELLER INVCE | 3RDPARTY040105 | 04/01/05 | 6,745.55 | 0.00 | 6,745.55 |
| 01719054 | | | | | |
| | | TOTALS: | 6,745.55 | 0.00 | 6,745.55 |