IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

TRANS ENERGY, INC., a Nevada
Corporation; REPUBLIC PARTNERS
VI, LP, a Texas limited partnership;
REPUBLIC ENERGY VENTURES, LLC,
a Delaware Limited Liability Company; and
PRIMA OIL COMPANY, INC., a Delaware
Corporation,

    Plaintiffs,

v.                                                CIVIL ACTION NO. 1:11-cv-00075

EQT PRODUCTION COMPANY, a Pennsylvania
Corporation,

    Defendant.

## AFFIDAVIT OF REX C. RAY

STATE OF WEST VIRGINIA,
COUNTY OF HARRISON, To-wit:

Comes now the Affiant, Rex C. Ray, after being duly sworn, and states that the facts and allegations set forth in this Affidavit are true to the best of his knowledge and belief, except where stated to be on information and belief, and where so stated he believes them to be true, and states and affirms as follows:

1. I am the Regional Land Director - WV of EQT Production Company ("EPC").

2. In my capacity as Regional Land Director of EPC Production Company, I am familiar with the nature and extent of EPC's gas wells located on the Blackshere Tract, located in Wetzel County, West Virginia, that is the subject of the above-styled civil action.

1

EXHIBIT D

3. EPC operates and maintains two separate gas wells (452411 and 451721) on the Blackshere Tract which have been erected and producing natural gas since prior to EPC's acquisition of the Blackshere Tract gas estate.

4. EPC service crews physically inspect the wells approximately at minimum once per month.

5. The wellhead's are approximately four feet tall.

6. The wells are marked with Well identification markers listing the company name, well name, API number (Permit Number) and emergency contact number.

7. Additional equipment on the surface associated with each well includes Wellhead, gas measurement meter and well pipeline.

8. EPC personnel routinely maintain access roads to the wells on an as needed basis grading of the road is performed to permit reasonable access.

9. EPC or its predecessors in interest have constantly occupied the Blackshere Tract in its operation and maintenance of the wells since September 1905 at the completion of Well # 452411.

Further, the Affiant sayeth naught.

_____
Rex C. Ray

The foregoing instrument was acknowledged before me this 5th day of September, 2012.

My commission expires  2/20/18

OFFICIAL SEAL
STATE OF WEST VIRGINIA
NOTARY PUBLIC
Misty S Christie
1207 Briercliff Rd
Bridgeport, WV 26330
My Commission Expires February 20, 2018

_____
NOTARY PUBLIC