## Office of Oil and Gas - Search
New Search

## Disclaimer:

**Per §22-6-6. Permit required for all well work; permit fee; application; soil erosion control plan.**
*(a) It is unlawful for any person to commence any well work, including site preparation work, which involves any disturbance of land, without first securing a well work permit from the director of the WVDEP Office of Oil and Gas.*

The appearance of an API number on the web page does not signify that a permit has been issued. The API number is used as a tracking mechanism until the permit has been issued. Under no circumstances should well work be commenced without a signed permit.

Displaying rows 1 thru 33 of (33 total rows)

| API | Last Permit Issue Date for Well | Farm Name | Well Number | Current Operator | Well Status | Well Type |
|---|---|---|---|---|---|---|
| 103-00305 | 06/26/1945 | BLACKSHERE | 36 | OPERATOR UNKNOWN | Abandoned Well | Not Available |
| 103-00584 | 02/01/1969 | BLACKSHERE-WELLS | 1-S-106 | EMAX OIL COMPANY | Active Well | Gas Well |
| 103-00585 | 04/01/1969 | BLACKSHERE-WELLS | 3 | EMAX OIL COMPANY | Active Well | Gas Well |
| 103-00586 | 03/01/1969 | BLACKSHERE-WELLS | 2-S-107 | EMAX OIL COMPANY | Active Well | Gas Well |
| 103-00587 | 04/01/1969 | BLACKSHERE-WELLS | A-2 | EMAX OIL COMPANY | Active Well | Gas Well |
| 103-00588 | 04/01/1969 | BLACKSHERE-WELLS | 1-B-S-121 | EMAX OIL COMPANY | Active Well | Gas Well |
| 103-00589 | 05/01/1969 | BLACKSHERE-WELLS | B-2-S-122 | EMAX OIL COMPANY | Active Well | Gas Well |
| 103-00590 | 05/01/1969 | BLACKSHERE-WELLS | C-2 | EMAX OIL COMPANY | Active Well | Gas Well |
| 103-00601 | 10/17/1975 | BLACKSHERE WELLS & CO. | 70 | TRANS ENERGY, INC. | Active Well | Oil Well |
| 103-00606 | 09/01/1976 | BLACKSHERE WELLS & CO. | 71 | TRANS ENERGY, INC. | Active Well | Oil Well |
| 103-00608 | | BLACKSHERE WELLS & CO. | 74 | EAST RESOURCES, INC. | Never Drilled | Not Available |
| 103-00609 | 10/26/1976 | BLACKSHERE WELLS & CO. | 73 | TRANS ENERGY, INC. | Active Well | Oil Well |
| 103-00621 | | BLACKSHERE WELLS & CO. | 75 | EAST RESOURCES, INC. | Never Drilled | Not Available |
| 103-00657 | 08/27/1905 | BLACKSHIRE WELLS & CO. | 101 | EQT PRODUCTION COMPANY | Active Well | Gas Well |
| 103-00701 | | BLACKSHERE | 4610 | EQT PRODUCTION COMPANY | Active Well | Gas Well |
| 103-00929 | | BLACKSHERE WELLS & CO. | 7 | TRANS ENERGY, INC. | Active Well | Gas Well |
| 103-00930 | | BLACKSHERE WELLS | 13 | TRANS ENERGY, INC. | Active Well | Oil Well |
| 103-00931 | | BLACKSHERE WELLS | 15 | TRANS ENERGY, INC. | Abandoned Well | Gas Well |
| 103-00932 | 11/18/1929 | BLACKSHERE WELLS | 17 | TRANS ENERGY, INC. | Abandoned Well | Gas Well |
| 103-00933 | | BLACKSHERE WELLS | 19 | TRANS ENERGY, INC. | Abandoned Well | Not Available |
| 103-00934 | | BLACKSHERE WELLS | 25 | TRANS ENERGY, INC. | Abandoned Well | Gas Well |
| 103-00935 | | BLACKSHERE WELLS | 27 | TRANS ENERGY, INC. | Abandoned Well | Gas Well |
| 103-00936 | | BLACKSHERE WELLS | 30 | TRANS ENERGY, INC. | Active Well | Gas Well |
| 103-00937 | | BLACKSHERE WELLS | 34 | TRANS ENERGY, INC. | Active Well | Gas Well |
| 103-00938 | | BLACKSHERE WELLS | 39 | TRANS ENERGY, INC. | Active Well | Gas Well |
| 103-00939 | | BLACKSHERE WELLS & CO. | 41 | TRANS ENERGY, INC. | Abandoned Well | Oil Well |
| 103-00940 | | BLACKSHERE WELLS | 42 | TRANS ENERGY, INC. | Abandoned Well | Gas Well |
| 103-00941 | | BLACKSHERE WELLS | 54 | TRANS ENERGY, INC. | Abandoned Well | Not Available |
| 103-00942 | | BLACKSHERE WELLS | 58 | TRANS ENERGY, INC. | Abandoned Well | Not Available |
| 103-00943 | 10/31/1917 | BLACKSHERE WELLS | 59 | TRANS ENERGY, INC. | Active Well | Gas Well |
| 103-00944 | | BLACKSHERE WELLS | 64 | TRANS ENERGY, INC. | Abandoned Well | Not Available |
| 103-00945 | | BLACKSHERE WELLS | 65 | TRANS ENERGY, INC. | Abandoned Well | Not Available |
| 103-00946 | | BLACKSHERE WELLS | 68 | TRANS ENERGY, INC. | Abandoned Well | Gas Well |