**ANNUAL FLAT RATE ROYALTY PAYMENT INFORMATION FOR WELL NO. 451721 (API # 47-103-00701) FOR THE YEARS 1998 - 2010**

| Owner Code | Owner Name | Prod Date | Well No. | Well Name | Suspense Code | Pmt Date | Pmt Status Code | Withholding | Value | Own Net | Xfer From Owner No. | Xfer From Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **2010 PRODUCTION** | | | | | | | | | | | |
| 74042 | EWING B POLLOCK | 08/2010 | 451721 | WELL#4610 | 01 | | UNPD | | $5.55 | $5.55 | | |
| 121256 | FRANK M BILLINGHAM | 08/2010 | 451721 | WELL#4610 | M | 10/11/2010 | PD | | $16.67 | $16.67 | | |
| 185958 | JOSEPH GIBSON ESTATE | 08/2010 | 451721 | WELL#4610 | M | 06/11/2011 | PD | | $3.71 | $3.71 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 185959 | SARA PHARES | 08/2010 | 451721 | WELL#4610 | M | 06/11/2011 | PD | | $3.71 | $3.71 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 208390 | UNKNOWN HEIRS OF GRACE PRICHARD LON | 08/2010 | 451721 | WELL#4610 | 01 | | UNPD | | $3.70 | $3.70 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 1121440 | ZANA BECKER | 08/2010 | 451721 | WELL#4610 | 03 | | UNPD | | $10.00 | $10.00 | | |
| 1122061 | FRANCES B BOWERS | 08/2010 | 451721 | WELL#4610 | 03 | | UNPD | | $8.33 | $8.33 | | |
| 1128847 | JOHN W KERNS HEIRS TRUST | 08/2010 | 451721 | WELL#4610 | M | 10/11/2010 | PD | | $14.59 | $14.59 | | |
| 1130224 | HUGH E MASON AGENT | 08/2010 | 451721 | WELL#4610 | M | 10/11/2010 | PD | $14.00 | $50.00 | $36.00 | | |
| 1131275 | WILL E MORRIS HEIRS TRUST | 08/2010 | 451721 | WELL#4610 | M | 10/11/2010 | PD | | $14.58 | $14.58 | | |
| 1133554 | PHOEBE SMITH RUCKLE | 08/2010 | 451721 | WELL#4610 | M | 10/11/2010 | PD | | $10.00 | $10.00 | | |
| 1134484 | S A SMITH & C BURKE MORRIS TRUST | 08/2010 | 451721 | WELL#4610 | M | 10/11/2010 | PD | | $29.16 | $29.16 | | |
| 1137556 | JOANNA T ZITO | 08/2010 | 451721 | WELL#4610 | M | 10/11/2010 | PD | | $30.00 | $30.00 | | |
| | | | | | | | TOTAL | | $200.00 | $186.00 | | |
| | **2009 PRODUCTION** | | | | | | | | | | | |
| 74042 | EWING B POLLOCK | 08/2009 | 451721 | WELL#4610 | 01 | | UNPD | | $5.55 | $5.55 | | |
| 121256 | FRANK M BILLINGHAM | 08/2009 | 451721 | WELL#4610 | M | 10/12/2009 | PD | | $16.67 | $16.67 | | |
| 185958 | JOSEPH GIBSON ESTATE | 08/2009 | 451721 | WELL#4610 | M | 06/11/2011 | PD | | $3.71 | $3.71 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 185959 | SARA PHARES | 08/2009 | 451721 | WELL#4610 | M | 06/11/2011 | PD | | $3.71 | $3.71 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 208390 | UNKNOWN HEIRS OF GRACE PRICHARD LON | 08/2009 | 451721 | WELL#4610 | 01 | | UNPD | | $3.70 | $3.70 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 1121440 | ZANA BECKER | 08/2009 | 451721 | WELL#4610 | 03 | | UNPD | | $10.00 | $10.00 | | |
| 1122061 | FRANCES B BOWERS | 08/2009 | 451721 | WELL#4610 | 03 | | UNPD | | $8.33 | $8.33 | | |
| 1128847 | JOHN W KERNS HEIRS TRUST | 08/2009 | 451721 | WELL#4610 | M | 10/12/2009 | PD | | $14.59 | $14.59 | | |
| 1130224 | HUGH E MASON AGENT | 08/2009 | 451721 | WELL#4610 | M | 10/12/2009 | PD | | $50.00 | $50.00 | | |
| 1131275 | WILL E MORRIS HEIRS TRUST | 08/2009 | 451721 | WELL#4610 | M | 10/12/2009 | PD | | $14.58 | $14.58 | | |
| 1133554 | PHOEBE SMITH RUCKLE | 08/2009 | 451721 | WELL#4610 | M | 10/12/2009 | PD | | $10.00 | $10.00 | | |
| 1134484 | S A SMITH & C BURKE MORRIS TRUST | 08/2009 | 451721 | WELL#4610 | M | 10/12/2009 | PD | | $29.16 | $29.16 | | |
| 1137556 | JOANNA T ZITO | 08/2009 | 451721 | WELL#4610 | M | 10/12/2009 | PD | | $30.00 | $30.00 | | |
| | | | | | | | TOTAL | | $200.00 | $200.00 | | |

EQT Docs 000169

EXHIBIT F

**ANNUAL FLAT RATE ROYALTY PAYMENT INFORMATION FOR WELL NO. 451721 (API # 47-103-00701) FOR THE YEARS 1998 - 2010**

| Owner Code | Owner Name | Prod Date | Well No. | Well Name | Suspense Code | Pmt Date | Pmt Status Code | Withholding | Value | Own Net | Xfer From Owner No. | Xfer From Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **2008 PRODUCTION** | | | | | | | | | | | |
| 74042 | EWING B POLLOCK | 08/2008 | 451721 | WELL#4610 | M | 10/10/2008 | PD | | $5.55 | $5.55 | | |
| 121256 | FRANK M BILLINGHAM | 08/2008 | 451721 | WELL#4610 | M | 10/10/2008 | PD | | $16.67 | $16.67 | | |
| 1121440 | ZANA BECKER | 08/2008 | 451721 | WELL#4610 | 03 | | UNPD | | $10.00 | $10.00 | | |
| 1122061 | FRANCES B BOWERS | 08/2008 | 451721 | WELL#4610 | 03 | | UNPD | | $8.33 | $8.33 | | |
| 1126054 | EMILY PRITCHARD GIBSON AGENT | 08/2008 | 451721 | WELL#4610 | M | 10/10/2008 | PD | | $11.12 | $11.12 | | |
| 1128847 | JOHN W KERNS HEIRS TRUST | 08/2008 | 451721 | WELL#4610 | M | 10/10/2008 | PD | | $14.59 | $14.59 | | |
| 1130224 | HUGH E MASON AGENT | 08/2008 | 451721 | WELL#4610 | M | 10/10/2008 | PD | | $50.00 | $50.00 | | |
| 1131275 | WILL E MORRIS HEIRS TRUST | 08/2008 | 451721 | WELL#4610 | M | 10/10/2008 | PD | | $14.58 | $14.58 | | |
| 1133554 | PHOEBE SMITH RUCKLE | 08/2008 | 451721 | WELL#4610 | M | 10/10/2008 | PD | | $10.00 | $10.00 | | |
| 1134484 | S A SMITH & C BURKE MORRIS TRUST | 08/2008 | 451721 | WELL#4610 | M | 10/10/2008 | PD | | $29.16 | $29.16 | | |
| 1137556 | JOANNA T ZITO | 08/2008 | 451721 | WELL#4610 | M | 10/10/2008 | PD | | $30.00 | $30.00 | | |
| | | | | | | | TOTAL | | $200.00 | $200.00 | | |
| | **2007 PRODUCTION** | | | | | | | | | | | |
| 74042 | EWING B POLLOCK | 08/2007 | 451721 | WELL#4610 | M | 10/12/2007 | PD | | $5.55 | $5.55 | | |
| 121256 | FRANK M BILLINGHAM | 08/2007 | 451721 | WELL#4610 | M | 10/12/2007 | PD | | $16.67 | $16.67 | | |
| 1121440 | ZANA BECKER | 08/2007 | 451721 | WELL#4610 | 03 | | UNPD | | $10.00 | $10.00 | | |
| 1122061 | FRANCES B BOWERS | 08/2007 | 451721 | WELL#4610 | 03 | | UNPD | | $8.33 | $8.33 | | |
| 1126054 | EMILY PRITCHARD GIBSON AGENT | 08/2007 | 451721 | WELL#4610 | M | 10/12/2007 | PD | | $11.12 | $11.12 | | |
| 1128847 | JOHN W KERNS HEIRS TRUST | 08/2007 | 451721 | WELL#4610 | M | 10/12/2007 | PD | | $14.59 | $14.59 | | |
| 1130224 | HUGH E MASON AGENT | 08/2007 | 451721 | WELL#4610 | M | 10/12/2007 | PD | | $50.00 | $50.00 | | |
| 1131275 | WILL E MORRIS HEIRS TRUST | 08/2007 | 451721 | WELL#4610 | M | 10/12/2007 | PD | | $14.58 | $14.58 | | |
| 1133554 | PHOEBE SMITH RUCKLE | 08/2007 | 451721 | WELL#4610 | M | 10/12/2007 | PD | | $10.00 | $10.00 | | |
| 1134484 | S A SMITH & C BURKE MORRIS TRUST | 08/2007 | 451721 | WELL#4610 | M | 10/12/2007 | PD | | $29.16 | $29.16 | | |
| 1137556 | JOANNA T ZITO | 08/2007 | 451721 | WELL#4610 | M | 10/12/2007 | PD | | $30.00 | $30.00 | | |
| | | | | | | | TOTAL | | $200.00 | $200.00 | | |

