TRANS ENERGY, INC., et al. v. EQT PRODUCTION COMPANY   6/28/2012   MARK D. WOODBURN

Page 1

1                    IN THE UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

3

4    TRANS ENERGY, INC., a          :

5    Nevada Corporation;            :

6    REPUBLIC PARTNERS, VI, LP,     :

7    a Texas limited partnership;   :    CIVIL ACTION NO.

8    REPUBLIC ENERGY VENTURES,      :      1:11-cv-00075

9    LLC, a Delaware Limited        :

10   Liability Company; and         :

11   PRIMA OIL COMPANY, INC., a     :

12   Delaware Corporation,          :

13              Plaintiffs,         :

14         v                        :

15   EQT PRODUCTION COMPANY         :

16   A Pennsylvania Corporation,    :

17              Defendant.          :

18

19                     *    *    *

20             Deposition of Mark D. Woodburn

21              Thursday, June 28, 2012

22                     *    *    *

23

24

TRANS ENERGY, INC., et al. v. EQT PRODUCTION COMPANY  6/28/2012  MARK D. WOODBURN

Page 58

1   Virginia?

2   A.          It had prior experience in producing and

3   operating in West Virginia.

4   Q.          Had it had title opinions run on other

5   properties that may have involved the 1902 working

6   agreement?

7   A.          The company had never heard of these 1902

8   documents prior to conversations with Mr. Starkey.

9   Q.          And those conversations were in 2008,

10  correct, based upon the exhibits that we have already

11  looked at?

12  A.          Correct.

13  Q.          And what was Mr. Starkey's role visavis

14  the company in 2008?

15  A.          He was an attorney engaged to providing

16  legal work on behalf of the company.

17  Q.          Did he have any other role with the

18  company in 2008?

19  A.          No.

20  Q.          Simply outside counsel retained?

21  A.          Correct.

22  Q.          Let's go to Exhibit No. 1, please.

23              You have been designated to address the

24  topics that are listed in this notice; correct?