**ANNUAL FLAT RATE ROYALTY PAYMENT INFORMATION FOR WELL NO. 451721 (API # 47-103-00701) FOR THE YEARS 1998 - 2010**

| Owner Code | Owner Name | Prod Date | Well No. | Well Name | Suspense Code | Pmt Date | Pmt Status Code | Withholding | Value | Own Net | Xfer From Owner No. | Xfer From Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **2006 PRODUCTION** | | | | | | | | | | | |
| 74042 | EWING B POLLOCK | 08/2006 | 451721 | WELL#4610 | M | 10/09/2006 | PD | | $5.55 | $5.55 | | |
| 121256 | FRANK M BILLINGHAM | 08/2006 | 451721 | WELL#4610 | M | 10/09/2006 | PD | | $16.67 | $16.67 | | |
| 185958 | JOSEPH GIBSON ESTATE | 08/2006 | 451721 | WELL#4610 | M | 06/11/2011 | PD | | $3.71 | $3.71 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 185959 | SARA PHARES | 08/2006 | 451721 | WELL#4610 | M | 06/11/2011 | PD | | $3.71 | $3.71 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 208390 | UNKNOWN HEIRS OF GRACE PRICHARD LON | 08/2006 | 451721 | WELL#4610 | 01 | | UNPD | | $3.70 | $3.70 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 1121440 | ZANA BECKER | 08/2006 | 451721 | WELL#4610 | 03 | | UNPD | | $10.00 | $10.00 | | |
| 1122061 | FRANCES B BOWERS | 08/2006 | 451721 | WELL#4610 | 03 | | UNPD | | $8.33 | $8.33 | | |
| 1128847 | JOHN W KERNS HEIRS TRUST | 08/2006 | 451721 | WELL#4610 | M | 10/09/2006 | PD | | $14.59 | $14.59 | | |
| 1130224 | HUGH E MASON AGENT | 08/2006 | 451721 | WELL#4610 | M | 10/09/2006 | PD | | $50.00 | $50.00 | | |
| 1131275 | WILL E MORRIS HEIRS TRUST | 08/2006 | 451721 | WELL#4610 | M | 10/09/2006 | PD | | $14.58 | $14.58 | | |
| 1133554 | PHOEBE SMITH RUCKLE | 08/2006 | 451721 | WELL#4610 | M | 10/09/2006 | PD | | $10.00 | $10.00 | | |
| 1134484 | S A SMITH & C BURKE MORRIS TRUST | 08/2006 | 451721 | WELL#4610 | M | 10/09/2006 | PD | | $29.16 | $29.16 | | |
| 1137556 | JOANNA T ZITO | 08/2006 | 451721 | WELL#4610 | M | 10/09/2006 | PD | | $30.00 | $30.00 | | |
| | | | | | | | | TOTAL | $200.00 | $200.00 | | |
| | **2005 PRODUCTION** | | | | | | | | | | | |
| 74042 | EWING B POLLOCK | 08/2005 | 451721 | WELL#4610 | M | 11/18/2005 | PD | | $5.55 | $5.55 | | |
| 121256 | FRANK M BILLINGHAM | 08/2005 | 451721 | WELL#4610 | M | 02/06/2006 | PD | | $16.67 | $16.67 | 1136627 | HENRY FRANKLIN WEBNER |
| 185958 | JOSEPH GIBSON ESTATE | 08/2005 | 451721 | WELL#4610 | M | 06/11/2011 | PD | | $3.71 | $3.71 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 185959 | SARA PHARES | 08/2005 | 451721 | WELL#4610 | M | 06/11/2011 | PD | | $3.71 | $3.71 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 208390 | UNKNOWN HEIRS OF GRACE PRICHARD LON | 08/2005 | 451721 | WELL#4610 | 01 | | UNPD | | $3.70 | $3.70 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 1121440 | ZANA BECKER | 08/2005 | 451721 | WELL#4610 | 03 | 06/23/2006 | UNPD | 0.00 | $10.00 | $10.00 | | |
| 1122061 | FRANCES B BOWERS | 08/2005 | 451721 | WELL#4610 | 03 | | UNPD | | $8.33 | $8.33 | | |
| 1128847 | JOHN W KERNS HEIRS TRUST | 08/2005 | 451721 | WELL#4610 | M | 11/18/2005 | PD | | $14.59 | $14.59 | | |
| 1130224 | HUGH E MASON AGENT | 08/2005 | 451721 | WELL#4610 | M | 11/18/2005 | PD | | $50.00 | $50.00 | | |
| 1131275 | WILL E MORRIS HEIRS TRUST | 08/2005 | 451721 | WELL#4610 | M | 11/18/2005 | PD | | $14.58 | $14.58 | | |
| 1133554 | PHOEBE SMITH RUCKLE | 08/2005 | 451721 | WELL#4610 | M | 11/18/2005 | PD | | $10.00 | $10.00 | | |
| 1134484 | S A SMITH & C BURKE MORRIS TRUST | 08/2005 | 451721 | WELL#4610 | M | 11/18/2005 | PD | | $29.16 | $29.16 | | |
| 1137556 | JOANNA T ZITO | 08/2005 | 451721 | WELL#4610 | M | 11/18/2005 | PD | | $30.00 | $30.00 | | |
| | | | | | | | | TOTAL | $200.00 | $200.00 | | |

EQT Docs 000171

**ANNUAL FLAT RATE ROYALTY PAYMENT INFORMATION FOR WELL NO. 451721 (API # 47-103-00701) FOR THE YEARS 1998 - 2010**

| Owner Code | Owner Name | Prod Date | Well No. | Well Name | Suspense Code | Pmt Date | Pmt Status Code | Withholding | Value | Own Net | Xfer From Owner No. | Xfer From Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **2004 PRODUCTION** | | | | | | | | | | | |
| 74042 | EWING B POLLOCK | 06/2004 | 451721 | WELL#4610 | M | 09/20/2004 | PD | | $5.55 | $5.55 | | |
| 185958 | JOSEPH GIBSON ESTATE | 06/2004 | 451721 | WELL#4610 | M | 06/11/2011 | PD | | $3.71 | $3.71 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 185959 | SARA PHARES | 06/2004 | 451721 | WELL#4610 | M | 06/11/2011 | PD | | $3.71 | $3.71 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 208390 | UNKNOWN HEIRS OF GRACE PRICHARD LON | 06/2004 | 451721 | WELL#4610 | 01 | | UNPD | | $3.70 | $3.70 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 1121440 | ZANA BECKER | 06/2004 | 451721 | WELL#4610 | 03 | 06/23/2006 | UNPD | 0.00 | $10.00 | $10.00 | | |
| 1122061 | FRANCES B BOWERS | 06/2004 | 451721 | WELL#4610 | 03 | | UNPD | | $8.33 | $8.33 | | |
| 1128847 | JOHN W KERNS HEIRS TRUST | 06/2004 | 451721 | WELL#4610 | M | 09/20/2004 | PD | | $14.59 | $14.59 | | |
| 1130224 | HUGH E MASON AGENT | 06/2004 | 451721 | WELL#4610 | M | 09/20/2004 | PD | | $50.00 | $50.00 | | |
| 1131275 | WILL E MORRIS HEIRS TRUST | 06/2004 | 451721 | WELL#4610 | M | 09/20/2004 | PD | | $14.58 | $14.58 | | |
| 1133554 | PHOEBE SMITH RUCKLE | 06/2004 | 451721 | WELL#4610 | M | 09/20/2004 | PD | | $10.00 | $10.00 | | |
| 1134484 | S A SMITH & C BURKE MORRIS TRUST | 06/2004 | 451721 | WELL#4610 | M | 09/20/2004 | PD | | $29.16 | $29.16 | | |
| 1136627 | HENRY FRANKLIN WEBNER | 06/2004 | 451721 | WELL#4610 | M | 09/20/2004 | PD | | $16.67 | $16.67 | | |
| 1137556 | JOANNA T ZITO | 06/2004 | 451721 | WELL#4610 | M | 09/20/2004 | PD | | $30.00 | $30.00 | | |
| | | | | | | | | TOTAL | $200.00 | $200.00 | | |
| | **2003 PRODUCTION** | | | | | | | | | | | |
| 74042 | EWING B POLLOCK | 06/2003 | 451721 | WELL#4610 | M | 09/17/2003 | PD | | $4.77 | $4.77 | | |
| 185958 | JOSEPH GIBSON ESTATE | 06/2003 | 451721 | WELL#4610 | M | 06/11/2011 | PD | | $3.19 | $3.19 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 185959 | SARA PHARES | 06/2003 | 451721 | WELL#4610 | M | 06/11/2011 | PD | | $3.19 | $3.19 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 208390 | UNKNOWN HEIRS OF GRACE PRICHARD LON | 06/2003 | 451721 | WELL#4610 | 01 | | UNPD | | $3.18 | $3.18 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 1121440 | ZANA BECKER | 06/2003 | 451721 | WELL#4610 | 03 | 06/23/2006 | UNPD | 0.00 | $8.60 | $8.60 | | |
| 1122061 | FRANCES B BOWERS | 06/2003 | 451721 | WELL#4610 | 03 | | UNPD | | $7.16 | $7.16 | | |
| 1128847 | JOHN W KERNS HEIRS TRUST | 06/2003 | 451721 | WELL#4610 | M | 09/17/2003 | PD | | $12.55 | $12.55 | | |
| 1130224 | HUGH E MASON AGENT | 06/2003 | 451721 | WELL#4610 | M | 09/17/2003 | PD | | $43.00 | $43.00 | | |
| 1131275 | WILL E MORRIS HEIRS TRUST | 06/2003 | 451721 | WELL#4610 | M | 09/17/2003 | PD | | $12.54 | $12.54 | | |
| 1133554 | PHOEBE SMITH RUCKLE | 06/2003 | 451721 | WELL#4610 | M | 09/17/2003 | PD | | $8.60 | $8.60 | | |
| 1134484 | S A SMITH & C BURKE MORRIS TRUST | 06/2003 | 451721 | WELL#4610 | M | 09/17/2003 | PD | | $25.08 | $25.08 | | |
| 1136627 | HENRY FRANKLIN WEBNER | 06/2003 | 451721 | WELL#4610 | M | 09/17/2003 | PD | | $14.34 | $14.34 | | |
| 1137556 | JOANNA T ZITO | 06/2003 | 451721 | WELL#4610 | M | 09/17/2003 | PD | | $25.80 | $25.80 | | |
| | | | | | | | | TOTAL | $172.00 | $172.00 | | |

**ANNUAL FLAT RATE ROYALTY PAYMENT INFORMATION FOR WELL NO. 451721 (API # 47-103-00701) FOR THE YEARS 1998 - 2010**

| Owner Code | Owner Name | Prod Date | Well No. | Well Name | Suspense Code | Pmt Date | Pmt Status Code | Withholding | Value | Own Net | Xfer From Owner No. | Xfer From Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2002 PRODUCTION** | | | | | | | | | | | | |
| 74042 | EWING B POLLOCK | 06/2002 | 451721 | WELL#4610 | M | 09/20/2002 | PD | | $4.77 | $4.77 | | |
| 185958 | JOSEPH GIBSON ESTATE | 06/2002 | 451721 | WELL#4610 | M | 06/11/2011 | PD | | $3.19 | $3.19 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 185959 | SARA PHARES | 06/2002 | 451721 | WELL#4610 | M | 06/11/2011 | PD | | $3.19 | $3.19 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 208390 | UNKNOWN HEIRS OF GRACE PRICHARD LON | 06/2002 | 451721 | WELL#4610 | 01 | | UNPD | | $3.18 | $3.18 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 1121440 | ZANA BECKER | 06/2002 | 451721 | WELL#4610 | 03 | 06/23/2006 | UNPD | 0.00 | $8.60 | $8.60 | | |
| 1122061 | FRANCES B BOWERS | 06/2002 | 451721 | WELL#4610 | 03 | | UNPD | | $7.16 | $7.16 | | |
| 1128847 | JOHN W KERNS HEIRS TRUST | 06/2002 | 451721 | WELL#4610 | M | 09/20/2002 | PD | | $12.55 | $12.55 | | |
| 1130224 | HUGH E MASON AGENT | 06/2002 | 451721 | WELL#4610 | M | 09/20/2002 | PD | | $43.00 | $43.00 | | |
| 1131275 | WILL E MORRIS HEIRS TRUST | 06/2002 | 451721 | WELL#4610 | M | 09/20/2002 | PD | | $12.54 | $12.54 | | |
| 1133554 | PHOEBE SMITH RUCKLE | 06/2002 | 451721 | WELL#4610 | M | 09/20/2002 | PD | | $8.60 | $8.60 | | |
| 1134484 | S A SMITH & C BURKE MORRIS TRUST | 06/2002 | 451721 | WELL#4610 | M | 09/20/2002 | PD | | $25.08 | $25.08 | | |
| 1136627 | HENRY FRANKLIN WEBNER | 06/2002 | 451721 | WELL#4610 | M | 09/20/2002 | PD | | $14.34 | $14.34 | | |
| 1137556 | JOANNA T ZITO | 06/2002 | 451721 | WELL#4610 | M | 09/20/2002 | PD | | $25.80 | $25.80 | | |
| | | | | | | | | TOTAL | $172.00 | $172.00 | | |
| **2001 PRODUCTION** | | | | | | | | | | | | |
| 1121440 | ZANA BECKER | 10/2001 | 451721 | WELL#4610 | 03 | | UNPD | | $10.00 | $10.00 | | |
| 1122061 | FRANCES B BOWERS | 10/2001 | 451721 | WELL#4610 | 03 | | UNPD | | $8.33 | $8.33 | | |
| 1126054 | EMILY PRITCHARD GIBSON AGENT | 10/2001 | 451721 | WELL#4610 | M | 10/01/2001 | PD | | $11.12 | $11.12 | | |
| 1128847 | JOHN W KERNS HEIRS TRUST | 10/2001 | 451721 | WELL#4610 | M | 10/01/2001 | PD | | $14.59 | $14.59 | | |
| 1130224 | HUGH E MASON AGENT | 10/2001 | 451721 | WELL#4610 | M | 10/01/2001 | PD | | $50.00 | $50.00 | | |
| 1131275 | WILL E MORRIS HEIRS TRUST | 10/2001 | 451721 | WELL#4610 | M | 10/01/2001 | PD | | $14.58 | $14.58 | | |
| 1132488 | EWING B POLLOCK | 10/2001 | 451721 | WELL#4610 | M | 10/01/2001 | PD | | $5.55 | $5.55 | | |
| 1133554 | PHOEBE SMITH RUCKLE | 10/2001 | 451721 | WELL#4610 | M | 10/01/2001 | PD | | $10.00 | $10.00 | | |
| 1134484 | S A SMITH & C BURKE MORRIS TRUST | 10/2001 | 451721 | WELL#4610 | M | 10/01/2001 | PD | | $29.16 | $29.16 | | |
| 1136627 | HENRY FRANKLIN WEBNER | 10/2001 | 451721 | WELL#4610 | M | 10/01/2001 | PD | | $16.67 | $16.67 | | |
| 1137556 | JOANNA T ZITO | 10/2001 | 451721 | WELL#4610 | M | 10/01/2001 | PD | | $30.00 | $30.00 | | |
| | | | | | | | | TOTAL | $200.00 | $200.00 | | |

EQT Docs 000173

**ANNUAL FLAT RATE ROYALTY PAYMENT INFORMATION FOR WELL NO. 451721 (API # 47-103-00701) FOR THE YEARS 1998 - 2010**

| Owner Code | Owner Name | Prod Date | Well No. | Well Name | Suspense Code | Pmt Date | Pmt Status Code | Withholding | Value | Own Net | Xfer From Owner No. | Xfer From Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **2000 PRODUCTION** | | | | | | | | | | | |
| 1121440 | ZANA BECKER | 10/2000 | 451721 | WELL#4610 | 03 | | UNPD | | $10.00 | $10.00 | | |
| 1122061 | FRANCES B BOWERS | 10/2000 | 451721 | WELL#4610 | M | 10/01/2000 | PD | | $8.33 | $8.33 | | |
| 1126054 | EMILY PRITCHARD GIBSON AGENT | 10/2000 | 451721 | WELL#4610 | M | 10/01/2000 | PD | | $11.12 | $11.12 | | |
| 1128847 | JOHN W KERNS HEIRS TRUST | 10/2000 | 451721 | WELL#4610 | M | 10/01/2000 | PD | | $14.59 | $14.59 | | |
| 1130224 | HUGH E MASON AGENT | 10/2000 | 451721 | WELL#4610 | M | 10/01/2000 | PD | | $50.00 | $50.00 | | |
| 1131275 | WILL E MORRIS HEIRS TRUST | 10/2000 | 451721 | WELL#4610 | M | 10/01/2000 | PD | | $14.58 | $14.58 | | |
| 1132488 | EWING B POLLOCK | 10/2000 | 451721 | WELL#4610 | M | 10/01/2000 | PD | | $5.55 | $5.55 | | |
| 1133554 | PHOEBE SMITH RUCKLE | 10/2000 | 451721 | WELL#4610 | M | 10/01/2000 | PD | | $10.00 | $10.00 | | |
| 1134484 | S A SMITH & C BURKE MORRIS TRUST | 10/2000 | 451721 | WELL#4610 | M | 10/01/2000 | PD | | $29.16 | $29.16 | | |
| 1136627 | HENRY FRANKLIN WEBNER | 10/2000 | 451721 | WELL#4610 | M | 10/01/2000 | PD | | $16.67 | $16.67 | | |
| 1137556 | JOANNA T ZITO | 10/2000 | 451721 | WELL#4610 | M | 10/01/2000 | PD | | $30.00 | $30.00 | | |
| | | | | | | | TOTAL | | $200.00 | $200.00 | | |
| | **1999 PRODUCTION** | | | | | | | | | | | |
| 1122061 | FRANCES B BOWERS | 10/1999 | 451721 | WELL#4610 | M | 10/01/1999 | PD | | $8.33 | $8.33 | | |
| 1126054 | EMILY PRITCHARD GIBSON AGENT | 10/1999 | 451721 | WELL#4610 | M | 10/01/1999 | PD | | $11.12 | $11.12 | | |
| 1128250 | JESSIE BLACKSHERE SMITH ESTC/O JILL | 10/1999 | 451721 | WELL#4610 | M | 10/01/1999 | PD | | $50.00 | $50.00 | | |
| 1128309 | JOHN W KERNS HEIRS TR | 10/1999 | 451721 | WELL#4610 | M | 10/01/1999 | PD | | $14.59 | $14.59 | | |
| 1130224 | HUGH E MASON AGENT | 10/1999 | 451721 | WELL#4610 | M | 10/01/1999 | PD | | $50.00 | $50.00 | | |
| 1131294 | S A SMITH MORRIS | 10/1999 | 451721 | WELL#4610 | M | 10/01/1999 | PD | | $29.16 | $29.16 | | |
| 1131296 | TR U A WILL E MORRIS HRS | 10/1999 | 451721 | WELL#4610 | M | 10/01/1999 | PD | | $14.58 | $14.58 | | |
| 1132488 | EWING B POLLOCK | 10/1999 | 451721 | WELL#4610 | M | 10/01/1999 | PD | | $5.55 | $5.55 | | |
| 1136627 | HENRY FRANKLIN WEBNER | 10/1999 | 451721 | WELL#4610 | M | 10/01/1999 | PD | | $16.67 | $16.67 | | |
| | | | | | | | TOTAL | | $200.00 | $200.00 | | |
| | **1998 PRODUCTION** | | | | | | | | | | | |
| 1122061 | FRANCES B BOWERS | 10/1998 | 451721 | WELL#4610 | M | 10/01/1998 | PD | | $8.33 | $8.33 | | |
| 1126054 | EMILY PRITCHARD GIBSON AGENT | 10/1998 | 451721 | WELL#4610 | M | 10/01/1998 | PD | | $11.12 | $11.12 | | |
| 1128250 | JESSIE BLACKSHERE SMITH ESTC/O JILL | 10/1998 | 451721 | WELL#4610 | M | 10/01/1998 | PD | | $50.00 | $50.00 | | |
| 1128309 | JOHN W KERNS HEIRS TR | 10/1998 | 451721 | WELL#4610 | M | 10/01/1998 | PD | | $14.59 | $14.59 | | |
| 1130224 | HUGH E MASON AGENT | 10/1998 | 451721 | WELL#4610 | M | 10/01/1998 | PD | | $50.00 | $50.00 | | |
| 1131294 | S A SMITH MORRIS | 10/1998 | 451721 | WELL#4610 | M | 10/01/1998 | PD | | $29.16 | $29.16 | | |
| 1131296 | TR U A WILL E MORRIS HRS | 10/1998 | 451721 | WELL#4610 | M | 10/01/1998 | PD | | $14.58 | $14.58 | | |
| 1132488 | EWING B POLLOCK | 10/1998 | 451721 | WELL#4610 | M | 10/01/1998 | PD | | $5.55 | $5.55 | | |
| 1136627 | HENRY FRANKLIN WEBNER | 10/1998 | 451721 | WELL#4610 | M | 10/01/1998 | PD | | $16.67 | $16.67 | | |
| | | | | | | | TOTAL | | $200.00 | $200.00 | | |

**ANNUAL FLAT RATE ROYALTY PAYMENT INFORMATION FOR WELL NO. 452411 (API # 47-103-00657) FOR THE YEARS 1998 - 2010**

| Owner Code | Owner Name | Prod Date | Well No. | Well Name | Suspense Code | Pmt Date | Pmt Status Code | Withholding | Value | Own Net | Xfer From Owner No. | Xfer From Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **2010 PRODUCTION** | | | | | | | | | | | |
| 74042 | EWING B POLLOCK | 08/2010 | 452411 | Blackshere Wells & Co W-101 | 01 | | UNPD | | $5.55 | $5.55 | | |
| 121256 | FRANK M BILLINGHAM | 08/2010 | 452411 | Blackshere Wells & Co W-101 | M | 10/11/2010 | PD | | $16.67 | $16.67 | | |
| 185958 | JOSEPH GIBSON ESTATE | 08/2010 | 452411 | Blackshere Wells & Co W-101 | M | 06/11/2011 | PD | | $3.71 | $3.71 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 185959 | SARA PHARES | 08/2010 | 452411 | Blackshere Wells & Co W-101 | M | 06/11/2011 | PD | | $3.71 | $3.71 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 208390 | UNKNOWN HEIRS OF GRACE PRICHARD LON | 08/2010 | 452411 | Blackshere Wells & Co W-101 | 01 | | UNPD | | $3.70 | $3.70 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 1121440 | ZANA BECKER | 08/2010 | 452411 | Blackshere Wells & Co W-101 | 03 | | UNPD | | $10.00 | $10.00 | | |
| 1122061 | FRANCES B BOWERS | 08/2010 | 452411 | Blackshere Wells & Co W-101 | 03 | | UNPD | | $8.33 | $8.33 | | |
| 1128847 | JOHN W KERNS HEIRS TRUST | 08/2010 | 452411 | Blackshere Wells & Co W-101 | M | 10/11/2010 | PD | | $14.59 | $14.59 | | |
| 1130224 | HUGH E MASON AGENT | 08/2010 | 452411 | Blackshere Wells & Co W-101 | M | 10/11/2010 | PD | $14.00 | $50.00 | $36.00 | | |
| 1131275 | WILL E MORRIS HEIRS TRUST | 08/2010 | 452411 | Blackshere Wells & Co W-101 | M | 10/11/2010 | PD | | $14.58 | $14.58 | | |
| 1133554 | PHOEBE SMITH RUCKLE | 08/2010 | 452411 | Blackshere Wells & Co W-101 | M | 10/11/2010 | PD | | $10.00 | $10.00 | | |
| 1134484 | S A SMITH & C BURKE MORRIS TRUST | 08/2010 | 452411 | Blackshere Wells & Co W-101 | M | 10/11/2010 | PD | | $29.16 | $29.16 | | |
| 1137556 | JOANNA T ZITO | 08/2010 | 452411 | Blackshere Wells & Co W-101 | M | 10/11/2010 | PD | | $30.00 | $30.00 | | |
| | | | | | | | | TOTAL | $200.00 | $186.00 | | |

EQT Docs 000175

**ANNUAL FLAT RATE ROYALTY PAYMENT INFORMATION FOR WELL NO. 452411 (API # 47-103-00657) FOR THE YEARS 1998 - 2010**

| Owner Code | Owner Name | Prod Date | Well No. | Well Name | Suspense Code | Pmt Date | Pmt Status Code | Withholding | Value | Own Net | Xfer From Owner No. | Xfer From Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **2009 PRODUCTION** | | | | | | | | | | | |
| 74042 | EWING B POLLOCK | 08/2009 | 452411 | Blackshere Wells & Co W-101 | 01 | | UNPD | | $5.55 | $5.55 | | |
| 121256 | FRANK M BILLINGHAM | 08/2009 | 452411 | Blackshere Wells & Co W-101 | M | 10/12/2009 | PD | | $16.67 | $16.67 | | |
| 185958 | JOSEPH GIBSON ESTATE | 08/2009 | 452411 | Blackshere Wells & Co W-101 | M | 06/11/2011 | PD | | $3.71 | $3.71 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 185959 | SARA PHARES | 08/2009 | 452411 | Blackshere Wells & Co W-101 | M | 06/11/2011 | PD | | $3.71 | $3.71 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 208390 | UNKNOWN HEIRS OF GRACE PRICHARD LON | 08/2009 | 452411 | Blackshere Wells & Co W-101 | 01 | | UNPD | | $3.70 | $3.70 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 1121440 | ZANA BECKER | 08/2009 | 452411 | Blackshere Wells & Co W-101 | 03 | | UNPD | | $10.00 | $10.00 | | |
| 1122061 | FRANCES B BOWERS | 08/2009 | 452411 | Blackshere Wells & Co W-101 | 03 | | UNPD | | $8.33 | $8.33 | | |
| 1128847 | JOHN W KERNS HEIRS TRUST | 08/2009 | 452411 | Blackshere Wells & Co W-101 | M | 10/12/2009 | PD | | $14.59 | $14.59 | | |
| 1130224 | HUGH E MASON AGENT | 08/2009 | 452411 | Blackshere Wells & Co W-101 | M | 10/12/2009 | PD | | $50.00 | $50.00 | | |
| 1131275 | WILL E MORRIS HEIRS TRUST | 08/2009 | 452411 | Blackshere Wells & Co W-101 | M | 10/12/2009 | PD | | $14.58 | $14.58 | | |
| 1133554 | PHOEBE SMITH RUCKLE | 08/2009 | 452411 | Blackshere Wells & Co W-101 | M | 10/12/2009 | PD | | $10.00 | $10.00 | | |
| 1134484 | S A SMITH & C BURKE MORRIS TRUST | 08/2009 | 452411 | Blackshere Wells & Co W-101 | M | 10/12/2009 | PD | | $29.16 | $29.16 | | |
| 1137556 | JOANNA T ZITO | 08/2009 | 452411 | Blackshere Wells & Co W-101 | M | 10/12/2009 | PD | | $30.00 | $30.00 | | |
| | | | | | | | | TOTAL | $200.00 | $200.00 | | |
| | **2008 PRODUCTION** | | | | | | | | | | | |
| 74042 | EWING B POLLOCK | 08/2008 | 452411 | Blackshere Wells & Co W-101 | M | 10/10/2008 | PD | | $5.55 | $5.55 | | |
| 121256 | FRANK M BILLINGHAM | 08/2008 | 452411 | Blackshere Wells & Co W-101 | M | 10/10/2008 | PD | | $16.67 | $16.67 | | |
| 1121440 | ZANA BECKER | 08/2008 | 452411 | Blackshere Wells & Co W-101 | 03 | | UNPD | | $10.00 | $10.00 | | |
| 1122061 | FRANCES B BOWERS | 08/2008 | 452411 | Blackshere Wells & Co W-101 | 03 | | UNPD | | $8.33 | $8.33 | | |
| 1126054 | EMILY PRITCHARD GIBSON AGENT | 08/2008 | 452411 | Blackshere Wells & Co W-101 | M | 10/10/2008 | PD | | $11.12 | $11.12 | | |
| 1128847 | JOHN W KERNS HEIRS TRUST | 08/2008 | 452411 | Blackshere Wells & Co W-101 | M | 10/10/2008 | PD | | $14.59 | $14.59 | | |
| 1130224 | HUGH E MASON AGENT | 08/2008 | 452411 | Blackshere Wells & Co W-101 | M | 10/10/2008 | PD | | $50.00 | $50.00 | | |
| 1131275 | WILL E MORRIS HEIRS TRUST | 08/2008 | 452411 | Blackshere Wells & Co W-101 | M | 10/10/2008 | PD | | $14.58 | $14.58 | | |
| 1133554 | PHOEBE SMITH RUCKLE | 08/2008 | 452411 | Blackshere Wells & Co W-101 | M | 10/10/2008 | PD | | $10.00 | $10.00 | | |
| 1134484 | S A SMITH & C BURKE MORRIS TRUST | 08/2008 | 452411 | Blackshere Wells & Co W-101 | M | 10/10/2008 | PD | | $29.16 | $29.16 | | |
| 1137556 | JOANNA T ZITO | 08/2008 | 452411 | Blackshere Wells & Co W-101 | M | 10/10/2008 | PD | | $30.00 | $30.00 | | |
| | | | | | | | | TOTAL | $200.00 | $200.00 | | |

**ANNUAL FLAT RATE ROYALTY PAYMENT INFORMATION FOR WELL NO. 452411 (API # 47-103-00657) FOR THE YEARS 1998 - 2010**

| Owner Code | Owner Name | Prod Date | Well No. | Well Name | Suspense Code | Pmt Date | Pmt Status Code | Withholding | Value | Own Net | Xfer From Owner No. | Xfer From Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **2007 PRODUCTION** | | | | | | | | | | | |
| 74042 | EWING B POLLOCK | 08/2007 | 452411 | Blackshere Wells & Co W-101 | M | 10/12/2007 | PD | | $5.55 | $5.55 | | |
| 121256 | FRANK M BILLINGHAM | 08/2007 | 452411 | Blackshere Wells & Co W-101 | M | 10/12/2007 | PD | | $16.67 | $16.67 | | |
| 1121440 | ZANA BECKER | 08/2007 | 452411 | Blackshere Wells & Co W-101 | 03 | | UNPD | | $10.00 | $10.00 | | |
| 1122061 | FRANCES B BOWERS | 08/2007 | 452411 | Blackshere Wells & Co W-101 | 03 | | UNPD | | $8.33 | $8.33 | | |
| 1126054 | EMILY PRITCHARD GIBSON AGENT | 08/2007 | 452411 | Blackshere Wells & Co W-101 | M | 10/12/2007 | PD | | $11.12 | $11.12 | | |
| 1128847 | JOHN W KERNS HEIRS TRUST | 08/2007 | 452411 | Blackshere Wells & Co W-101 | M | 10/12/2007 | PD | | $14.59 | $14.59 | | |
| 1130224 | HUGH E MASON AGENT | 08/2007 | 452411 | Blackshere Wells & Co W-101 | M | 10/12/2007 | PD | | $50.00 | $50.00 | | |
| 1131275 | WILL E MORRIS HEIRS TRUST | 08/2007 | 452411 | Blackshere Wells & Co W-101 | M | 10/12/2007 | PD | | $14.58 | $14.58 | | |
| 1133554 | PHOEBE SMITH RUCKLE | 08/2007 | 452411 | Blackshere Wells & Co W-101 | M | 10/12/2007 | PD | | $10.00 | $10.00 | | |
| 1134484 | S A SMITH & C BURKE MORRIS TRUST | 08/2007 | 452411 | Blackshere Wells & Co W-101 | M | 10/12/2007 | PD | | $29.16 | $29.16 | | |
| 1137556 | JOANNA T ZITO | 08/2007 | 452411 | Blackshere Wells & Co W-101 | M | 10/12/2007 | PD | | $30.00 | $30.00 | | |
| | | | | | | | | TOTAL | $200.00 | $200.00 | | |
| | **2006 PRODUCTION** | | | | | | | | | | | |
| 74042 | EWING B POLLOCK | 08/2006 | 452411 | Blackshere Wells & Co W-101 | M | 10/09/2006 | PD | | $5.55 | $5.55 | | |
| 121256 | FRANK M BILLINGHAM | 08/2006 | 452411 | Blackshere Wells & Co W-101 | M | 10/09/2006 | PD | | $16.67 | $16.67 | | |
| 185958 | JOSEPH GIBSON ESTATE | 08/2006 | 452411 | Blackshere Wells & Co W-101 | M | 06/11/2011 | PD | | $3.71 | $3.71 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 185959 | SARA PHARES | 08/2006 | 452411 | Blackshere Wells & Co W-101 | M | 06/11/2011 | PD | | $3.71 | $3.71 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 208390 | UNKNOWN HEIRS OF GRACE PRICHARD LON | 08/2006 | 452411 | Blackshere Wells & Co W-101 | 01 | | UNPD | | $3.70 | $3.70 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 1121440 | ZANA BECKER | 08/2006 | 452411 | Blackshere Wells & Co W-101 | 03 | | UNPD | | $10.00 | $10.00 | | |
| 1122061 | FRANCES B BOWERS | 08/2006 | 452411 | Blackshere Wells & Co W-101 | 03 | | UNPD | | $8.33 | $8.33 | | |
| 1128847 | JOHN W KERNS HEIRS TRUST | 08/2006 | 452411 | Blackshere Wells & Co W-101 | M | 10/09/2006 | PD | | $14.59 | $14.59 | | |
| 1130224 | HUGH E MASON AGENT | 08/2006 | 452411 | Blackshere Wells & Co W-101 | M | 10/09/2006 | PD | | $50.00 | $50.00 | | |
| 1131275 | WILL E MORRIS HEIRS TRUST | 08/2006 | 452411 | Blackshere Wells & Co W-101 | M | 10/09/2006 | PD | | $14.58 | $14.58 | | |
| 1133554 | PHOEBE SMITH RUCKLE | 08/2006 | 452411 | Blackshere Wells & Co W-101 | M | 10/09/2006 | PD | | $10.00 | $10.00 | | |
| 1134484 | S A SMITH & C BURKE MORRIS TRUST | 08/2006 | 452411 | Blackshere Wells & Co W-101 | M | 10/09/2006 | PD | | $29.16 | $29.16 | | |
| 1137556 | JOANNA T ZITO | 08/2006 | 452411 | Blackshere Wells & Co W-101 | M | 10/09/2006 | PD | | $30.00 | $30.00 | | |
| | | | | | | | | TOTAL | $200.00 | $200.00 | | |

**ANNUAL FLAT RATE ROYALTY PAYMENT INFORMATION FOR WELL NO. 452411 (API # 47-103-00657) FOR THE YEARS 1998 - 2010**

| Owner Code | Owner Name | Prod Date | Well No. | Well Name | Suspense Code | Pmt Date | Pmt Status Code | Withholding | Value | Own Net | Xfer From Owner No. | Xfer From Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **2005 PRODUCTION** | | | | | | | | | | | |
| 74042 | EWING B POLLOCK | 08/2005 | 452411 | Blackshere Wells & Co W-101 | M | 11/18/2005 | PD | | $5.55 | $5.55 | | |
| 121256 | FRANK M BILLINGHAM | 08/2005 | 452411 | Blackshere Wells & Co W-101 | M | 02/06/2006 | PD | | $16.67 | $16.67 | 1136627 | HENRY FRANKLIN WEBNER |
| 185958 | JOSEPH GIBSON ESTATE | 08/2005 | 452411 | Blackshere Wells & Co W-101 | M | 06/11/2011 | PD | | $3.71 | $3.71 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 185959 | SARA PHARES | 08/2005 | 452411 | Blackshere Wells & Co W-101 | M | 06/11/2011 | PD | | $3.71 | $3.71 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 208390 | UNKNOWN HEIRS OF GRACE PRICHARD LON | 08/2005 | 452411 | Blackshere Wells & Co W-101 | 01 | | UNPD | | $3.70 | $3.70 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 1121440 | ZANA BECKER | 08/2005 | 452411 | Blackshere Wells & Co W-101 | 03 | 06/23/2006 | UNPD | 0.00 | $10.00 | $10.00 | | |
| 1122061 | FRANCES B BOWERS | 08/2005 | 452411 | Blackshere Wells & Co W-101 | 03 | | UNPD | | $8.33 | $8.33 | | |
| 1128847 | JOHN W KERNS HEIRS TRUST | 08/2005 | 452411 | Blackshere Wells & Co W-101 | M | 11/18/2005 | PD | | $14.59 | $14.59 | | |
| 1130224 | HUGH E MASON AGENT | 08/2005 | 452411 | Blackshere Wells & Co W-101 | M | 11/18/2005 | PD | | $50.00 | $50.00 | | |
| 1131275 | WILL E MORRIS HEIRS TRUST | 08/2005 | 452411 | Blackshere Wells & Co W-101 | M | 11/18/2005 | PD | | $14.58 | $14.58 | | |
| 1133554 | PHOEBE SMITH RUCKLE | 08/2005 | 452411 | Blackshere Wells & Co W-101 | M | 11/18/2005 | PD | | $10.00 | $10.00 | | |
| 1134484 | S A SMITH & C BURKE MORRIS TRUST | 08/2005 | 452411 | Blackshere Wells & Co W-101 | M | 11/18/2005 | PD | | $29.16 | $29.16 | | |
| 1137556 | JOANNA T ZITO | 08/2005 | 452411 | Blackshere Wells & Co W-101 | M | 11/18/2005 | PD | | $30.00 | $30.00 | | |
| | | | | | | | TOTAL | | $200.00 | $200.00 | | |
| | **2004 PRODUCTION** | | | | | | | | | | | |
| 74042 | EWING B POLLOCK | 06/2004 | 452411 | Blackshere Wells & Co W-101 | M | 09/20/2004 | PD | | $5.55 | $5.55 | | |
| 185958 | JOSEPH GIBSON ESTATE | 06/2004 | 452411 | Blackshere Wells & Co W-101 | M | 06/11/2011 | PD | | $3.71 | $3.71 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 185959 | SARA PHARES | 06/2004 | 452411 | Blackshere Wells & Co W-101 | M | 06/11/2011 | PD | | $3.71 | $3.71 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 208390 | UNKNOWN HEIRS OF GRACE PRICHARD LON | 06/2004 | 452411 | Blackshere Wells & Co W-101 | 01 | | UNPD | | $3.70 | $3.70 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 1121440 | ZANA BECKER | 06/2004 | 452411 | Blackshere Wells & Co W-101 | 03 | 06/23/2006 | UNPD | 0.00 | $10.00 | $10.00 | | |
| 1122061 | FRANCES B BOWERS | 06/2004 | 452411 | Blackshere Wells & Co W-101 | 03 | | UNPD | | $8.33 | $8.33 | | |
| 1128847 | JOHN W KERNS HEIRS TRUST | 06/2004 | 452411 | Blackshere Wells & Co W-101 | M | 09/20/2004 | PD | | $14.59 | $14.59 | | |
| 1130224 | HUGH E MASON AGENT | 06/2004 | 452411 | Blackshere Wells & Co W-101 | M | 09/20/2004 | PD | | $50.00 | $50.00 | | |
| 1131275 | WILL E MORRIS HEIRS TRUST | 06/2004 | 452411 | Blackshere Wells & Co W-101 | M | 09/20/2004 | PD | | $14.58 | $14.58 | | |
| 1133554 | PHOEBE SMITH RUCKLE | 06/2004 | 452411 | Blackshere Wells & Co W-101 | M | 09/20/2004 | PD | | $10.00 | $10.00 | | |
| 1134484 | S A SMITH & C BURKE MORRIS TRUST | 06/2004 | 452411 | Blackshere Wells & Co W-101 | M | 09/20/2004 | PD | | $29.16 | $29.16 | | |
| 1136627 | HENRY FRANKLIN WEBNER | 06/2004 | 452411 | Blackshere Wells & Co W-101 | M | 09/20/2004 | PD | | $16.67 | $16.67 | | |

EQT Docs 000178

**ANNUAL FLAT RATE ROYALTY PAYMENT INFORMATION FOR WELL NO. 452411 (API # 47-103-00657) FOR THE YEARS 1998 - 2010**

| Owner Code | Owner Name | Prod Date | Well No. | Well Name | Suspense Code | Pmt Date | Pmt Status Code | Withholding | Value | Own Net | Xfer From Owner No. | Xfer From Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1137556 | JOANNA T ZITO | 06/2004 | 452411 | Blackshere Wells & Co W-101 | M | 09/20/2004 | PD | | $30.00 | $30.00 | | |
| | | | | | | | TOTAL | | $200.00 | $200.00 | | |

EQT Docs 000179

**ANNUAL FLAT RATE ROYALTY PAYMENT INFORMATION FOR WELL NO. 452411 (API # 47-103-00657) FOR THE YEARS 1998 - 2010**

| Owner Code | Owner Name | Prod Date | Well No. | Well Name | Suspense Code | Pmt Date | Pmt Status Code | Withholding | Value | Own Net | Xfer From Owner No. | Xfer From Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **2003 PRODUCTION** | | | | | | | | | | | |
| 74042 | EWING B POLLOCK | 06/2003 | 452411 | Blackshere Wells & Co W-101 | M | 09/17/2003 | PD | | $5.55 | $5.55 | | |
| 185958 | JOSEPH GIBSON ESTATE | 06/2003 | 452411 | Blackshere Wells & Co W-101 | M | 06/11/2011 | PD | | $3.71 | $3.71 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 185959 | SARA PHARES | 06/2003 | 452411 | Blackshere Wells & Co W-101 | M | 06/11/2011 | PD | | $3.71 | $3.71 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 208390 | UNKNOWN HEIRS OF GRACE PRICHARD LON | 06/2003 | 452411 | Blackshere Wells & Co W-101 | 01 | | UNPD | | $3.70 | $3.70 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 1121440 | ZANA BECKER | 06/2003 | 452411 | Blackshere Wells & Co W-101 | 03 | 06/23/2006 | UNPD | 0.00 | $10.00 | $10.00 | | |
| 1122061 | FRANCES B BOWERS | 06/2003 | 452411 | Blackshere Wells & Co W-101 | 03 | | UNPD | | $8.33 | $8.33 | | |
| 1128847 | JOHN W KERNS HEIRS TRUST | 06/2003 | 452411 | Blackshere Wells & Co W-101 | M | 09/17/2003 | PD | | $14.59 | $14.59 | | |
| 1130224 | HUGH E MASON AGENT | 06/2003 | 452411 | Blackshere Wells & Co W-101 | M | 09/17/2003 | PD | | $50.00 | $50.00 | | |
| 1131275 | WILL E MORRIS HEIRS TRUST | 06/2003 | 452411 | Blackshere Wells & Co W-101 | M | 09/17/2003 | PD | | $14.58 | $14.58 | | |
| 1133554 | PHOEBE SMITH RUCKLE | 06/2003 | 452411 | Blackshere Wells & Co W-101 | M | 09/17/2003 | PD | | $10.00 | $10.00 | | |
| 1134484 | S A SMITH & C BURKE MORRIS TRUST | 06/2003 | 452411 | Blackshere Wells & Co W-101 | M | 09/17/2003 | PD | | $29.16 | $29.16 | | |
| 1136627 | HENRY FRANKLIN WEBNER | 06/2003 | 452411 | Blackshere Wells & Co W-101 | M | 09/17/2003 | PD | | $16.67 | $16.67 | | |
| 1137556 | JOANNA T ZITO | 06/2003 | 452411 | Blackshere Wells & Co W-101 | M | 09/17/2003 | PD | | $30.00 | $30.00 | | |
| | | | | | | | TOTAL | | $200.00 | $200.00 | | |
| | **2002 PRODUCTION** | | | | | | | | | | | |
| 74042 | EWING B POLLOCK | 06/2002 | 452411 | Blackshere Wells & Co W-101 | M | 09/20/2002 | PD | | $5.55 | $5.55 | | |
| 185958 | JOSEPH GIBSON ESTATE | 06/2002 | 452411 | Blackshere Wells & Co W-101 | M | 06/11/2011 | PD | | $3.71 | $3.71 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 185959 | SARA PHARES | 06/2002 | 452411 | Blackshere Wells & Co W-101 | M | 06/11/2011 | PD | | $3.71 | $3.71 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 208390 | UNKNOWN HEIRS OF GRACE PRICHARD LON | 06/2002 | 452411 | Blackshere Wells & Co W-101 | 01 | | UNPD | | $3.70 | $3.70 | 1126054 | EMILY PRITCHARD GIBSON AGENT |
| 1121440 | ZANA BECKER | 06/2002 | 452411 | Blackshere Wells & Co W-101 | 03 | 06/23/2006 | UNPD | 0.00 | $10.00 | $10.00 | | |
| 1122061 | FRANCES B BOWERS | 06/2002 | 452411 | Blackshere Wells & Co W-101 | 03 | | UNPD | | $8.33 | $8.33 | | |
| 1128847 | JOHN W KERNS HEIRS TRUST | 06/2002 | 452411 | Blackshere Wells & Co W-101 | M | 09/20/2002 | PD | | $14.59 | $14.59 | | |
| 1130224 | HUGH E MASON AGENT | 06/2002 | 452411 | Blackshere Wells & Co W-101 | M | 09/20/2002 | PD | | $50.00 | $50.00 | | |
| 1131275 | WILL E MORRIS HEIRS TRUST | 06/2002 | 452411 | Blackshere Wells & Co W-101 | M | 09/20/2002 | PD | | $14.58 | $14.58 | | |
| 1133554 | PHOEBE SMITH RUCKLE | 06/2002 | 452411 | Blackshere Wells & Co W-101 | M | 09/20/2002 | PD | | $10.00 | $10.00 | | |
| 1134484 | S A SMITH & C BURKE MORRIS TRUST | 06/2002 | 452411 | Blackshere Wells & Co W-101 | M | 09/20/2002 | PD | | $29.16 | $29.16 | | |
| 1136627 | HENRY FRANKLIN WEBNER | 06/2002 | 452411 | Blackshere Wells & Co W-101 | M | 09/20/2002 | PD | | $16.67 | $16.67 | | |

**ANNUAL FLAT RATE ROYALTY PAYMENT INFORMATION FOR WELL NO. 452411 (API # 47-103-00657) FOR THE YEARS 1998 - 2010**

| Owner Code | Owner Name | Prod Date | Well No. | Well Name | Suspense Code | Pmt Date | Pmt Status Code | Withholding | Value | Own Net | Xfer From Owner No. | Xfer From Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1137556 | JOANNA T ZITO | 06/2002 | 452411 | Blackshere Wells & Co W-101 | M | 09/20/2002 | PD | | $30.00 | $30.00 | | |
| | | | | | | | TOTAL | | $200.00 | $200.00 | | |

EQT Docs 000181

**ANNUAL FLAT RATE ROYALTY PAYMENT INFORMATION FOR WELL NO. 452411 (API # 47-103-00657) FOR THE YEARS 1998 - 2010**

| Owner Code | Owner Name | Prod Date | Well No. | Well Name | Suspense Code | Pmt Date | Pmt Status Code | Withholding | Value | Own Net | Xfer From Owner No. | Xfer From Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **2001 PRODUCTION** | | | | | | | | | | | |
| 1121440 | ZANA BECKER | 10/2001 | 452411 | Blackshere Wells & Co W-101 | 03 | | UNPD | | $10.00 | $10.00 | | |
| 1122061 | FRANCES B BOWERS | 10/2001 | 452411 | Blackshere Wells & Co W-101 | 03 | | UNPD | | $8.33 | $8.33 | | |
| 1126054 | EMILY PRITCHARD GIBSON AGENT | 10/2001 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/2001 | PD | | $11.12 | $11.12 | | |
| 1128847 | JOHN W KERNS HEIRS TRUST | 10/2001 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/2001 | PD | | $14.59 | $14.59 | | |
| 1130224 | HUGH E MASON AGENT | 10/2001 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/2001 | PD | | $50.00 | $50.00 | | |
| 1131275 | WILL E MORRIS HEIRS TRUST | 10/2001 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/2001 | PD | | $14.58 | $14.58 | | |
| 1132488 | EWING B POLLOCK | 10/2001 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/2001 | PD | | $5.55 | $5.55 | | |
| 1133554 | PHOEBE SMITH RUCKLE | 10/2001 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/2001 | PD | | $10.00 | $10.00 | | |
| 1134484 | S A SMITH & C BURKE MORRIS TRUST | 10/2001 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/2001 | PD | | $29.16 | $29.16 | | |
| 1136627 | HENRY FRANKLIN WEBNER | 10/2001 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/2001 | PD | | $16.67 | $16.67 | | |
| 1137556 | JOANNA T ZITO | 10/2001 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/2001 | PD | | $30.00 | $30.00 | | |
| | | | | | | | | TOTAL | $200.00 | $200.00 | | |
| | **2000 PRODUCTION** | | | | | | | | | | | |
| 1121440 | ZANA BECKER | 10/2000 | 452411 | Blackshere Wells & Co W-101 | 03 | | UNPD | | $10.00 | $10.00 | | |
| 1122061 | FRANCES B BOWERS | 10/2000 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/2000 | PD | | $8.33 | $8.33 | | |
| 1126054 | EMILY PRITCHARD GIBSON AGENT | 10/2000 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/2000 | PD | | $11.12 | $11.12 | | |
| 1128847 | JOHN W KERNS HEIRS TRUST | 10/2000 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/2000 | PD | | $14.59 | $14.59 | | |
| 1130224 | HUGH E MASON AGENT | 10/2000 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/2000 | PD | | $50.00 | $50.00 | | |
| 1131275 | WILL E MORRIS HEIRS TRUST | 10/2000 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/2000 | PD | | $14.58 | $14.58 | | |
| 1132488 | EWING B POLLOCK | 10/2000 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/2000 | PD | | $5.55 | $5.55 | | |
| 1133554 | PHOEBE SMITH RUCKLE | 10/2000 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/2000 | PD | | $10.00 | $10.00 | | |
| 1134484 | S A SMITH & C BURKE MORRIS TRUST | 10/2000 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/2000 | PD | | $29.16 | $29.16 | | |
| 1136627 | HENRY FRANKLIN WEBNER | 10/2000 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/2000 | PD | | $16.67 | $16.67 | | |
| 1137556 | JOANNA T ZITO | 10/2000 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/2000 | PD | | $30.00 | $30.00 | | |
| | | | | | | | | TOTAL | $200.00 | $200.00 | | |

**ANNUAL FLAT RATE ROYALTY PAYMENT INFORMATION FOR WELL NO. 452411 (API # 47-103-00657) FOR THE YEARS 1998 - 2010**

| Owner Code | Owner Name | Prod Date | Well No. | Well Name | Suspense Code | Pmt Date | Pmt Status Code | Withholding | Value | Own Net | Xfer From Owner No. | Xfer From Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **1999 PRODUCTION** | | | | | | | | | | | |
| 00 | SUSPENDED RD VENDORS | 10/1999 | 452411 | Blackshere Wells & Co W-101 | 03 | 10/01/1999 | PD | | $10.00 | $10.00 | | |
| 1121440 | ZANA BECKER | 10/1999 | 452411 | Blackshere Wells & Co W-101 | 03 | | UNPD | | $10.00 | $10.00 | | |
| 1122061 | FRANCES B BOWERS | 10/1999 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/1999 | PD | | $8.33 | $8.33 | | |
| 1126054 | EMILY PRITCHARD GIBSON AGENT | 10/1999 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/1999 | PD | | $11.12 | $11.12 | | |
| 1128309 | JOHN W KERNS HEIRS TR | 10/1999 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/1999 | PD | | $14.59 | $14.59 | | |
| 1130224 | HUGH E MASON AGENT | 10/1999 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/1999 | PD | | $50.00 | $50.00 | | |
| 1131294 | S A SMITH MORRIS | 10/1999 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/1999 | PD | | $29.16 | $29.16 | | |
| 1131296 | TR U A WILL E MORRIS HRS | 10/1999 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/1999 | PD | | $14.58 | $14.58 | | |
| 1132488 | EWING B POLLOCK | 10/1999 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/1999 | PD | | $5.55 | $5.55 | | |
| 1133554 | PHOEBE SMITH RUCKLE | 10/1999 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/1999 | PD | | $10.00 | $10.00 | | |
| 1136627 | HENRY FRANKLIN WEBNER | 10/1999 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/1999 | PD | | $16.67 | $16.67 | | |
| 1137556 | JOANNA T ZITO | 10/1999 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/1999 | PD | | $30.00 | $30.00 | | |
| | | | | | | | TOTAL | | $200.00 | $200.00 | | |
| | **1998 PRODUCTION** | | | | | | | | | | | |
| 00 | SUSPENDED RD VENDORS | 10/1998 | 452411 | Blackshere Wells & Co W-101 | 03 | 10/01/1998 | PD | | $10.00 | $10.00 | | |
| 1121440 | ZANA BECKER | 10/1998 | 452411 | Blackshere Wells & Co W-101 | 03 | | UNPD | | $10.00 | $10.00 | | |
| 1122061 | FRANCES B BOWERS | 10/1998 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/1998 | PD | | $8.33 | $8.33 | | |
| 1126054 | EMILY PRITCHARD GIBSON AGENT | 10/1998 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/1998 | PD | | $11.12 | $11.12 | | |
| 1128309 | JOHN W KERNS HEIRS TR | 10/1998 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/1998 | PD | | $14.59 | $14.59 | | |
| 1130224 | HUGH E MASON AGENT | 10/1998 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/1998 | PD | | $50.00 | $50.00 | | |
| 1131294 | S A SMITH MORRIS | 10/1998 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/1998 | PD | | $29.16 | $29.16 | | |
| 1131296 | TR U A WILL E MORRIS HRS | 10/1998 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/1998 | PD | | $14.58 | $14.58 | | |
| 1132488 | EWING B POLLOCK | 10/1998 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/1998 | PD | | $5.55 | $5.55 | | |
| 1133554 | PHOEBE SMITH RUCKLE | 10/1998 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/1998 | PD | | $10.00 | $10.00 | | |
| 1136627 | HENRY FRANKLIN WEBNER | 10/1998 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/1998 | PD | | $16.67 | $16.67 | | |
| 1137556 | JOANNA T ZITO | 10/1998 | 452411 | Blackshere Wells & Co W-101 | M | 10/01/1998 | PD | | $30.00 | $30.00 | | |
| | | | | | | | TOTAL | | $200.00 | $200.00 | | |